# EXHIBIT 2

Important information about the future of AnonNews.org: Please click here to read.

# AnonNews - Everything Anonymous

AnonNews 2.0 is finally there! Press release submission is open again, as are comments - and we now have forums! Other interface languages and language/tag filtering coming soon, as well as RSS feeds.

IRC | Forum | 369 | Donate

AnonNews is an independent and uncensored (but moderated) news platform for Anonymous. Anyone is welcome to post a submission, and can do so by clicking the "Add" button for a category.
If you need help or have questions regarding AnonNews, please join our IRC channel.

## Forum > Internet & Media > Internet pedophile

**Anonymous**
October 17, 2012
10:50:23

Report spam

I've been tracking an internet pedophile now for a couple of months, but I don't have the know-how (tracing ip, hacking in computers) to get to his true identity. He is a sick fuck and needs to be dealt with. Does someone have an idea how to deal with such scum. Pedophiles are a real plague here in my country and I think we have to bring the fight to them.

sincerely,
a great supporter of anonymous

**Anonymous**
October 17, 2012
10:50:23

Report spam

i also am sick of this shit, i typed in "jailbait" in search (after hearing the term is used commonly by pedophiles on the news) and too many sites popped up, they need to be shut down snd the people behind them held accountable!!!

**Anonymous**
January 20, 2013
17:59:09

Report spam

Rich Gorman / ReputationChanger.com, DirectResponse.net & RichGorman.com Are hiding Child Molesters and Sex offenders!

There are pedophiles using reputation management or SEO tactics to hide online, making their registry the last thing you see associated to their name. Point in case is Mr. Rich Gorman, convicted sex offender, pedophile and rapist who uses reputationchanger.com, directresponse.net & all his other domains to hide himself and anyone who will pay him from showing up as a sex offender when a simple search is done on their names. Rich Gorman can be seen peddling his reputation changer packages or his richgorman.com at Affiliate Summit conferences, when in reality he is the rapist next door helping other rapist hide their sex offender status.
With Gorman's philosophy of hiding everything he has accomplished what every parent has nightmares about, hiding the National Registration and Local Sex Offender registry of all those charged and convicted of raping, assaulting or otherwise molesting a child. Both his companies started with Rich Gorman's http://offender.fdle.state.fl.us/offender/flyer.do?personId=50706 own profile as a Sex offender, creating enough online garbage articles so as to create a ghost image of who he really is.

Rich Gorman raped a few girls in Florida, in fact he actually confessed and plead guilty to the offense due to all the victims waiting to testify against him along with plenty of DNA evidence. He claims to have a Harvard or Yale education, which must have come at the hands of his cellmate, since the time he claims he attended school he was making sure to stay alive in a Florida prison system where Peaophiles are HATED!
I need HELP taking this asshole down, spreading the word to each and every client he has and

Case ID: 140102501

finally burying him like the piece of shit pedophile he is.
The only achievement RichGorman.com, DirectResponse.net or ReputationChanger.com have really accomplished is to endanger or hurt our children and families.
Check for yourself, here is a little experiment:
Google: Rich Gorman and see what comes up
Google: Rich Gorman Sex Offender see what comes up
Remember this is his real profile: http://offender.fdle.state.fl.us/offender/flyer.do?personId=50706

Isn't it be illegal to hide your crimes against children online?
794.011(5) Commits Sexual Battery; Victim 12 Or Older And In Process Uses Physical Force Not Likely To Cause Serious Personal Injury

I guess the fact that the victim was over 12 years old is the difference, that he didn't use force and instead got her drunk out of her mind or took her to his place to finish up makes a difference.
Shouldn't it at least be illegal to help OTHER PEDOPHILES do the same?
That is Rich Gorman
That is ReputationChanger.com
That is DirectResponse.net

Should we see the truth which keeps us safe:
http://www.pameganslaw.state.pa.us/OffenderDetail.aspx?OffenderId=14784
http://offender.fdle.state.fl.us/offender/flyer.do?personId=50706
http://www.homefacts.com/offender-detail/PA14784/Richard-Gorman.html
& Let's not confuse the crime as Mr. Gorman would have you do, the specifics are:

794.011(5) Commits Sexual Battery; Victim 12 Or Older And In Process Uses Physical Force Not Likely To Cause Serious Personal Injury
(5) A person who commits sexual battery upon a person 12 years of age or older, without that person's consent, and in the process thereof does not use physical force and violence likely to cause serious personal injury commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, s. 775.084, or s. 794.0115.

So my question is simple, shall we allow this to continue?
William N. Meggs Florida State Attorney, the prosecuting attorney said of Rich Gorman:
One of the most important functions of the Office of the State Attorney is to stand up for the victims of crime. It is in that vein that I must respond to a recent commentary by Kathleen Parker regarding the rape conviction of Rich Gorman ("Brief encounter ruined a young man's life," May 4). Parker is the latest victim of Gorman's public-relations campaign, which employs the age-old defense tactic of blaming the victim. She talks about a 30-pound box of court documents that she apparently failed to review, and not once has she called this office for information. Had Parker done so, she would have found that the "regular college Joe" she describes actually ran an escort service and had a thriving computer business. Had Parker done her homework, she would have found that Gorman invited the underage victim to go out in a limousine with four other girls and provided plenty of booze.
He also stooped to pick up a *** and proceeded to a local bar. It was there that the victim became ill and asked to be taken home. Gorman volunteered to take her home but bypassed her dorm and took her to his house. Charged with rape - his second charge in a matter of months - Gorman's "first" story was that nothing happened.
When positive DNA results were returned, his firm denials changed to "it was consensual." Gorman has been successful in convincing a jury of one - Kathleen Parker - of his innocence. He was less successful with a six-person jury, which delivered a unanimous guilty verdict. Thankfully, the jurors considered all the evidence, not just one side.
WILLIAM N. MEGGS Florida State Attorney
Tell everyone you know, do what you can, expose this bastard for what he is!

Here are all the profiles he hides behind.

https://plus.google.com/116923470231875564697

www.richgormansucks.net -
www.richgormansite.com
www.directresponse.net
www.richgormanreputationchanger.org
www.richardgorman.com
ww.linkedin.com/pub/dir/Rich/Gorman
www.crunchbase.com/person/rich-gorman

Here are the Affiliates that Mr. Gorman brags about doing business with, they all have Facebook pages so feel free to let them know how YOU feel about a rapist representing them.

AffiliateSummit.com
http://zacjohnson.com/online-reputation-management-top-firms/
http://jumbleberry.com/contact/
http://www.total-apps.com
http://www.venable.com/todd-a-harrison/
http://www.itera.ru/isp/eng/
http://www.beckerortho.com/
http://www.adsdirect.com/
http://www.limelightcrm.com/blog/
http://sspr.com/
http://www.glacierpayments.com/
www.hershsandhoo.com
http://engagebdr.com/about-us/
Rich Gorman also brags about helping Kevan Barlow of the NFL 49ers, with a testimonial posted along with the NFL LOGO.

Let's make this fucker run away from the internet like it was a case of burning super aids trying to crawl in his ass!!!!!!
BARRYTHEWONG

**Anonymous**
March 12, 2013
18:34:18

Report spam

Barrythewong? How do you know Rich Gorman?

**Anonymous**
March 31, 2013
22:37:55

Report spam

Just so you are aware, he probably DOES know Todd A Harrison. Todd is another pedophile with a giant web of his minions... Oh, wait, it's minyans with Todd. Todd owns Minyanville Media, Inc. His foundation is called the Ruby Peck Foundation. He runs minyanville.com and minyanland.com Minyanland is SPECIFICALLY geared toward 8-12 year olds. Hmmm... interesting that is the PRIME age for a PEDOPHILE. He's got such a huge empire with his company, he likely grooms his victims online and since he also has a MEDIA company, he can produce/distribute child porn to the masses. He "hides" behind his internet/business accomplishments, basically getting funding from reputable companies funding a child porn/child trafficking/child prostitution business in plain sight!

**Anonymous**
April 29, 2013
01:51:39

Report spam

A Formal Apology to Mr. Rich Gorman.
Summary: In the case of Chester County Court of Common Pleas at docket number 2011-11238

My name is Esteban Yaniz a/k/a Steven Yaniz and I have been found Liable & Responsible for posted content on websites, forums and comment exchange boards or consumer complaint forum websites as well as identified by a civil court as bearing the full and sole responsibility for said posts concerning Mr. Gorman and allegations of pedophilia; these post concerning Richard Gorman and any allegations of pedophilia or of him being a pedophile are completely false.

I have been found liable for these statements by the Courts because I made them & so have

Case ID: 140102501

been ordered to formally request the removal of existing postings found on any and all available websites immediately under any of these aliases.

The court has found me to be responsible & liable party for all comments made under the aliases of "Barrythewong" and Barnabas David Wong in reference to Mr. Gorman. The continued proliferation of these posts made by me under the aliases Steven Yaniz, Barnabas David Wong, "Barrythewong" or any others is completely false and should be treated as nothing but vile lies.

Mr. Gorman's accomplishments standout for themselves and are not that of a Pedophile nor is it my place to further besmirch his name or reputation in any way and sincerely apologize for any harm I may have caused him emotionally, physically or economically.
I was wrong for making these allegations and in my attempt to ruin Mr. Gorman's reputation as a renowned & accomplished entrepreneur.

The full case caption in which I have been found liable along with my financial liability for these statements is:
"Richard Gorman and Justin Singletary, Plaintiffs vs. Keisha Ruff and Esteban Yaniz a/k/a Steven Yaniz, Defendants." The case was presided over in the Chester County Court of Common Pleas at docket number 2011-11238.

Any information you may need as to the posts and said aliases can be found there.
Per this available Court Order, I am notifying you of my request that you please remove the posted content from your website, to feel free to contact me via email with any further questions or with confirmation of the removal request.

(If your terms and conditions require me to physically provide a notarized copy of said court order along with any additional correspondence from myself including but not limited to an Affidavit if necessary.)

Esteban W. Yaniz
Schaumburg, IL
estebanwyaniz@gmail.com

---

**Anonymous**
Mar 31 2013

Report spam

I was in court in 2012 when the Judge shamed Mr. Esteban W. Yaniz into admitting that he completely fabricated many despicable, libelous false statements about Mr. Richard Gorman. It is a documented fact that Mr Gorman was railroaded on a never happened crime solely due to prosecutorial misconduct -such misconduct was ADMITTED TO by the Florida Bar Board of Governors in July 2008. They took no action against the caught-cheating prosecutor (except for giving him a raise). I have personally known Richard Gorman for many years -- he is married and has 2 wonderful, brilliant children; his excellence as a business man is matched by his skills and attentiveness as a husband and a father.
Ignorant jealous people like Mr Yaniz are a great inspiration for the company known as ReputationChanger.com. Great things are ahead. Your friends know and love you Richard; just ignore the vermin and the liars and the haters--- they are not worth your time. Adam & John & Ericreonexc

**Anonymous**
Jun 8 2013

The person above me is either working for Gorman or has been duped by his charisma. I don't know about pedophilia, but it's a well documented fact that he is a registered sex offender. When he started his work with Reputation Changer, back when Health Converter was alive, I was there next to him, helping him build his empire. On the one hand, I was duped. I also chose to overlook so many misdeeds. To anyone that I've hurt by working with this man, I sincerely apologize. I feared him. This man is evil. I won't go into details, as I'm not ever sure the wonderful people of Anonymous could help me. If him or any of his cronies are reading this, then he knows who this is. I'm not afraid of you, Rich Gorman.

Case ID: 140102501

**Anonymous**
July 8, 2013
15:45:45

Report spam

^ provide proof, or fuck off.

"I typed in "jailbait" in search (after hearing the term is used commonly by pedophiles on the news) "

paedophiles NEVER say "jailbait" on the news. Like most people on AnonNews who "protest" against child porn, you were most likely on the deep web searching for it for your own gratification.

**Anonymous**
July 8, 2013
21:01:05

Report spam

Are you talking to me? Fuck, dude, I don't have that many claims except I worked for him.

Give me an email address, and I'll provide proof that I worked for him.

**Anonymous**
July 9, 2013
05:59:31

Report spam

Ffs surely you have some org. Like thegreyman to hunt that lot down

**Anonymous**
July 9, 2013
06:30:52

Report spam

Meanwhile in actual reality, how have you allowed this to pass by unattended: University of Toronto, Professor Benjamin Levin.

"He is currently a tenured professor at the Ontario Institute for Studies in Education at the University of Toronto and is the Canada research chair in education leadership and policy."

"On Monday, Toronto police say, that multi-jurisdictional investigation culminated in the arrest of Benjamin Levin, a celebrated U of T education professor and highly regarded civil servant. The child pornography charges stunned colleagues in academic and political circles."

Jennifer Pagliaro - News reporter (jpagliaro@thestar.ca)
Published on Monday July 8, 2013, The Toronto Star Online Edition.

Get busy. Or Snowden won't be the last fabricated man standing - Time is up, Expect that.
(and ffs kill the misogyny already if you do actually believe in what your idea stands for...)

**Anonymous**
August 12, 2013
01:32:53

Report spam

Most business owners are unaware that ReputationChanger.com is owned and operated by Rich Gorman, a sexual deviant who has been arrested twice for Sexual Battery.

The Florida State Attorney General's office prosecuted Rich Gorman of rape, of which he was convicted.

He has been trying to hide this fact for years, thus one of the reasons he puts out so much press, yet companies continue to hire this sexual deviant.

https://plus.google.com/116923470231875564697
www.richgormansucks.net
www.richgormansite.com
www.directresponse.net
www.richgormanreputationchanger.org
www.richardgorman.com

Case ID: 140102501

AnonNews.org : Everything Anonymous                                                                    10/6/13 6:05 PM

www.linkedin.com/pub/dir/Rich/Gorman,
www.crunchbase.com/person/rich-gorman

The company is run from Pennsylvania and it is not ok for Rich Gorman to rope and lead a perfectly normal life running - of all things - a rep repair company.

Businesses that use Reputation Changer dot com should be ashamed! Protect Women

Anonymous

August 27, 2013
10:05:38

: Report spam :

RICHGORMANREPUTATIONCHANGER.ORG - Domain Informationnew
Domain RICHGORMANREPUTATIONCHANGER.ORG | Site Info Traceroute RBL/DNSBL lookup !
Registrar GoDaddy.com, LLC (R91-LROR)
Whois server whois.publicinterestregistry.net
Created 20-Nov-2012
Updated 10-Apr-2013
Expires 20-Nov-2013
Time Left 93 days 20 hours 13 minutes
Status CLIENT DELETE PROHIBITED CLIENT RENEW PROHIBITED CLIENT TRANSFER PROHIBITED CLIENT UPDATE PROHIBITED
DNS servers BETH.NS.CLOUDFLARE.COM 204.93.173.10
RAY.NS.CLOUDFLARE.COM RAY.NS.CLOUDFLARE.COM
RICHGORMANREPUTATIONCHANGER.ORG - Geo Information
IP Address
198.211.106.88
Host richgormanreputationchanger.org
Location US US, United States
City New York, NY 10012
Organization ServerStack
ISP Digital Ocean
AS Number AS46652 ServerStack, Inc.
Latitude 40∞72'67" North
Longitude 73∞99'81" West
Distance 7582.93 km (4711.81 miles)

Domain ID:D167159706-LROR
Domain Name:RICHGORMANREPUTATIONCHANGER.ORG
Created On:20-Nov-2012 14:30:35 UTC
Last Updated On:10-Apr-2013 04:11:54 UTC
Expiration Date:20-Nov-2013 14:30:35 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Registrant ID:CR129548965
Registrant Name:Richard Gorman
Registrant Organization:Reputation Changer LLC
Registrant Street1:39 West Gay Street
Registrant Street2:
Registrant Street3:
Registrant City:West Chester
Registrant State/Province:Pennsylvania
Registrant Postal Code:31410
Registrant Country:US
Registrant Phone:+1.9127132398
Registrant Phone Ext.:
Registrant FAX:+1.6462246100
Registrant FAX Ext.:
Registrant Email:richard@reputationchanger.com
Admin ID:CR129548967
Admin Name:Richard Gorman
Admin Organization:Reputation Changer LLC
Admin Street1:39 West Gay Street
Admin City:West Chester

Case ID: 140102501

AnonNews.org Everything Anonymous  10/6/13 6:05 PM

        Admin State/Province:Pennsylvania
        Admin Postal Code:31410
        Admin Country:US
        Admin Phone:+1.9127132398
        Admin FAX:+1.6462246100
        Admin Email:richard@reputationchanger.com
        Tech ID:CR129548966
        Tech Name:Richard Gorman
        Tech Organization:Reputation Changer LLC
        Street1:39 West Gay Street
        Tech Street2:
        Tech Street3:
        Tech City:West Chester
        Tech State/Province:Pennsylvania
        Tech Postal Code:31410
        Tech Country:US
        Tech Phone:+1.9127132398
        Tech Phone Ext.:
        Tech FAX:+1.6462246100
        Tech FAX Ext.:
        Tech Email:richard@reputationchanger.com
        Name Server:RAY.NS.CLOUDFLARE.COM
        Name Server:BETH.NS.CLOUDFLARE.COM

**Anonymous**
September 1, 2013
02:24:35

Report spam

Ahh Rich Gorman...i chose not to turn him in over a crime he did a decade ago, while he still has a family, and two children. Hate to break something like that up.Lulz
As for his company RepChanger, I be going after his execs, especially his best friend who manages a good chunk of the company

http://www.dinkypage.com/rich-richard-gorman

http://www.homefacts.com/.../Richard-Andrew-Gorman.html

Work: Gorman Economics LLC
Google+:
https://plus.google.com/116923470231875564697
https://plus.google.com/u/0/100799454927642821509

Linkedin: http://www.linkedin.com/profile/view...
http://www.linkedin.com/pub/rich-gorman/26/754/1b

Youtube:
http://www.youtube.com/user/RichGormanDRM
http://www.youtube.com/channel/UCBeo_uukd9jkuNxOVhFHDFw
Font: http://pastebin.com/ZJjW067N

Twitter:
https://twitter.com/RichAGorman
https://twitter.com/RichGorman101

Relative urls
http://www.completed.com/individual/Rich-Gorman
http://richgorman.com
www.richgormansucks.net
http://www.directresponseagency.net/
www.richgormansite.com
www.directresponse.net
www.richgormanreputationchanger.org

Case ID: 140102501

AnonNews.org : Everything Anonymous                                                                 10/6/13 6:05 PM

http://directresponse.net
www.richardgorman.com
www.crunchbase.com/person/rich-gorman
http://rich-gorman.net/
http://richardgormanphiladelphia.com
http://directresponse.net/rich-gormans-biz-op/

**Anonymous**

September 4, 2013
10:08:14

Report spam

Looks like this guy's fame for being a known sex offender is being found more and more often. His peers are taking him to task

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/

**Anonymous**

September 9, 2013
01:53:56

Report spam

flooded the servers, burned one for sure.
nice little sql injection provided courtesy of us.

**Anonymous**

September 11, 2013
21:53:33

Report spam

https://www.facebook.com/pages/Tips-from-a-Hacker/475251319233483

**Anonymous**

September 12, 2013
21:19:25

Report spam

Crush all rapists and pedos! > <

**Anonymous**

September 15, 2013
02:17:44

Report spam

Type of Search: CRIMINAL
Scope: FELONY AND MISDEMEANOR
Jurisdiction: STATEWIDE

Arrest Date: 06/21/2003
Arresting Agency: TALLAHASSEE POLICE DEPARTMENT
SID Number: FL-05039972
Charge: SEX ASSAULT, VICTIM OVER 12 YEARS OF AGE,
PHYSICAL FORCE – FELONY
Disposition: DISPOSITION NOT AVAILABLE THROUGH STATEWIDE
REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE HT 6'0, WT 194, BLACK HAIR, BROWN
EYES, TATTOO

Arrest Date: 08/04/2004
Arresting Agency: ORLANDO REGIONAL OPERATIONS CENTER
SID Number: FL-05039972

AnonNews.org  Everything Anonymous                                      10/6/13 6:05 PM

Charge: COUNT 1 INVADE PRIVACY, MISUSE OF CONFIDENTIAL
INFORMATION - MISDEMEANOR
COUNT 2 OBSTRUCTING JUSTICE, HARASS
WITNESS/VICTIM/INFORMANT - MISDEMEANOR
Disposition: COUNTS 1 AND 2 DISPOSITION NOT AVAILABLE THROUGH
STATEWIDE REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE, HT 6'0, WT 194, BLACK HAIR, BROWN
EYES, TATTOO

Arrest Date: 12/09/2004
Arresting Agency: LEON COUNTY SHERIFF'S OFFICE
SID Number: FL-05039972
Charge: SEX ASSAULT, VICTIM OVER 12 YEARS OF AGE,
PHYSICAL FORCE FELONY
Disposition: DISPOSITION NOT AVAILABLE THROUGH STATEWIDE
REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE, HT 6'0, WT 194, BLACK HAIR, BROWN
EYES, TATTOO

**Anonymous**
September 15, 2013
02:27:14

Report spam

They say the victim was over 12 but not an adult, so how can there be no harm in the rape and he's married w kids????
What fucking kind of wife marries a RAPIST like Richard Gorman and then has kids with him

**Anonymous**
September 17, 2013
20:20:51

Report spam

I work for him. He's a cool dude. You weren't there so you can't act like you know everything about his past transgressions, or speak on his character. He fucked up yes, but he's not about that life now. He did his time so quit bashing him. It's people like you guys who make our company necessary. Bashing someone you don't know, for transgressions of his past. IF he was trying to HIDE these things he would have used our service to make forums like this, and the related search of "sex offender" stop showing up. Clearly he didn't. Therefore he is being transparent. All the information about his past crimes are there. Available for all to see. He's paying his dues, so leave the man alone.

Also no, I'm not mindfucked by his charisma since personally he's doesn't really talk to us too often since he's busy running a company. I'm speaking my own thoughts. I guess it helps that I'm buddhist and like to seem more than one side to people.

**Anonymous**
September 18, 2013
09:56:57

Report spam

Apparently your Buddhist beliefs let you forgive someone for being accused of rape several times prior to being charged and convicted, or him ripping people off, or perhaps you are forgiving him for intimidating the witnesses of his case and destroying evidence on his Pcs as stated above; We Are Not Buddhists! Your "Cool Dude" has been thoroughly researched, his transgressions noted and his continued behavior registered quite clearly. He has mentioned his

http://anonnews.org/forum/post/8233                                     Page 9 of 11

Case ID: 140102501

> dead wife as a drug addict, attacked his ex-inlaws openly online and on several boards where he refers to them as scam artists and pedophiles.
> Since you work for him why not look him up FOR REAL? GEt past that first page on Google results and put in some real time and effort with your query

**Anonymous**
September 18, 2013
23:05:17

Report spam

Forgiveness is important in buddhism. I'm not going to rant about that since nobody other than me cares haha.

Some things I believe and other I do not. It's a bunch of things that random people posted on the internet. Again I wasn't there, nor were you (at least I assume so).

Things could have played out many ways but they all had the same ending he went to jail. He did his time. That's the end of it. He's living with his wife and children, and just "doing him". So I say let him be. He hasn't done any wrong to you, so why try to curse his name?

I say live and let be. Karma is a cruel mistress, so if all of the accusations are true he will suffer for them. If they aren't then good for him.

Not trying to cram buddhism on anyone but seriously, it helps make life a lot simpler, and more enjoyable (after you get past the initial thought of "life is suffering").

**Anonymous**
October 4, 2013
22:32:46

Report spam

i cant believe you guys dribble on so much, i researched these jailbait sites 11, 765 times and found nothuing objectional

## Post a reply

**Anonymous**



Post reply >>

Get another Captcha  Get Audio Captcha  Help  Captcha by reCAPTCHA

1BZDeCvxBoUtRERmErlpA8odUzxtPytzd (changed!)

All content on this website is automatically licensed under a Creative Commons Attribution license. You are free to redistribute and/or remix it, but you have to credit the author, or, if the author is unknown ("Anonymous"), place a link to the corresponding page on AnonNews and attribute it to "Anonymous".

Download the AnonNews 2.0 source code / Moderation panel

Case ID: 140102501

AnonNews.org · Everything Anonymous

10/6/13 6:05 PM

Case ID: 140102501