# EXHIBIT 4

Wednesday, May 14, 2014 at 10:52:51 AM Eastern Daylight Time

**Subject:** FW: URGENT: Please contact the undersigned
**Date:** Saturday, February 15, 2014 at 1:57:24 PM Eastern Standard Time
**From:**
**To:**
**CC:**

FYI

John P. Wixted | Blank Rome LLP
One Logan Square 130 North 18th Street | Philadelphia, PA 19103-6998
Phone: 215.569.5649 | Fax: 215.832.5649 | Email: JWixted@BlankRome.com

**From:** B [mailto:bay_1991@hotmail.com]
**Sent:** Friday, February 14, 2014 4:26 PM
**To:** abuse@godaddy.com
**Cc:** Wixted, John P.; B
**Subject:** URGENT: Please contact the undersigned

Hello,

I would like to speak with someone regarding an abuse of the "godaddy.com" website.

Chronological order of events:

- On Tuesday, September 11th, 2014, I received a copy of an "Affidavit of Service" from the office of John P. Wixted, Esquire. Their office is located in Philadelphia, PA.
- On Wednesday, September 12th, 2014, I received a registered package which contained a "Civil Cover Sheet" from the Court of Common Please of Philadelphia County in regards to a court case of Gorman vs www.performousider.com.
- I called and left a message for Mr. Wixted regarding the two documents that were sent to my home.
- On February 14th at 10:09 am I again called and left another message
- At 3:51 p.m. he kindly returned my call and left his contact information.
- At approximately 4:00 p.m. I returned his call. I explained that there must have been some error because I and my son don't know anybody associated with anybody listed in this complaint (either the plaintiff or defendant). He suggested that I contact your company regarding the fact that someone has used my home address here in Canada.

I need to speak to someone about the fact that my personal property, i.e., my home, has been used by someone and it is now "part of" this lawsuit.

I can be reached at home at 416-449-1213 or at work at 647-722-6641 ext 3440. My work hours are Monday - Friday, from 9:00 a.m. - 5:30 p.m. est.

I appreciate a call as soon as possible.

Regards,

Page 1 of 2

Barbara-Ann Young

*******************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*******************************************************************************

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

*******************************************************************************