# EXHIBIT 5

**From:** Rick Rollinski <expectedusa@aol.com>
**Date:** December 10, 2013 at 7:09:36 PM EST
**To:** <richard@reputationchanger.com>, <impact@directresponse.net>
**Subject: Brand's shady practices and 2 time rapist CEO Exposed**

Hi Rich

Im going to start emailing the Jakmian's, all of your clients, Hersh's companies, all of the people at Brand.com Interdigital, NewsHeadquarters, Ads Direct, and all of the other companies employees and partners links to your registered sex offender links on a regular basis. After that im going to disclose your entire network of sites used for your clients at brand.com. Im going to "leak" a full list of all of your clients and the methods you use to protect them to the media via direct mail to journalists around the world. I'll detail everything from beginning til end, specifically highlighting your most important clients and network of fake news websites. The releases will specifically target you, what you've been up to and others targeting brand.com and how brand.com works. This won't be some amateur posting 1 post on some website. This will be a coordinated campaign intelligently orchestrated to execute the goal. The goal is to make sure this costs you more than $500,000 to justify the money we're requesting.

In short, ill ruin your personal life and your professional life until you deliver the requested coin. If you've been doing any pump and dumps, registering your sex offender home address to walgreens, not registering correct information I'd be careful If I were you, since that is the kind of thing that will land you back in prison.

I'll use SEO, content creation, user-interactions, the media, the cloud hive-mind and link building to ensure all of these things are very easy to find when searching for your name, your companies names and your wife's name. It will be overwhelming and the things you thought were buried and far away will suddenly be all around you. Ill contact all of the people that hate you, your competitors and Sparkles family and let them know what is happening and how to help amplify it. Ill also involve the great resources like Anonymous, 4chan and anyone else that might jump on the bandwagon just for the lulz.

Ill do all of these things and you can stop me. By paying $500,000 in bitcoin. Ill stop and disappear out of your life forever. Keep in mind the origination ip address for this email is a proxy, and under it, another proxy, with no logs and a cloud of other anonymous connections. I am very good at what I do and have worked for major banks and governments off the record to destroy country and company just like Ill do with you and all of your businesses. Your interest is $5000/day. To stop me from moving forward, make a minimum payment of $100,000 into the account. This will stop me for 2 days before I continue.

**Send bitcoins to 1CiBJtVdCJtLzqY1q4k2nZAMCLpuUo8DmT**

PS: I'm going to start now by sending emails like this one to the other clients of brand.com. If I get through that list and do not have at least $500,000 in bitcoin, I'm going to start on exposing brand.com, how it works and who the clients are. I am not bluffing. If you will not comply, I will sink your companies 1 by 1 and destroy your reputation. You won't have the resources to repair it by the time im done.

If you fight this, you will not win. It will cost you far more than $1,000,000 and I will just move on to the next project while you pick up the pieces and try to start over again. To save you some time, your technical idiots will be able to find that this email was sent from 85.118.133.36 but that will be all.

ELECTRONICALLY FILED - 2018 Aug 28 10:30 AM - GREENVILLE - COMMON PLEAS - CASE#2014CP2304432


PLAINTIFF'S EXHIBIT
tabbies