# **EXHIBIT 6**

**From:** Rick Rollinski [mailto:expectedusa@aol.com]
**Sent:** Thursday, December 12, 2013 6:48 PM
**To:** Brand.com; impact@directresponse.net
**Subject:** Yo richie

505k today buddy

You know, **you just haven't given me anything to make me think you're taking this seriously.** I want you to think about that.

Make a small payment in good faith. Just so I know you're paying attention and what im about to do will be the last of it while I work thorough that list of clients you boys have. Hm. I think 25k will do while you guys come up with the rest. Haha. **I know you boys are going to be stubborn on this.** After all you probably think you're better at this reputation shit than anybody. You're about to have a rude awakening since **I know something you don't know** ;)

**Send bitcoins to 1CiBJtVdCJtLzqY1q4k2nZAMCLpuUo8DmT**

http://www.youtube.com/watch?v=hzExWz7KP5M

ELECTRONICALLY FILED - 2018 Aug 28 10:30 AM - GREENVILLE - COMMON PLEAS - CASE#2014CP2304432

PLAINTIFF'S
EXHIBIT
B