# EXHIBIT 7

Friday, December 13, 2013 at 4:41:59 PM Eastern Standard Time

**Subject:** RE: Man women can talk
**Date:** Thursday, December 12, 2013 at 7:19:17 PM Eastern Standard Time
**From:** Mike Zammuto
**To:** Ryan Andrews, 'Eric Trajtenberg' (eric@chescolawfirm.com), Rich Gorman

REDACTED

**From:** Rick Rollinski [mailto:expectedusa@aol.com]
**Sent:** Thursday, December 12, 2013 7:15 PM
**To:** Brand.com; impact@directresponse.net
**Subject:** Man women can talk

This might be the only thing you guys talk about this holiday season over the yams and cold ham. Better make with some coin Gor my man, im sure shits gonna start looking bad in short order.



PLAINTIFF'S EXHIBIT
C