IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. GORMAN | : | Civil Action |
| v. | : | |
| ILYA SHPETRIK, ET AL. | : | No.: 20-CV-04759 |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the application of __GEORGE SCHOOFF_____, Esquire,

to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐   GRANTED.[1]

☐   DENIED.

_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# __20-cv-04759__

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

**I. APPLICANT'S STATEMENT**

I, __George Schooff__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| State where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Michigan | 1991 | 45596 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| Court where admitted | Admission date | Attorney Identification Number |
|---|---|---|
| Eastern District of Michigan | 1993 | 45596 |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for __Richard A. Gorman__

(Applicant's Signature) [signed]

(Date) 11/05/2020

Name of Applicant's Firm: Legal Services Group. PLLC
Address: 1247 Woodward Ave, #312, Detroit, MI 48226
Telephone Number: 313-434-0502
Email Address: schooff@legalservicesgrouppllc.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __11/05/2020__
(Date)

(Applicant's Signature) [signed]

04/20

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of GEORGE SCHOOFF, ESQUIRE to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Patrick K. Gibson, Esq. | [signature] | 10/12/2017 | 315863 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

**IPPOLITI LAW GROUP**

**1225 N. King Street, Suite 900, Wilmington, DE 19801**

**(302) 428-1400**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **11/12/2020**
(Date)

[signature]
(Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. GORMAN | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| ILYA SHPETRIK, ET AL. | : | No.: 20-CV-04759 |

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of **George Schooff**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

Matthew J. Press, Esq.
PRESS KORAL LLP
641 Lexington Ave., 13th Floor
New York, NY 10022
Email: mpress@presskoral.com

_____
(Signature of Attorney)
**Patrick. K. Gibson, Esq.**
(Name of Attorney)

**Richard A. Gorman**
(Name of Moving Party)

(Date)   12/9/2020