**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD A. GORMAN, <br>     Plaintiff, <br><br> v. <br><br> ILYA SHPETRIK, OLEG SHPETRIK, ANNA SHPETRIK and MARK SHPETRIK, <br><br>     Defendants. | CIVIL ACTION <br><br><br><br> NO. 20-4759 |

**O R D E R**

AND NOW, this 17th day of December, 2020, upon consideration of the Motion of Patrick K. Gibson, Esquire for the Admission *Pro Hac Vice* of George Schooff, Esquire (Doc. No. 4), and it appearing to the Court that the said George Schooff is a member in good standing of the Bar of the State of Michigan, it is hereby ORDERED that the Motion is GRANTED and George Schooff, Esquire is admitted to practice *Pro Hac Vice* before this Court as co-counsel with Patrick K. Gibson, Esquire on behalf of the Plaintiff for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

                                         BY THE COURT:

                                         s/ J. Curtis Joyner
                                         _____
                                         J. CURTIS JOYNER, J.