# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. GORMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**ILYA SHPETRIK, OLEG SHPETRIK, ANNA SHPETRIK, and MARK SHPETRIK,**<br><br>Defendants. | CIVIL ACTION NO. 20-4759 |

## NOTICE OF RULE 41(a)(1)(A) DISMISSAL OF DEFENDANTS OLEG SHPETRIK, ANNA SHPETRIK AND MARK SHPETRIK

Pursuant to Fed. R. Civ. P. 41(a)(A), Plaintiff Richard A. Gorman hereby provides notice of his DIMISSSAL WITHOUT PREJUDICE of Defendants Oleg Shpetrik, Anna Shpetrik and Mark Shpetrik from this action.

Respectfully submitted,

**LEGAL SERVICES GROUP, PLLC**

*/s/ George Schooff*
George Schooff (P45596)
*Admitted Pro Hac Vice*
1247 Woodward Avenue, #312
Detroit, Michigan 48226
schooff@legalservicesgrouppllc.com
Telephone: (313) 434-0502
*Attorney for Plaintiff*

Date:   January 27, 2021

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2021, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties and counsel of record.

                                                          **LEGAL SERVICES GROUP, PLLC**

                                                          */s/ George Schooff*
                                                          George Schooff (P45596)
                                                          *Admitted Pro Hac Vice*
                                                          1247 Woodward Avenue, #312
                                                          Detroit, Michigan 48226
                                                          schooff@legalservicesgrouppllc.com
                                                         Telephone: (313) 434-0502
                                                          Attorney for Plaintiff

Date:    January 27, 2021