IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>ILYA SHPETRIK,<br><br><br>    *Defendant.* | :<br>:<br>:<br>:<br>:<br>:<br>:  Case No.: 2:20-cv-04759-JCJ<br>:<br>:<br>:<br>:<br>:<br>: |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Kindly enter my appearance on behalf of Defendant Ilya Shpetrik in the above captioned matter[1].

                                                    Respectfully submitted,

                                        By: /s/ Matthew Faranda-Diedrich

Dated: February 10, 2021        Matthew Faranda-Diedrich, Esquire
                                              PA Id. No. 203541
                                            **ROYER COOPER COHEN BRAUNFELD LLC**
                                            Two Logan Square
                                            100 N. 18th St., Suite 710
                                            Philadelphia, PA 19103
                                            267-546-0275 (phone); 484-362-2630 (fax)
                                            *Attorneys for Defendant Ilya Shpetrik*

---

[1] Defendants enters the appearance of its counsel without waiver of, and expressly preserving, all defenses and objections, including but not limited to as relating to the jurisdiction of this Court.

{00947996.v1 }

**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD A. GORMAN, | : |
| *Plaintiff*, | : |
| v. | : |
| ILYA SHPETRIK, | : Case No.: 2:20-cv-04759-JCJ |
| *Defendant*. | : |

I hereby certify that a true and correct copy of the foregoing Entry of Appearance has been filed electronically and is available for viewing and downloading from the ECF system to all counsel of record.

Dated: February 10, 2021

/s/ Matthew Faranda-Diedrich
Matthew Faranda-Diedrich, Esquire

{00947996.v1 }