IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>ILYA SHPETRIK,<br><br>    *Defendant*. | :<br>:<br>:<br>:<br>:<br>:   Case No.: 2:20-cv-04759-JCJ<br>:<br>:<br>:<br>:<br>: |

## **ORDER**

    AND NOW, this _____ day of _____, 2021, pursuant to Local Rule of Civil Procedure 83.5.2(b) of this Court, it is hereby ORDERED that the application of Matthew J. Press to appear in this action as counsel *pro hac vice* for Defendant Ilya Shpetrik is GRANTED.

    BY THE COURT:

_____
  J.

1