# United States District Court
## Southern District of New York

## Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

      MATTHEW  J  PRESS      , Bar #     MP4194

was duly admitted to practice in the Court on

                March 12, 2002

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On      October 27, 2020
          New York, New York

    Ruby J. Krajick        By      s/ V. Bart
    Clerk of Court                    Deputy Clerk