IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>ILYA SHPETRIK,<br><br>*Defendant.* | :<br>:<br>:<br>:<br>:<br>:  Case No.: 2:20-cv-04759-JCJ<br>:<br>:<br>:<br>:<br>: |

**DECLARATION OF MATTHEW J. PRESS, ESQUIRE
IN SUPPORT OF MOTION TO PRACTICE IN
THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)**

I, Matthew J. Press, a member of the bar of the State of New York, declare as follows:

1. I am currently admitted to practice in the following state jurisdictions:

| State | Admission Date | Attorney ID Number |
|---|---|---|
| New York | July 1999 | 2987519 |

2. I am currently admitted to practice in the following federal jurisdiction:

| Court Where Admitted | Admission Date | Attorney ID Number |
|---|---|---|
| USDC SDNY | March 2002 | MP-4194 |
| USDC EDNY | 2011 | MP-4194 |
| USCA Second Cir | 2015 | MP-4194 |

3. I served as a Law Clerk for the Honorable Herbert J. Hutton in the Eastern District of Pennsylvania in 1997.

1

4.      I have not previously been suspended, disbarred, publicly reprimanded, or otherwise disciplined in any jurisdiction, and I am not currently subject to any disciplinary proceedings.

5.      I have read the most recent edition of the Pennsylvania Rules of Professional Conduct and the Local Rules of this Court and agree to be bound by both sets of Rules for the duration of the case for which this *pro hac vice* admission is sought.

6.      If granted *pro hac vice* status, I will in good faith continue to advise counsel who has moved for my *pro hac vice* admission of the current status of the case and of all material developments in the case for which *pro hac vice* status has been granted.

7.      I declare under the penalty of perjury and under the laws of the United States that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

By: _____
Matthew J. Press, Esquire
**PRESS KORAL LLP**
641 Lexington Ave., 13th Floor
New York, NY 10022
Phone:  212-922-1111
Email:  mpress@presskoral.com

*Attorneys for Defendant Ilya Shpetrik*