IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. GORMAN,

    *Plaintiff*,

v.

ILYA SHPETRIK,

    *Defendant.*

Case No.: 2:20-cv-04759-JCJ

**<u>ORDER</u>**

AND NOW, this _____ day of _____, 2021, pursuant to Local Rule of Civil Procedure 83.5.2(b) of this Court, it is hereby ORDERED that the application of Matthew J. Press to appear in this action as counsel *pro hac vice* for Defendant Ilya Shpetrik is GRANTED.

BY THE COURT:

_____
J.

1