# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

    MATTHEW  J  PRESS, Bar # MP4194

was duly admitted to practice in the Court on

    March 12, 2002

and is in good standing as a member of the Bar of this Court

| | |
|---|---|
| Dated at    500 Pearl St.<br>New York, New York | On    October 27, 2020 |
| Ruby J. Krajick<br>Clerk of Court | By    s/ V. Bart<br>Deputy Clerk |