IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN, | CIVIL ACTION |
| Plaintiff, | |
| v. | |
| ILYA SHPETRIK, OLEG SHPETRIK, ANNA SHPETRIK and MARK SHPETRIK, | NO. 20-4759 |
| Defendants. | |

**O R D E R**

AND NOW, this 12th day of February, 2021, upon consideration of the Motion of Matthew Faranda-Diedrich, Esquire for the Admission *Pro Hac Vice* of Matthew J. Press, Esquire (Doc. No. 10), and it appearing to the Court that the said Matthew J. Press is a member in good standing of the Bar of the State of New York, it is hereby ORDERED that the Motion is GRANTED and Matthew J. Press, Esquire is admitted to practice *Pro Hac Vice* before this Court as co-counsel with Matthew Faranda-Diedrich, Esquire on behalf of the Defendant, Ilya Shpetrik, for purposes of this action only in accordance with Local Rule of Civil Procedure 83.5.2.

BY THE COURT:

s/ J. Curtis Joyner
_____
J. CURTIS JOYNER, J.