UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN,<br><br>      Plaintiff,<br><br> -against-<br><br>ILLYA SHPETRIK,<br><br>      Defendant. | Civil Action No. 2:20-cv-04759-JCJ<br><br>**MOTION TO DISMISS** |

Defendant Illya Shpetrik, ("Defendant") by and through his undersigned counsel, respectfully moves the Court to dismiss this lawsuit and all counts against him under Rules 8 and 12(b)(2), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure; and grant all such further relief as the Court may deem just and proper. Defendant concurrently files herewith a Memorandum of Law and a Declaration in support of this Motion, and incorporates both herein.

Dated:  April 26, 2021

                 By: /s/ Matthew Faranda-Diedrich
                 Matthew Faranda-Diedrich, Esquire
                 ROYER COOPER COHEN BRAUNFELD LLC
                 PA Id. No. 203541
                 Two Logan Square
                 100 N. 18th St., Suite 710
                 Philadelphia, PA 19103
                 Telephone 267-546-0275; Fax 484-362-2630
                 mfd@rccblaw.com

                 By: /s/ Matthew J. Press
                 Matthew J. Press, Esquire*
                 PRESS KORAL LLP
                 641 Lexington Avenue, 13th Floor
                 New York, New York 10022
                 Telephone (212) 922-1111; Fax (347) 342-3882
                 mpress@presskoral.com
                 *Admitted Pro Hac Vice*
                 **Counsel to Defendant Illya Shpetrik**

{00988991.v1 }

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN, *Plaintiff*, v. ILYA SHPETRIK, *Defendant.* | Case No.: 2:20-cv-04759-JCJ |

    I hereby certify that a true and correct copy of the foregoing Motion to Dismiss First Amended Complaint and accompany documents has been filed electronically and is available for viewing and downloading from the ECF system to all counsel of record.

Dated: April 26, 2021

/s/ Matthew Faranda-Diedrich
Matthew Faranda-Diedrich, Esquire

{00988991.v1 }