UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. GORMAN,

                          Plaintiff,

          -against-

ILYA SHPETRIK,

                          Defendant.

Civil Action No. 2:20-cv-04759-JCJ

**DECLARATION OF MATTHEW J. PRESS**

          I, MATTHEW J. PRESS, declare under penalty of perjury that the following is true and correct, to my personal knowledge:

          1.          I am counsel to Defendant Illya Shpetrik and am familiar with the facts set forth herein. I submit this declaration in support of Defendant's motion to dismiss the Complaint.

          2.          A true and correct copy of Plaintiffs' Complaint in this matter, along with Exhibits 1-12 to the Complaint, is attached hereto as **Exhibit 1**.

          3.          A true and correct copy of the Responses to Interrogatories Nos. 1 & 4 by John C. Monarch in *Richard A. Gorman v. John C. Monarch, et al*., Eastern District of New York, Civ. Action No. 14-0890, is attached hereto as **Exhibit 2**.

          4.          A true and correct copy of a Facebook chat produced in discovery in *Richard A. Gorman v. John C. Monarch, et al*., Eastern District of New York, Civ. Action No. 14-0890, is attached hereto as **Exhibit 3**.

5.     A true and correct copy of excerpts of the deposition of Richard A. Gorman in

*Richard A. Gorman v. John C. Monarch, et al*., Eastern District of New York, Civ. Action No. 14-

0890, is attached hereto as **Exhibit 4**.


_____
Matthew J. Press