# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. GORMAN,** : | **COMPLAINT AND DEMAND** |
| : | **FOR JURY TRIAL** |
| Plaintiff, : | |
| : | **Case No.** |
| v. : | |
| : | |
| **ILYA SHPETRIK, OLEG** : | |
| **SHPETRIK, ANNA SHPETRIK,** : | |
| **and MARK SHPETRIK,** : | |
| : | |
| Defendants. : | |

## COMPLAINT

Plaintiff Richard A. Gorman, through his undersigned counsel, hereby demands judgment against Defendants Ilya Shpetrik, Oleg Shpetrik, Anna Shpetrik and Mark Shpetrik, for the reasons and amounts set forth below, and in support thereof avers as follows:

## PARTIES

1. Plaintiff Richard A. Gorman ("Gorman") is an adult individual and resident of Delaware County, Commonwealth of Pennsylvania.

2. Defendant Illya Shpetrik ("Shpetrik"), aka "Ilya Syanov," "Ilya Bit," "Ilya Putin," "Ilya Putin (BLT)," "Ilya BLT," "Ilya S," "Illya S," "S. Ilya," and "Michael Anthony," is an adult individual and citizen of Canada, currently residing at 33 Mogul Drive, North York, ON, Canada M2H 2M8.

3.     Defendant Oleg Shpetrik ("Oleg") is an adult individual and citizen of Canada, currently residing at 33 Mogul Drive, North York, ON, Canada M2H 2M8.

4.     Defendant Anna Shpetrik ("Anna") is an adult individual and citizen of Canada, currently residing at 33 Mogul Drive, North York, ON, Canada M2H 2M8.

5.     Defendant Mark Shpetrik ("Mark") is an adult individual and citizen of Canada, currently residing at 33 Mogul Drive, North York, ON, Canada M2H 2M8.

6.     At all times relevant to this Complaint, Shpetrik, Oleg, Anna and Mark have all resided at 33 Mogul Drive, North York, ON, Canada M2H 2M8.

## JURISDICTION AND VENUE

7.     This Court has subject matter jurisdiction over Gorman's claims under 28 U.S.C. § 1332(a)(2), as the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and Gorman is a citizen of the United States of America and the Commonwealth of Pennsylvania, and Ilya Shpetrik, Oleg, Anna and Mark are all citizens of Canada.

8.     This Court has specific personal jurisdiction over Ilya Shpetrik, Oleg, Anna and Mark because, as described more thoroughly herein, they had sufficient minimum contacts with the Commonwealth of Pennsylvania and with this District, this action arises out of these contacts, and exercising personal jurisdiction over them would be reasonable and comport with the requirements of due process.

9. Exercise of specific personal jurisdiction over Ilya Shpetrik, Oleg, Anna and Mark is proper in this Court under 42 Pa. C.S. § 5322(a)(4), as they have caused harm or tortious injury in the Commonwealth of Pennsylvania by acts outside of the Commonwealth.

10. Venue is proper in this District under 28 U.S.C. § 1391.

### FACTS COMMON TO ALL COUNTS

11. On July 29, 2013, a website located at <performoutsider.com> published an article titled "*Richard Gorman aka directresponse.net Criminal Past*," which included defamatory statements about Gorman. A copy of the article is attached to this pleading as Exhibit 1 and incorporated by reference.

12. The article falsely stated that Gorman had sexually assaulted a minor.

13. In addition, the article linked to and incorporated by reference a website located at http://anonnews.org/forum/post/8233 (the "AnonNews website").

14. The AnonNews website included postings falsely stating that Gorman is a child molester and a pedophile. A copy of the AnonNews website postings are attached to this pleading as Exhibit 2 and incorporated by reference.

15. The defamatory statements in the <performoutsider.com> article and on the AnonNews website were available to everyone everywhere on the World Wide Web.

3

16.     A Whois database search for the <performoutsider.com> domain name identified "Ilya Syanov" as the registrant, with an address at 43 Billington Crescent, Toronto, ON, Canada M3A 2G8. A copy of the Whois database search is attached to this pleading as Exhibit 3 and incorporated by reference.

17.     The contact information the registrant provided the registrar for the <performoutsider.com> domain name was false.

18.     Specifically, Barbara-Ann Young, the owner of the home at 43 Billington Crescent, Toronto, ON, Canada M3A 2G8, had never heard of "Ilya Syanov," <performoutsider.com>, or Gorman. An email from Ms. Young, dated February 14, 2014 to abuse@godaddy.com is attached to this pleading as Exhibit 4 and incorporated by reference.

19.     The false contact information was provided to conceal the identity of the person/persons that owned and operated the <performoutsider.com> website and published the defamatory statements about Gorman.

20.     Under federal law, providing false contact information to a registrar when registering a domain name is evidence of the registrant's bad faith. *See* 15 U.S.C. 1125(d)(1)(B)(i)(VII).

21.     On December 10, 2013, Gorman received an email from a person/persons using the name "Rick Rollinski." A copy of the December 10, 2013 email is attached to this pleading as Exhibit 5 and incorporated by reference.

4

22.     The email threatened to "ruin [Gorman's] personal life and [Gorman's] professional life" unless he sent half-a-million dollars in bitcoin, a "cryptocurrency," to an anonymous bitcoin address. *See*, Ex. 5.

23.     On December 12, 2013, "Rick Rollinski" sent two additional emails to Gorman which are attached to this pleading as Exhibits 6 and 7, respectively, and incorporated by reference.

24.     The December 12, 2013 emails repeated the threats, stating: "Better make with some coin Gor my man, im sure shits gonna start looking bad in short order."

25.     Gorman refused to pay the blackmail.

26.     Shortly after, a Twitter account operating under the name "@performoutsider" – the same name as the one used in the <performoutsider.com> domain name – began publishing defamatory statements about Gorman to Gorman's employees, clients, and vendors.

27.     For example, on December 19, 2013, the person/persons controlling the @performoutsider Twitter account tweeted the following false and defamatory message to an employee at a company with which Gorman was affiliated: "How does it feel working for person who was convicted of sexual assault on a minor?"

28.     Other false and defamatory posts include a posting directed to the CEO of a company with which Gorman was affiliated, calling the CEO a "child molester."

29.     After that, anytime the CEO's name was searched, the search engines would return the false and defamatory posting.

30.     In addition, Gorman's customers began also began receiving threatening emails.

31.     The emails stated that the customers would be exposed for working with Gorman's company, and attacked unless they paid a bitcoin ransom.

32.     On January 24, 2014, Gorman sued the website located at <performoutsider.com>, as well as John C. Monarch (Monarch") and Karl F. Steinborn ("Steinborn"), for defamation in Pennsylvania state court.

33.     A copy of the Pennsylvania state court complaint is attached to this pleading as Exhibit 8 and incorporated by reference.

34.     On February 14, 2014, Monarch removed the Pennsylvania state court action to the United States District Court for the Eastern District of Pennsylvania.

35.     Despite all efforts, the identity of the person/persons that owned and operated the <performoutsider.com> website could not be identified.

36.     As alleged above, when registering the <performoutsider.com> domain name, the person/persons that did so provided the registrar with false contact information to conceal their identities.

37.     Gorman thus filed a Motion with the Court to permit alternative service on "Ilya Syanov." [*Gorman v. Monarch*, No. 14-cv-00980 (E.D. Pa), ECF No. 18].

6

38.     Monarch filed an Opposition to the Motion. A copy of Monarch's Opposition is attached to this pleading as Exhibit 9 and incorporated by reference.

39.     In his Opposition, Monarch represented that he did "not know Ilya's true name, and … does not have any other contact information for Ilya." *See*, Ex. 9 at 2, note 2.

40.     Monarch's representation to the Court was untrue. *See infra* at ¶ 50.

41.     Indeed, Daniel Robert Warner, the lawyer that represented Monarch in opposing Gorman's Motion, has since been disciplined by the State Bar of Arizona for submitting false affidavits and declarations to courts on behalf of his clients.

42.     In any event, the Court denied Gorman's Motion, and dismissed the <performoutsider.com> website from the action without prejudice. A copy of the Court's May 21, 2014 Order is attached to this pleading as Exhibit 10 and incorporated by reference.

43.     Monarch, on the other hand, challenged the Court's exercise of personal jurisdiction over him, and was voluntarily dismissed.

44.     As for Steinborn, the Court found that he defamed Gorman, writing: "The allegations against [Gorman], that he was convicted of child molestation and is a proven pedophile are patently false, as is the scandalous allegation that his daughter was conceived as a result of a rape." A copy of the Court's May 20, 2015

Memorandum Opinion is attached to this pleading as Exhibit 11 and incorporated by reference. *See*, Ex. 11 at 2.

45.     In addition, the Court awarded Gorman compensatory damages for his non-economic losses in the amount of $3 million, writing:

> [Gorman] was the target of a reprehensible campaign aimed at impugning his character with the specific purpose of harming his ability to conduct business and destroying his personal reputation. Mr. Gorman recounted in clear detail the emotional distress that he has suffered, and the lengths to which he has had to go to convince third parties that he has not committed the vile acts of which he has been accused. Of particular note, Mr. Gorman recounted how, as the scandal spread, the parents of his children's friends began to limit social contact and undermine his family life. It is difficult for me to conceive a worse accusation against a father than that of being a pedophile.

*Id.* at 2-3.

46.     In the meantime, in August 2014, Gorman re-filed a lawsuit against Monarch for defamation and civil conspiracy, but this time in South Carolina state court.

47.     The South Carolina state court action remains pending to this day.

48.     On July 30, 2020, less than two months ago, Monarch produced "Supplemental Answers to Plaintiff's Interrogatories" in the South Carolina state court action. A copy of Monarch's "Supplemental Answers to Plaintiff's Interrogatories" is attached to this pleading as Exhibit 12 and incorporated by reference.

8

49.     In Monarch's Supplemental Answer to Interrogatory No. 1, he identified "Ilya Syanov," one of the person/persons that owned and operated <performoutsider.com> website, as Ilya Shpetrik, with a residence at 33 Mogul Drive, North York, ON, Canada M2H 2M8. *See*, Ex. 12 at 4.

50.     In Monarch's Supplemental Answer to Interrogatory No. 1, he further identified Ilya Shpetrik as also acting under the aliases "Ilya Putin," "Ilya Putin (BLT)," "Ilya BLT," "Ilya S," and "Ilya S." *Id.*

51.     In Monarch's Supplemental Answer to Interrogatory No. 5, he identified Ilya Shpetrik as a person that owned, managed, and controlled the defamatory content published about Gorman on the <performoutsider.com> website, and at the @performoutsider Twitter account. *Id.* at 6-7.

52.     On information and belief, Defendants Ilya Shpetrik, Oleg, Anna and Mark, combined together and with others in an effort to blackmail Gorman before Ilya Shpetrik, Oleg, Anna, Mark and others published the defamatory content about Gorman on the <performoutsider.com> website, and the @performoutsider Twitter account.

53.     On information and belief, Ilya Shpetrik worked with or at the direction of John Monarch, who ran a business that was heavily promoted at the <performoutsider.com> website and competed with one of Gorman's businesses, to defame and blackmail Gorman.

## COUNT I - DEFAMATION

54.     Gorman restates and incorporates the averments set forth in the forgoing paragraphs as if stated fully herein.

55.     As set forth above, Ilya Shpetrik, together with Oleg, Anna, Mark and others, maliciously, deliberately and recklessly published false and defamatory written statements about Gorman with the intent to injure Gorman and defame his personal reputation and business reputation.

56.     The false and defamatory statements made by Defendants were and are untrue and were known by Defendants to be untrue with no basis in fact.

57.     The false and defamatory statements made by Defendants were not privileged.

58.     The recipients of the false and defamatory statements made by Defendants understood the defamatory meaning of such statements.

59.     The recipients of the false and defamatory statements made by Defendants understood that such statements applied to Gorman.

60.     The false and defamatory statements made by Defendants constitute defamation *per se*.

61.     Defendants' actions were willful, wanton, reckless, and outrageous.

62.     Defendants' false and defamatory statements were directed to Gorman in Pennsylvania.

63. Gorman has suffered and will continue suffering substantial and irreparable harm to his reputation as a result of Defendants' defamation.

64. Defendants' defamation is a direct and proximate cause of Gorman's damages.

65. Gorman is informed and believes he is entitled to judgment against Defendants, jointly and severally, for actual and punitive damages and for such other relief as this Court deems just and proper.

## <u>COUNT II – FALSE LIGHT</u>

66. Gorman restates and incorporates the averments set forth in the forgoing paragraphs as if stated fully herein.

67. As set forth above, Ilya Shpetrik, together with Oleg, Anna, Mark and others, maliciously, deliberately and recklessly publicized false and defamatory written statements that Gorman was a child molester and a pedophile on the <performoutsider.com> website, and at the @performoutsider Twitter account, with the intent to injure Gorman and smear his personal reputation and business reputation.

68. The Defendants intentionally disseminated these false allegations in a manner that would create a false impression in the mind of anyone reading them that Gorman was a child molester and a pedophile.

69.     The public dissemination of Defendants' horrible allegations against Gorman would be highly offensive to a reasonable person and in fact were highly offensive to Gorman, causing him serious emotional distress.

70.     The Defendants publicly disseminated these false allegations with actual knowledge of their falsehood and/or with reckless disregard to their truth or falsehood.

71.     Gorman sustained serious humiliation, embarrassment, and emotional, physical, psychological, reputational, economic, and professional harm as a result of the Defendants' repeated public dissemination of falsehoods, intended to place him in a false light.

72.     The Defendants' conduct was reckless and/or intentional and/or wanton and/or outrageous and they are therefore liable to Gorman for punitive damages.

## **COUNT III – INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

73.     Gorman restates and incorporates the averments set forth in the forgoing paragraphs as if stated fully herein.

74.     The Defendants committed substantial and intentionally harmful acts against Gorman, as described above.

75.     The Defendants maliciously, deliberately and recklessly publicized false and defamatory written statements that Gorman was a child molester and a pedophile on the <performoutsider.com> website, and at the @performoutsider Twitter account

12

– with the intent of harming Gorman's reputation and causing him severe emotional distress.

76. The Defendants' conduct, described in the preceding paragraphs, constitutes intentional infliction of emotional distress. They recklessly or intentionally caused severe emotional distress to Gorman by virtue of their extreme and outrageous conduct, described above, and this misconduct goes far beyond the bounds of common humane decency in a civilized society.

77. The Defendants' harmful conduct was outrageous, willful, malicious, and intentionally designed to and actually did cause Gorman serious physical, emotional, economic, and professional distress and harm.

78. The Defendants' conduct was reckless and/or intentional and/or wanton and/or outrageous and they are therefore liable to Gorman for punitive damages.

## **COUNT IV – CIVIL CONSPIRACY**

79. Gorman restates and incorporates the averments set forth in the forgoing paragraphs as if stated fully herein.

80. On information and belief, Ilya Shpetrik combined with one or more persons, including, but not limited to, Defendants Oleg, Anna and Mark, in order to blackmail Gorman and then to carry out the threats in Ilya Shpetik's blackmail emails.

81.     Defendants' combination of activities was carried out for the purpose of injuring Gorman by causing harm to Gorman's business interests and reputation among the public – by defaming him, placing him in a false light, and causing him severe emotional distress.

82.     On information and belief, Defendants committed acts in furtherance of this combination and conspiracy, including but not limited to Defendants' coordination with other persons, including but not limited to Monarch and Steinborn, in order to more widely disseminate the false and defamatory allegations that Gorman is a child molester and pedophile on the <performoutsider.com> website, the @performoutsider Twitter account, as well as other online platforms, using the World Wide Web.

83.     Defendants' combination and conspiracy has caused special damages to Gorman's business interests and reputation, including but not limited to, the special harm caused by the augmented dissemination of the statements accomplished by virtue of the conspiracy. Moreover, Gorman has incurred additional special damages including, but not limited to, investigatory expenses and legal fees, loss of revenue to Gorman's business, mental anguish, and emotional suffering.

84.     Gorman is informed and believes he is entitled to judgment against Defendants, jointly and severally, for actual and punitive damages and for such other relief as this Court deems just and proper.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Richard A. Gorman prays for judgement against the Defendants, jointly and severally, as follows:

a.     For judgement against Defendants for actual damages, including consequential and special damages;

b.     For judgment against Defendants for punitive damages;

c.     For judgement against Defendants for all applicable statutory penalties, reasonable attorney fees, and costs; and

d.     For such other and further relief the Court deems just and proper.

## JURY TRAIL DEMANDED

Plaintiff Richard A. Gorman respectfully demands a trial by jury on all claims and issues so triable.

Respectfully submitted,

**IPPOLITI LAW GROUP**

*/s/ Patrick K. Gibson*
**PATRICK K. GIBSON, ESQ.**
Attorney I.D. #315863
1225 N. King Street, Suite 900
Wilmington, DE 19801
Ph.: (302) 428-1400
Fax: (302) 428-9664
patrick@ippolitilawgroup.com
*Attorneys for Plaintiff*

Date: September 28, 2020

# EXHIBIT 1

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/          Go     SEP  OCT  DEC
45 captures                                                                                              ◄  26  ►
1 Aug 2013 - 18 Sep 2019                                                                                 2012 2013 2018

- Home
- Acquinity
- Adknowledge
- Adleverage
- Affiliate Venture Group
- Clickbooth
- Cpa Tank
- David Benson
- Directresponse.net
- EWA
- EWA Network
- Fireclick Media
- FTC
- Get Offers Direct
- Guardian Ads
- Jordan Sparks
- Leadcola
- Ndemand
- Pace Lattin
- Quickie Marketing
- Randoms
- Scrubkit
- Superior Affiliate Management
- Thomas Wotring
- Uncategorized
- Yousif Yalda

 Search this website...

Home » Directresponse.net » Richard Gorman aka directresponse.net Criminal Past

**Tags**

**Related Posts**

**Share This**

# Richard Gorman aka directresponse.net Criminal Past

Posted by admin on Jul 29, 2013 in Directresponse.net | 1 comment

Richard Gorman owns a bunch of companies – directresponse.net, at cost fulfillment, brand.com etc and is pretty well known in the IM community.

However when you look at his criminal past you get this:

Richard Andrew Gorman - Florida Sexual Offender_20130729-161450http://www.pameganslaw.state.pa.us/OffenderDetail.aspx?OffenderId=14784
http://offender.fdle.state.fl.us/offender/flyer.do?personId=50706
http://www.homefacts.com/offender-detail/PA14784/Richard-Gorman.html

794.011(5) Commits Sexual Battery; Victim 12 Or Older And In Process Uses Physical Force Not Likely To Cause Serious Personal Injury
(5) A person who commits sexual battery upon a person 12 years of age or older, without that person's consent, and in the process thereof does not use physical force and

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/    Go    SEP  OCT  DEC

45 captures                                                                              ◄ 26 ►
1 Aug 2013 - 18 Sep 2019                                                                 2012 **2013** 2018


AffiliateSummit.com
http://zacjohnson.com/online-reputation-management-top-firms/
http://jumbleberry.com/contact/
http://www.total-apps.com
http://www.venable.com/todd-a-harrison/
http://www.itera.ru/isp/eng/
http://www.beckerortho.com/
http://www.adsdirect.com/
http://www.limelightcrm.com/blog/
http://sspr.com/
http://www.glacierpayments.com/
www.hershsandhoo.com
http://engagebdr.com/about-us/
Rich Gorman also brags about helping Kevan Barlow of the NFL 49ers, with a testimonial
posted along with the NFL LOGO.

Here's some of the alleged stories of what allegedly happened:

Richard Gorman Jr. was no ordinary Florida State University undergraduate in 2003, the year he was
arrested. He was flashy. He had money. He had co-founded an online nutritional-supplements company in
Altamonte Springs.

On Jan. 15, 2003, a female student woke up in his Tallahassee apartment, not knowing how she got
there.

The night before, she had been playing pool at a bar with Gorman and some of his fraternity brothers and
blacked out, she would later tell authorities.

"I felt like I had been . . . raped," she would testify later. There was blood, she said, and she was sore.

She could not, however, swear that she had been assaulted.

Five months later, on June 21, 2003, another female student was found sobbing and screaming not far
from Gorman's apartment.

Gorman had taken her home after a night of dancing and raped her, she told authorities. He was arrested
a few hours later.

He went to trial in February 2005, charged with raping the woman who was found crying. Smith was the
prosecutor. Jurors could not reach a verdict, however, and a judge declared a mistrial.

A few weeks later, Smith charged Gorman with rape in the earlier incident involving the woman who had
blacked out.

On June 6, 2005, Smith put Gorman back on trial in the case that had ended without a verdict. Again,
Gorman said he was innocent. This time, however, the jury found him guilty.

Before Gorman was sentenced, both sides negotiated a deal: Gorman would get five years in prison for
the rape of which he had been found guilty. He also pleaded no contest to a lesser charge --
misdemeanor battery -- and got 30 days in the case of the woman who had passed out.

Gorman went to trial twice in Tallahassee. The first, in February 2005, ended with a hung jury. The
second, in June 2005, went so badly for the prosecution that Chastity's lawyers offered Gorman a plea
bargain the night before the verdict: 12 months probation, no prison.

But Gorman, his parents and attorneys were so convinced of a not-guilty verdict that they passed on the
plea bargain. When the jury issued a guilty verdict, the judge ordered lawyers for both sides to come up
with a new plea agreement less than the mandatory 8.9 years.

To his great regret, Gorman signed off on the agreement, which also included waivers prohibiting his
seeking any post-conviction relief, including raising claims of ineffective counsel.

Thus, until Gorman is 37 years old, he will be on probation, possibly under curfew, and will have to live
under sex offender restrictions until he's at least 47.

http://anonnews.org/forum/post/8233

her homework, she would have found that Gorman invited the underage victim to go out in a
limousine with four other girls and provided plenty of booze.
He also stopped to pick up a *** and proceeded to a local bar. It was there that the victim
became ill and asked to be taken home. Gorman volunteered to take her home but bypassed
her dorm and took her to his house. Charged with rape - his second charge in a matter of
months - Gorman's "first" story was that nothing happened.
When positive DNA results were returned, his firm denials changed to "it was consensual."
Gorman has been successful in convincing a jury of one - Kathleen Parker - of his innocence. He
was less successful with a six-person jury, which delivered a unanimous guilty verdict.
Thankfully, the jurors considered all the evidence, not just one side.

Some other fun stuff:

http://realitychatter.forumotions.net/t2093-bio-dad-is-a-convicted-so

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/   Go   SEP  OCT  DEC         

45 captures                                                            ◄ 26 ►
1 Aug 2013 - 18 Sep 2019                                            2012  2013  2018     ▼ About this capture

**Julie**
Moderator

Posts: 25977
Join date: 2009-10-14
Location: at a yard sale in mount dora
fl

Mood: 😊

□ by Julie on Thu Mar 04, 2010 5:32 pm

Marinade Dave's has an interesting thread today, here is just part of it.

**The Irony**

Before Sparkle was in her grave, her old boyfriend, Richard Andrew Gorman, Jr., swept into
plucked little Alexis from the grasp of her grandparents and took her back to Pennsylvania. \
natural father. Yes, he had every right to do that. She was gone before the funeral service. I
might say, but perfectly legal because Gorman is closer to her than any living relative. As m
maternal grandparents wanted to keep her, they have no rights. However, that doesn't mea
going to accept the situation. They plan on battling Gorman for custody rights.
*"I'm going to fight him every day, and he's going to know that the law is on Lexi's side,"* her
Kenneth Bacchus, said.

Why? You see, Richard Gorman is a convicted felon, but believe it or not, his conviction has
his fitness as a father and the only way Lexi's grandparents would be able to get custody of
authorities could prove he is abusing or neglecting her. That will be tough to do since she nc
away. Unfortunately, there's one more thing I need to tell you about **Gorman**. He is a **conv**
**offender**. I think it's very important that all of you know this. Perhaps, it will give you a bet
law in Florida, because, like I've been saying all along, the law is very clear: grandparents h
this state.

http://marinadedave.wordpress.com/2010/03/04/the-irony/

http://my.opera.com/lounge/forums/findpost.pl?id=1561975

*One of the most important functions of the Office of the State Attorney is to stand up for the victims of crime. It is in that
vein that I must respond to a recent commentary by Kathleen Parker regarding the rape conviction of Rich Gorman ("Brief
encounter ruined a young man's life," May 4).*

*Parker is the latest victim of Gorman's public-relations campaign, which employs the age-old defense tactic of blaming the
victim. She talks about a 30-pound box of court documents that she apparently failed to review, and not once has she called
this office for information. Had Parker done so, she would have found that the "regular college Joe" she describes actually
ran an escort service and had a thriving computer business.*

*Had Parker done her homework, she would have found that Gorman invited the underage victim to go out in a limousine
with four other girls and provided plenty of booze. He also stopped to pick up a stripper and proceeded to a local bar. It was
there that the victim became ill and asked to be taken home. Gorman volunteered to take her home but bypassed her dorm
and took her to his house. Charged with rape - his second charge in a matter of months - Gorman's "first" story was that
nothing happened. When positive DNA results were returned, his firm denials changed to "it was consensual."*

*Gorman has been successful in convincing a jury of one - Kathleen Parker - of his innocence. He was less successful with a
six-person jury, which delivered a unanimous guilty verdict. Thankfully, the jurors considered all the evidence, not just one
side.*

*WILLIAM N. MEGGS*
*State Attorney*

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/   Go   SEP OCT DEC

45 captures
1 Aug 2013 - 18 Sep 2019

◄ 26 ►
2012 2013 2018

About this capture

Gorman apparently was/is cofounder/president of some company he created with a buddy.

"Some women say Gorman is a rapist, and police charged company computers were used to intimidate one of his alleged victims.

"While he was president, the company's computers were connected to an anonymous e-mail exposing the name of a rape victim, his rape victim, allegedly -- one of two women Gorman is charged with raping in Tallahassee," Pipitone said in the report.

One posting called the woman an HIV-infected drug user who had sex with more than 100 men, and another said she had been raped by her father.

Gorman was charged with witness tampering in Leon County, but the charges were dropped because the computers connected to the e-mail accounts were located in Orange County, at Oevau and at Seminole County at Gorman's parents' home, Local 6 News reported.

Gorman is supposed to be living at his parents' home while free on $20,000 bond as he awaits trials on both rape charges, according to the report.

......

Gorman, who has not been convicted of a crime, faces the first of two rape trials next month in Tallahassee. His first trial ended in a hung jury."

Type of Search: CRIMINAL
Scope: FELONY AND MISDEMEANOR
Jurisdiction: STATEWIDE

Arrest Date: 06/21/2003
Arresting Agency: TALLAHASSEE POLICE DEPARTMENT
SID Number: FL-05039972
Charge: SEX ASSAULT, VICTIM OVER 12 YEARS OF AGE,
PHYSICAL FORCE – FELONY
Disposition: DISPOSITION NOT AVAILABLE THROUGH STATEWIDE
REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE, HT 6'0, WT 194, BLACK HAIR, BROWN
EYES, TATTOO

Arrest Date: 08/04/2004
Arresting Agency: ORLANDO REGIONAL OPERATIONS CENTER
SID Number: FL-05039972
Charge: COUNT 1 INVADE PRIVACY, MISUSE OF CONFIDENTIAL
INFORMATION – MISDEMEANOR
COUNT 2 OBSTRUCTING JUSTICE, HARASS
WITNESS/VICTIM/INFORMANT – MISDEMEANOR
Disposition: COUNTS 1 AND 2 DISPOSITION NOT AVAILABLE THROUGH
STATEWIDE REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE, HT 6'0, WT 194, BLACK HAIR, BROWN
EYES, TATTOO

Arrest Date: 12/09/2004
Arresting Agency: LEON COUNTY SHERIFF'S OFFICE
SID Number: FL-05039972
Charge: SEX ASSAULT, VICTIM OVER 12 YEARS OF AGE,
PHYSICAL FORCE FELONY
Disposition: DISPOSITION NOT AVAILABLE THROUGH STATEWIDE
REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/    Go    SEP  OCT  DEC

45 captures    ◄ 26 ►
1 Aug 2013 - 18 Sep 2019    2012  2013  2018

About this capture

ps. nice photoshopped headquarters:



About 166 results (0.21 seconds)



Image size:
434 × 274

Find other sizes of this image:
All sizes - Small

Pages that include matching images

**Harrington Wyles**



harringtonwyles.com/ ▾
383 × 376 - Helping Small Businesses Grow. Harrington Wyles is a Business Consultancy with a wealth of practical experience in small and medium businesses.

**SEAS Capital Partners, LLC**



seascapitalpartners.com/ ▾
580 × 256 - Our Philosophy. Today's business world is moving and changing fast. Customer demand, technical products, product design and application all combined with ...

**Baldwin House Insurance, Inc. - Nashville, Illinois**



www.bhinsur.com/ ▾
300 × 199 - An Independent Insurance Agent based in Nashville, Illinois, serving personal, commercial and farming customers.

**1 Comment**

1.   Aug05
Jeff

Another great post bro. I was sick of Rich Gorman's non-stop chest pounding about how great he is and how everything he touches turns to gold. It doesn't take much research to see his "businesses" are shit, and now this on top of it is icing on the cake.

It's also no wonder he pushes his reputation management company so hard. He'll need it to clean up this mess.

Reply

**Leave a Reply**

Your email address will not be published. Required fields are marked *

Name *

Email *

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/ | Go | SEP OCT DEC
◄ 26 ►
45 captures
1 Aug 2013 - 18 Sep 2019 | 2012 2013 2018

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Submit Comment

Designed by Elegant Themes | Powered by Wickedfire

# EXHIBIT 2

Important information about the future of AnonNews.org: Please click here to read.

# AnonNews - Everything Anonymous

AnonNews 2.0 is finally there! Press release submission is open again, as are comments - and we now have forums! Other interface languages and language/tag filtering coming soon, as well as RSS feeds.

IRC | Forum | 369

Donate

AnonNews is an independent and uncensored (but moderated) news platform for Anonymous. Anyone is welcome to post a submission, and can do so by clicking the "Add" button for a category. If you need help or have questions regarding AnonNews, please join our IRC channel.

## Forum > Internet & Media > Internet pedophile

**Anonymous**
October 17, 2012
10:50:23

Report spam

I've been tracking an internet pedophile now for a couple of months, but I don't have the know-how (tracing ip, hacking in computers) to get to his true identity. He is a sick fuck and needs to be dealt with. Does someone have an idea how to deal with such scum. Pedophiles are a real plague here in my country and I think we have to bring the fight to them.

sincerely,
a great supporter of anonymous

**Anonymous**
October 17, 2012
10:50:23

Report spam

i also am sick of this shit, i typed in "jailbait" in search (after hearing the term is used commonly by pedophiles on the news) and too many sites popped up. they need to be shut down snd the people behind them held accountable!!!

**Anonymous**
January 20, 2013
17:59:09

Report spam

Rich Gorman / ReputationChanger.com, DirectResponse.net & RichGorman.com Are hiding Child Molesters and Sex offenders!

There are pedophiles using reputation management or SEO tactics to hide online, making their registry the last thing you see associated to their name. Point in case is Mr. Rich Gorman, convicted sex offender, pedophile and rapist who uses reputationchanger.com, directresponse.net & all his other domains to hide himself and anyone who will pay him from showing up as a sex offender when a simple search is done on their names. Rich Gorman can be seen peddling his reputation changer packages or his richgorman.com at Affiliate Summit conferences, when in reality he is the rapist next door helping other rapist hide their sex offender status.

With Gorman's philosophy of hiding everything he has accomplished what every parent has nightmares about, hiding the National Registration and Local Sex Offender registry of all those charged and convicted of raping, assaulting or otherwise molesting a child. Both his companies startec with Rich Gorman's http://offender.fdle.state.fl.us/offender/flyer.do?personId=50706 own profile as a Sex offender, creating enough online garbage articles so as to create a ghost image of who he really is.

Rich Gorman raped a few girls in Florida, in fact he actually confessed and plead guilty to the offense due to all the victims waiting to testify against him along with plenty of DNA evidence. He claims to have a Harvard or Yale education, which must have come at the hands of his cellmate, since the time he claims he attended school he was making sure to stay alive in a Florida prison system where Pedophiles are HATED!

I need HELP taking this asshole down, spreading the word to each and every client he has and

Case ID: 140102501

finally burying him like the piece of shit pedophile he is.
The only achievement RichGorman.com, DirectResponse.net or ReputationChanger.com have really accomplished is to endanger or hurt our children and families.
Check for yourself, here is a little experiment:
Google: Rich Gorman and see what comes up
Google: Rich Gorman Sex Offender see what comes up
Remember this is his real profile: http://offender.fdle.state.fl.us/offender/flyer.do?personId=50706

Isn't it be illegal to hide your crimes against children online?
794.011(5) Commits Sexual Battery; Victim 12 Or Older And in Process Uses Physical Force Not Likely To Cause Serious Personal Injury

I guess the fact that the victim was over 12 years old is the difference, that he didn't use force and instead got her drunk out of her mind or took her to his place to finish up makes a difference.
Shouldn't it at least be illegal to help OTHER PEDOPHILES do the same?
That is Rich Gorman
That is ReputationChanger.com
That is DirectResponse.net

Should we see the truth which keeps us safe:
http://www.pomeganslaw.state.pa.us/OffenderDetail.aspx?OffenderId=14784
http://offender.fdle.state.fl.us/offender/flyer.do?personId=50706
http://www.homefacts.com/offender-detail/PA14784/Richard-Gorman.html
& Let's not confuse the crime as Mr. Gorman would have you do, the specifics are:

794.011(5) Commits Sexual Battery; Victim 12 Or Older And In Process Uses Physical Force Not Likely To Cause Serious Personal Injury
(5) A person who commits sexual battery upon a person 12 years of age or older, without that person's consent, and in the process thereof does not use physical force and violence likely to cause serious personal injury commits a felony of the second degree, punishable as provided in s. 775.082, s. 775.083, s. 775.084, or s. 794.0115.

So my question is simple, shall we allow this to continue?
William N. Meggs Florida State Attorney, the prosecuting attorney said of Rich Gorman:
One of the most important functions of the Office of the State Attorney is to stand up for the victims of crime. It is in that vein that I must respond to a recent commentary by Kathleen Parker regarding the rape conviction of Rich Gorman ("Brief encounter ruined a young man's life," May 4). Parker is the latest victim of Gorman's public-relations campaign, which employs the age-old defense tactic of blaming the victim. She talks about a 30-pound box of court documents that she apparently failed to review, and not once has she called this office for information. Had Parker done so, she would have found that the "regular college Joe" she describes actually ran on escort service and had a thriving computer business. Had Parker done her homework, she would have found that Gorman invited the underage victim to go out in a limousine with four other girls and provided plenty of booze.
He also stooped to pick up a *** and proceeded to a local bar. It was there that the victim became ill and asked to be taken home. Gorman volunteered to take her home but bypassed her dorm and took her to his house. Charged with rape — his second charge in a matter of months — Gorman's "first" story was that nothing happened
When positive DNA results were returned, his firm denials changed to "it was consensual." Gorman has been successful in convincing a jury of one - Kathleen Parker - of his innocence. He was less successful with a six-person jury, which delivered a unanimous guilty verdict. Thankfully, the jurors considered all the evidence, not just one side
WILLIAM N. MEGGS Florida State Attorney
Tell everyone you know, do what you can, expose this bastard for what he is!

Here are all the profiles he hides behind.

https://plus.google.com/116923470231875564697

Case ID: 140102501

www.richgormonsucks.net -
www.richgormansite.com
www.directresponse.net
www.richgormanreputationchanger.org
www.richardgorman.com
www.linkedin.com/pub/dir/Rich/Gorman
www.crunchbase.com/person/rich-gorman

Here are the Affiliates that Mr. Gorman brags about doing business with, they all have Facebook pages so feel free to let them know how YOU feel about a rapist representing them.

AffiliateSummit.com
http://zacjohnson.com/online-reputation-management-top-firms/
http://jumbleberry.com/contact/
http://www.total-apps.com
http://www.venoble.com/todd-a-harrison/
http://www.itera.ru/isp/eng/
http://www.beckerortho.com/
http://www.odsdirect.com/
http://www.limelightcrm.com/blog/
http://sspr.com/
http://www.glacierpayments.com/
www.hershsandhoo.com
http://engagebdr.com/about-us/
Rich Gorman also brags about helping Kevan Barlow of the NFL 49ers, with a testimonial posted along with the NFL LOGO.

Let's make this fucker run away from the internet like it was a case of burning super aids trying to crawl in his ass!!!!!!
BARRYTHEWONG

**Anonymous**

March 12, 2013
18:34:18

Report spam

Barrythewong? How do you know Rich Gorman?

**Anonymous**

March 31, 2013
22:37:55

Report spam

Just so you are aware, he probably DOES know Todd A Harrison. Todd is another pedophile with a giant web of his minions... Oh, wait, it's minyans with Todd. Todd owns Minyanville Media, Inc. His foundation is called the Ruby Peck Foundation. He runs minyanville.com and minyanland.com. Minyanland is SPECIFICALLY geared toward 8-12 year olds. Hmmm... interesting that is the PRIME age for a PEDOPHILE. He's got such a huge empire with his company, he likely grooms his victims online and since he also has a MEDIA company, he can produce/distribute child porn to the masses. He "hides" behind his internet/business accomplishments, basically getting funding from reputable companies funding a child porn/child trafficking/child prostitution business in plain sight!

**Anonymous**

April 29, 2013
01:31:50

Report spam

A Formal Apology to Mr. Rich Gorman.
Summary: In the case of Chester County Court of Common Pleas at docket number 2011-11238

My name is Esteban Yaniz a/k/a Steven Yaniz and I have been found Liable & Responsible for posted content on websites, forums and comment exchange boards or consumer complaint forum websites as well as identified by a civil court as bearing the full and sole responsibility for said posts concerning Mr. Gorman and allegations of pedophilia; these post concerning Richard Gorman and any allegations of pedophilia or of him being a pedophile are completely false.

I have been found liable for these statements by the Courts because I made them & so have

Case ID: 140102501

been ordered to formally request the removal of existing postings found on any and all available websites immediately under any of these aliases.

The court has found me to be responsible & liable party for all comments made under the aliases of "Barrythewong" and Barnabas David Wong in reference to Mr. Gorman. The continued proliferation of these posts made by me under the aliases Steven Yaniz, Barnabas David Wong, "Barrythewong" or any others is completely false and should be treated as nothing but vile lies.

Mr. Gorman's accomplishments standout for themselves and are not that of a Pedophile nor is it my place to further besmirch his name or reputation in any way and sincerely apologize for any harm I may have caused him emotionally, physically or economically.

I was wrong for making these allegations and in my attempt to ruin Mr. Gorman's reputation as a renowned & accomplished entrepreneur.

The full case caption in which I have been found liable along with my financial liability for these statements is:

" Richard Gorman and Justin Singletary, Plaintiffs vs. Keisha Ruff and Esteban Yaniz a/k/a Steven Yaniz, Defendants." The case was presided over in the Chester County Court of Common Pleas at docket number 2011-11238.

Any information you may need as to the posts and said aliases can be found there.
Per this available Court Order, I am notifying you of my request that you please remove the posted content from your website, to feel free to contact me via email with any further questions or with confirmation of the removal request.

(If your terms and conditions require me to physically provide a notarized copy of said court order along with any additional correspondence from myself including but not limited to an Affidavit if necessary.)

Esteban W. Yaniz
Schaumburg, IL
estebanwyaniz@gmail.com

**Anonymous**

Nov 21 2013

Report spam

I was in court in 2012 when the Judge shamed Mr. Esteban W. Yaniz into admitting that he completely fabricated many despicable , libelous false statements about Mr. Richard Gorman. It is a documented fact that Mr Gorman was railroaded in a never happened crime solely due to prosecutorial misconduct -such misconduct was ADMITTED TO by the Florida Bar Board of Governors in July 2008. They took no action against the caught-cheating prosecutor (except for giving him a raise). I have personally known Richard Gorman for many years -- he is married and has 2 wonderful, brilliant children; his excellence as a business man is matched by his skills and attentiveness as a husband and a father.
Ignorant jealous people like Mr Yaniz are a great inspiration for the company known as ReputationChanger.com. Great things are ahead. Your friends know and love you Richard; just ignore the vermin and the liars and the haters--- they are not worth your time. Adam & John & Encreonexc

**Anonymous**

Jun 8 2013

The person above me is either working for Gorman or has been duped by his charisma. I don't know about pedophilia. but it's a well documented fact that he is a registered sex offender. When he started his work with Reputation Changer, back when Health Converter was alive, I was there next to him, helping him build his empire. On the one hand, I was duped. I also chose to overlook so many misdeeds. To anyone that I've hurt by working with this man, I sincerely apologize. I feared him. This man is evil. I won't go into details, as I'm not ever sure the wonderful people of Anonymous could help me. If him or any of his cronies are reading this, then he knows who this is. I'm not afraid of you, Rich Gorman.

Case ID: 140102501

**Anonymous**
July 8, 2013
15:45:45

Report spam

^ provide proof, or fuck off.

"I typed in "jailbait" in search (after hearing the term is used commonly by pedophiles on the news)."

paedophiles NEVER say "jailbait" on the news. Lie most people or AnonNews who "protest" against child porn, you were most likely on the deep web searching for it for your own gratification.

**Anonymous**
July 8, 2013
21:01:05

Report spam

Are you talking to me? Fuck, dude, I don't have that many claims except I worked for him.

Give me an email address, and I'll provide proof that I worked for him.

**Anonymous**
July 9, 2013
05:53:31

Report spam

Ffs surely you have some org. Like thegreymon to hunt that lot down

**Anonymous**
July 9, 2013
06:30:52

Report spam

Meanwhile in actual reality, how have you allowed this to pass by unattended: University of Toronto, Professor Benjamin Levin.

"He is currently a tenured professor at the Ontario Institute for Studies in Education at the University of Toronto and is the Canada research chair in education leadership and policy."

"On Monday, Toronto police say, that multi-jurisdictional investigation culminated in the arrest of Benjamin Levin, a celebrated U of T education professor and highly regarded civil servant. The child pornography charges stunned colleagues in academic and political circles."

Jennifer Pagliaro - News reporter (jpagliaro@thestar.ca)
Published on Monday July 8, 2013, The Toronto Star Online Edition.

Get busy. Or Snowden won't be the last fabricated man standing - Time is up. Expect that. (and ffs kill the misogyny already if you do actually believe in what your idea stands for...)

**Anonymous**
August 12, 2013
01:32:53

Report spam

Most business owners are unaware that ReputationChanger.com is owned and operated by Rich Gorman, a sexual deviant who has been arrested twice for Sexual Battery.

The Florida State Attorney General's office prosecuted Rich Gorman of rape, of which he was convicted.

He has been trying to hide this fact for years, thus one of the reasons he puts out so much press, yet companies continue to hire this sexual deviant.

https://plus.google.com/116923470231875564697
www.richgormansucks.net
www.richgormansite.com
www.directresponse.net
www.richgormanreputationchanger.org
www.richardgorman.com

Case ID: 140102501

ww.linkedin.com/pub/dir/Rich/Gorman,
www.crunchbase.com/person/rich-gorman

The company is run from Pennsylvania and it is not ok for Rich Gorman to rape and lead a perfectly normal life running of all things- a rep report company.

Businesses that use Reputation Changer dot com should be ashamed! Protect Women

Anonymous

August 27, 2013
10.05.38

: Report spam :

RICHGORMANREPUTATIONCHANGER.ORG - Domain Informationnew
Domain RICHGORMANREPUTATIONCHANGER.ORG | Site Info Traceroute RBL/DNSBL lookup !
Registrar GoDaddy.com, LLC (R91-LROR)
Whois server whois.publicinterestregistry.net
Created 20-Nov-2012
Updated 10-Apr-2013
Expires 20-Nov-2013
Time Left 93 days 20 hours 13 minutes
Status CLIENT DELETE PROHIBITED CLIENT RENEW PROHIBITED CLIENT TRANSFER PROHIBITED CLIENT UPDATE PROHIBITED
DNS servers BETH.NS.CLOUDFLARE.COM 204.93.173.10
RAY.NS.CLOUDFLARE.COM RAY.NS.CLOUDFLARE.COM
RICHGORMANREPUTATIONCHANGER.ORG - Geo Information
IP Address
198.211.106.88
Host richgormanreputationchanger.org
Location US US, United States
City New York, NY 10012
Organization ServerStack
ISP Digital Ocean
AS Number AS46652 ServerStack, Inc.
Latitude 40∞72'67" North
Longitude 73∞99'81" West
Distance 7582.93 km (4711.81 miles)

Domain ID:D167159706-LROR
Domain Name:RICHGORMANREPUTATIONCHANGER.ORG
Created On:20-Nov-2012 14:30:35 UTC
Last Updated On:10-Apr-2013 04:11:54 UTC
Expiration Date:20-Nov-2013 14:30:35 UTC
Sponsoring Registrar:GoDaddy.com, LLC (R91-LROR)
Registrant ID:CR129548965
Registrant Name:Richard Gorman
Registrant Organization:Reputation Changer LLC
Registrant Street1:39 West Gay Street
Registrant Street2:
Registrant Street3:
Registrant City:West Chester
Registrant State/Province:Pennsylvania
Registrant Postal Code:31410
Registrant Country:US
Registrant Phone:+1.9127132398
Registrant Phone Ext.:
Registrant FAX:+1.6462246100
Registrant FAX Ext.:
Registrant Email:richard@reputationchanger.com
Admin ID:CR129548967
Admin Name:Richard Gorman
Admin Organization:Reputation Changer LLC
Admin Street1.39 West Gay Street
Admin City:West Chester

Case ID: 140102501

Admin State/Province:Pennsylvania
Admin Postal Code:31410
Admin Country:US
Admin Phone:+1.9127132398
Admin FAX:+1.6462246100
Admin Email:richard@reputationchanger.com
Tech ID:CR129548966
Tech Name:Richard Gorman
Tech Organization:Reputation Changer LLC
       . Street1:39 West Gay Street
Tech Street2.
Tech Street3:
Tech City:West Chester
Tech State/Province:Pennsylvania
Tech Postal Code:31410
Tech Country:US
Tech Phone:+1.9127132398
Tech Phone Ext.:
Tech FAX:+1.6462246100
Tech FAX Ext.:
Tech Email:richard@reputationchanger.com
Name Server:RAY.NS.CLOUDFLARE.COM
Name Server:BETH.NS.CLOUDFLARE.COM

**Anonymous**

September 1, 2013
02:24:35

Report spam

Ahh Rich Gorman...i chose not to turn him in over a crime he did a decade ago, while he still has a family, and two children. Hate to break something like that up.Lulz
As for his company RepChanger, I be going after his execs, especially his best friend who manages a good chunk of the company

http://www.dinkypage.com/rich-richard-gorman

http://www.homefacts.com/.../Richard-Andrew-Gorman.html

Work: Gorman Economics LLC
Google+:
https://plus.google.com/116923470231875564697
https://plus.google.com/u/0/100799454927642821509

Linkedin: http://www.linkedin.com/profile/view...
http://www.linkedin.com/pub/rich-gorman/26/754/1b

Youtube:
http://www.youtube.com/user/RichGormanDRM
http://www.youtube.com/channel/UCBeo_uukd9jkuNxOVhFHDFw
Font: http://pastebin.com/ZJjW067N

Twitter:
http://twitter.com/RichAGorman
https://twitter.com/RichGorman101

Relative urls
http://www.completed.com/individual/Rich-Gorman
http://richgorman.com
www.richgormansucks.net:
http://www.directresponseagency.net/
www.richgormansite.com
www.directresponse.net
www.richgormanreputationchanger.org


http://...anonnews.org/forum/post/8233

Case ID: 140102501

http://directresponse.net
www.richardgorman.com
www.crunchbase.com/person/rich-gorman
http://rich-gorman.net/
http://richardgormanphiladelphia.com
http://directresponse.net/rich-gormans-biz-op/

**Anonymous**

September 4, 2013
10.08.14

Report spam

Looks like this guy's fame for being a known sex offender is being found more and more often.
... s peers are taking him to task
http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-post/

**Anonymous**

September 9, 2013
01.53:56

Report spam

flooded the servers, burned one for sure.
nice little sql injection provided courtesy of us.

**Anonymous**

September 11, 2013
21:53:33

Report spam

https://www.facebook.com/pages/Tips-from-a-Hacker/4752513192334B3

**Anonymous**

September 12, 2013
21:19:25

Report spam

Crush all rapists and pedos! > <

**Anonymous**

September 15, 2013
02:17:44

Report spam

Type of Search: CRIMINAL
Scope: FELONY AND MISDEMEANOR
Jurisdiction: STATEWIDE

Arrest Date: 06/21/2003
Arresting Agency: TALLAHASSEE POLICE DEPARTMENT
SID Number: FL-05039972
Charge: SEX ASSAULT, VICTIM OVER 12 YEARS OF AGE,
PHYSICAL FORCE – FELONY
Disposition: DISPOSITION NOT AVAILABLE THROUGH STATEWIDE
REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE HT 6'0. WT 194, BLACK HAIR, BROWN
EYES, TATTOO

Arrest Date: 08/04/2004
Arresting Agency: ORLANDO REGIONAL OPERATIONS CENTER
SID Number: FL-05039972

Case ID: 140102501

Charge: COUNT 1 INVADE PRIVACY, MISUSE OF CONFIDENTIAL
INFORMATION – MISDEMEANOR
COUNT 2 OBSTRUCTING JUSTICE, HARASS
WITNESS/VICTIM/INFORMANT – MISDEMEANOR
Disposition: COUNTS 1 AND 2 DISPOSITION NOT AVAILABLE THROUGH
STATEWIDE REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE, HT 6'0, WT 194, BLACK HAIR, BROWN
EYES, TATTOO

Arrest Date: 12/09/2004
Arresting Agency: LEON COUNTY SHERIFF'S OFFICE
SID Number: FL-05039972
Charge: SEX ASSAULT, VICTIM OVER 12 YEARS OF AGE,
PHYSICAL FORCE FELONY
Disposition: DISPOSITION NOT AVAILABLE THROUGH STATEWIDE
REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE, HT 6'0, WT 194, BLACK HAIR, BROWN
EYES, TATTOO

**Anonymous**

September 15, 2013
02:27:14

Report spam

They say the victim was over 12 but not an adult, so how can there be no harm in the rape and
he's married w kids????
What fucking kind of wife marries a RAPIST like Richard Gorman and then has kids with him

**Anonymous**

September 17, 2013
20:20:51

Report spam

I work for him. He's a cool dude. You weren't there so you can't act like you know everything
about his past transgressions, or speak on his character. He fucked up yes, but he's not about
that life now. He did his time so quit bashing him. It's people like you guys who make our
company necessary. Bashing someone you don't know, for transgressions of his past. IF he was
trying to HIDE these things he would have used our service to make forums like this, and the
related search of "sex offender" stop showing up. Clearly he didn't. Therefore he is being
transparent. All the information about his past crimes are there. Available for all to see. He's
paying his dues, so leave the man alone.

Also no, I'm not mindfucked by his charisma since personally he's doesn't really talk to us too
often since he's busy running a company. I'm speaking my own thoughts. I guess it helps that
I'm buddhist and like to seem more than one side to people.

**Anonymous**

September 18, 2013
09:56:57

Report spam

Apparently your Buddhist beliefs let you forgive someone for being accused of rape several
times prior to being charged and convicted, or him ripping people off, or perhaps you are
forgiving him for intimidating the witnesses of his case and destroying evidence on his Pcs as
stated above; We Are Not Buddhists! Your "Cool Dude" has been thoroughly researched, his
transgressions noted and his continued behavior registered quite clearly. He has mentioned his

Case ID: 140102501

dead wife as a drug addict, attacked his ex-inlaws openly online and on several boards where he refers to them as scam artists and pedophiles.
Since you work for him why not look him up FOR REAL? GEt past that first page on Google results and put in some real time and effort with your query

**Anonymous**
September 18, 2013
23:46:11

Report spam

Forgiveness is important in buddhism. I'm not going to rant about that since nobody other than me cares haha.

Some things I believe and other I do not. It's a bunch of things that random people posted on the internet. Again I wasn't there, nor were you (at least I assume so).

Things could have played out many ways but they all had the same ending he went to jail. He did his time. That's the end of it. He's living with his wife and children, and just "doing him". So I say let him be. He hasn't done any wrong to you, so why try to curse his name?

I say live and let be. Karma is a cruel mistress, so if all of the accusations are true he will suffer for them. If they aren't then good for him.

Not trying to cram buddhism on anyone but seriously, it helps make life a lot simpler, and more enjoyable (after you get past the initial thought of "life is suffering").

**Anonymous**
October 4, 2013
22:32:46

Report spam

i cant believe you guys dribble on so much, i researched these jailbait sites 11, 765 times and found nothuing objectional

Post a reply

**Anonymous**



Get another Captcha  Get Audio Captcha  Help  Captcha by reCAPTCHA

Post reply >>

1BZDaCvxBoUtRERmEripA8odUtxIPytzd (changed!)

All content on this website is automatically licensed under a Creative Commons Attribution license. You are free to redistribute and/or remix it, but you have to credit the author, or, if the author is unknown "Anonymous"), place a permalink to the corresponding page on AnonNews and attribute it to "Anonymous".

Download the AnonNews 2.0 source code / Moderation panel

Case ID: 140102501

AnonNews.org · Everything Anonymous

10/6/13 6:05 PM

Case ID: 140102501

# EXHIBIT 3

Whois Lookup | Domain Availability – Registration Information                                      5/14/14, 10:51 AM

United States – English     Currency USD                    GET Support (480) 505-8877     Sign In   Register



**GoDaddy**  All Products   Domains   Websites   Hosting & SSL   **Get Found**   Email & Tools   Support
It's go time                                                                NEW

WHOIS search results for:                          **Is this your**                    **Want to buy**
PERFORMOUTSIDER.COM                                **domain?**                         **this domain?**
(Registered)                                       Add hosting, email and more.        Get it with our Domain Buy service.

Domain Name: PERFORMOUTSIDER.COM
Registry Domain ID: 1742788686_DOMAIN_COM-VRSN      # Domain already taken?
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2012-09-06 07:28:41                     Enter Domain Name              .com  ▼   Search
Creation Date: 2013-09-05 03:40:09
Registrar Registration Expiration Date: 2014-09-05 03:40:09
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.480-624-2505      ### NameMatch Recommendations
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited               GoDaddy.com NameMatch has found similar domain names related to your search. Registering
Domain Status: clientRenewProhibited                multiple domain names may help protect your online brand and enable you to capture more Web
Domain Status: clientDeleteProhibited               traffic, which you can then direct to your primary domain.
Registry Registrant ID:
Registrant Name: Ilya Syanov                        **Domains available for new registration:**
Registrant Organization:
Registrant Street: 43 Billington Cres.                **Alternate TLDs**
Registrant City: Toronto
Registrant State/Province: Ontario                  ☐ performoutsider.**info**        SAVE!   $2.99*/yr
Registrant Postal Code: M3A2G8                      ☐ performoutsider.**net**         SAVE!   $9.99*/yr
Registrant Country: Canada                          ☐ performoutsider.**org**         SAVE!   $12.99*/yr
Registrant Phone: +1.4162737596                     ☐ performoutsider.**us**          SAVE!   $3.99/yr
Registrant Phone Ext:                               ☐ performoutsider.**biz**         SAVE!   $7.99*/yr
Registrant Fax:                                     ☐ performoutsider.**mobi**        SAVE!   $9.99*/yr
Registrant Fax Ext:                                 ☐ performoutsider.**ca**                  $12.99/yr
Registrant Email: jasonstateham@gmail.com           ☐ performoutsider.**me**          SAVE!   $9.99/yr
Registry Admin ID:
Admin Name: Ilya Syanov                               **Similar Premium Domains** ?
Admin Organization:
Admin Street: 43 Billington Cres.                   ☐ DcPerformingArts.com                    $401.00*
Admin City: Toronto                                 ☐ OhioPerformingArts.com                  $575.00*
Admin State/Province: Ontario                       ☐ BostonPerformingArts.com               $488.00*
Admin Postal Code: M3A2G8                           ☐ OutsiderNetwork.com                   $1,288.00*
Admin Country: Canada                               ☐ IsOutsider.com                        $1,888.00*
Admin Phone: +1.4162737596                          ☐ PerpetualOutsider.com                 $1,588.00*
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: jasonstateham@gmail.com
Registry Tech ID:
Tech Name: Ilya Syanov
Tech Organization:
Tech Street: 43 Billington Cres.
Tech City: Toronto
Tech State/Province: Ontario                        **Domains available at Go Daddy Auctions®:**
Tech Postal Code: M3A2G8
Tech Country: Canada                                ☐ outsiderbrand.com                       $15,000.00*
Tech Phone: +1.4162737596                              Ends on: 8/5/2014 9:33:00 AM PDT
Tech Phone Ext:
Tech Fax:                                           ☐ marketperform.net                          $788.00*
Tech Fax Ext:                                          Ends on: 8/4/2014 5:58:00 PM PDT
Tech Email: jasonstateham@gmail.com
Name Server: NS1.PERFORMOUTSIDER.COM                ☐ performanceequipment.com                  $688.00*
Name Server: NS2.PERFORMOUTSIDER.COM                   Ends on: 8/3/2014 4:18:00 PM PDT
DNSSEC:
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/  ☐ performpower.com             $688.00*
Last update of WHOIS database: 2014-5-14T14:00:00Z     Ends on: 8/1/2014 10:01:00 PM PDT

The data contained in GoDaddy.com, LLC's WHOIS database,  ☐ outsideronline.com          $1,688.00*
while believed by the company to be reliable, is provided "as is"     Ends on: 8/1/2014 6:46:00 AM PDT
with no guarantee or warranties regarding its accuracy. This
information is provided for the sole purpose of assisting you  ☐ performarts.com            $1,188.00*
                                                       Ends on: 7/31/2014 9:04:00 PM PDT

Whois Lookup | Domain Availability – Registration Information

information is provided for the sole purpose of assisting you
in obtaining information about domain name registration records.
Any use of this data for any other purpose is expressly forbidden without the prior written
permission of GoDaddy.com, LLC. By submitting an inquiry,
you agree to these terms of usage and limitations of warranty. In particular,
you agree not to use this data to allow, enable, or otherwise make possible,
dissemination or collection of this data, in part or in its entirety, for any
purpose, such as the transmission of unsolicited advertising and
solicitations of any kind, including spam. You further agree
not to use this data to enable high volume, automated or robotic electronic
processes designed to collect or compile this data for any purpose,
including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified
in the "registrant" section. In most cases, GoDaddy.com, LLC
is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

Search for another domain name in the **WHOIS** database

Enter a domain name to search               .com          Search

**Learn more about**

Private Registration                          Deluxe Registration

Business Registration                         Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
** CA domain names will be registered through Go Daddy Domains Canada, Inc. a CIRA certified registrar.

**NEED HELP?**   Call our award-winning support team 24/7 at **(480) 505-8877**

About GoDaddy          Support              Resources             My Account          Shopping

About Us               Product Support      Webmail               My Account          Product Catalog
Contact Us             Site Suggestions     WHOIS Search          My Renewals         Find a Domain
News Rewinds           Report Abuse         ICANN Confirmation    Create Account      Deals of the Day
Careers                                     Affiliates
Corporate Responsibility                    Small Business Center
GoDaddy Store                               Site Map
Legal
Blake's Blog

Sign up for special offers:

Email Address          Submit

United States  English    Currency: USD                                    Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to
be bound by these Universal Terms of Service. Legal   Privacy Policy

Copyright © 1999 - 2014 GoDaddy Operating Company, LLC. All Rights Reserved.

# EXHIBIT 4

**Subject:** FW: URGENT: Please contact the undersigned

**Date:** Saturday, February 15, 2014 at 1:57:24 PM Eastern Standard Time

**From:**

**To:**

**CC:**

FYI

John P. Wixted | Blank Rome LLP
One Logan Square 130 North 18th Street | Philadelphia, PA 19103-6998
Phone: 215.569.5649 | Fax: 215.832.5649 | Email: JWixted@BlankRome.com

**From:** B [mailto:bay_1991@hotmail.com]
**Sent:** Friday, February 14, 2014 4:26 PM
**To:** abuse@godaddy.com
**Cc:** Wixted, John P.; B
**Subject:** URGENT: Please contact the undersigned

Hello,

I would like to speak with someone regarding an abuse of the "godaddy.com" website.

Chronological order of events:

- On Tuesday, September 11th, 2014, I received a copy of an "Affidavit of Service" from the office of John P. Wixted, Esquire. Their office is located in Philadelphia, PA.
- On Wednesday, September 12th, 2014, I received a registered package which contained a "Civil Cover Sheet" from the Court of Common Please of Philadelphia County in regards to a court case of Gorman vs www.performousider.com.
- I called and left a message for Mr. Wixted regarding the two documents that were sent to my home.
- On February 14th at 10:09 am I again called and left another message
- At 3:51 p.m. he kindly returned my call and left his contact information.
- At approximately 4:00 p.m. I returned his call. I explained that there must have been some error because I and my son don't know anybody associated with anybody listed in this complaint (either the plaintiff or defendant). He suggested that I contact your company regarding the fact that someone has used my home address here in Canada.

I need to speak to someone about the fact that my personal property, i.e., my home, has been used by someone and it is now "part of" this lawsuit.

I can be reached at home at 416-449-1213 or at work at 647-722-6641 ext 3440. My work hours are Monday - Friday, from 9:00 a.m. - 5:30 p.m. est.

I appreciate a call as soon as possible.

Regards,

Barbara-Ann Young

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

Any Federal tax advice contained herein is not intended or written to be used, and cannot be used by you or any other person, for the purpose of avoiding any penalties that may be imposed by the Internal Revenue Code. This disclosure is made in accordance with the rules of Treasury Department Circular 230 governing standards of practice before the Internal Revenue Service. Any written statement contained herein relating to any Federal tax transaction or matter may not be used by any person without the express prior written permission in each instance of a partner of this firm to support the promotion or marketing of or to recommend any Federal tax transaction(s) or matter(s) addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*

# **<u>EXHIBIT 5</u>**

ELECTRONICALLY FILED - 2018 Aug 28 10:30 AM - GREENVILLE - COMMON PLEAS - CASE#2014CP2304432

**From:** Rick Rollinski <expectedusa@aol.com>
**Date:** December 10, 2013 at 7:09:36 PM EST
**To:** <richard@reputationchanger.com>, <impact@directresponse.net>
**Subject: Brand's shady practices and 2 time rapist CEO Exposed**

Hi Rich

Im going to start emailing the Jakmian's, all of your clients, Hersh's companies, all of the people at Brand.com Interdigital, NewsHeadquarters, Ads Direct, and all of the other companies employees and partners links to your registered sex offender links on a regular basis. After that im going to disclose your entire network of sites used for your clients at brand.com. Im going to "leak" a full list of all of your clients and the methods you use to protect them to the media via direct mail to journalists around the world. I'll detail everything from beginning til end, specifically highlighting your most important clients and network of fake news websites. The releases will specifically target you, what you've been up to and others targeting brand.com and how brand.com works. This won't be some amateur posting 1 post on some website. This will be a coordinated campaign intelligently orchestrated to execute the goal. The goal is to make sure this costs you more than $500,000 to justify the money we're requesting.

In short, ill ruin your personal life and your professional life until you deliver the requested coin. If you've been doing any pump and dumps, registering your sex offender home address to walgreens, not registering correct information I'd be careful If I were you, since that is the kind of thing that will land you back in prison.

I'll use SEO, content creation, user-interactions, the media, the cloud hive-mind and link building to ensure all of these things are very easy to find when searching for your name, your companies names and your wife's name. It will be overwhelming and the things you thought were buried and far away will suddenly be all around you. Ill contact all of the people that hate you, your competitors and Sparkles family and let them know what is happening and how to help amplify it. Ill also involve the great resources like Anonymous, 4chan and anyone else that might jump on the bandwagon just for the lulz.

Ill do all of these things and you can stop me. By paying $500,000 in bitcoin. Ill stop and disappear out of your life forever. Keep in mind the origination ip address for this email is a proxy, and under it, another proxy, with no logs and a cloud of other anonymous connections. I am very good at what I do and have worked for major banks and governments off the record to destroy country and company just like Ill do with you and all of your businesses. Your interest is $5000/day. To stop me from moving forward, make a minimum payment of $100,000 into the account. This will stop me for 2 days before I continue.

**Send bitcoins to 1CiBJtVdCJtLzqY1q4k2nZAMCLpuUo8DmT**

PS: I'm going to start now by sending emails like this one to the other clients of brand.com. If I get through that list and do not have at least $500,000 in bitcoin, I'm going to start on exposing brand.com, how it works and who the clients are. I am not bluffing. If you will not comply, I will sink your companies 1 by 1 and destroy your reputation. You won't have the resources to repair it by the time im done.

If you fight this, you will not win. It will cost you far more than $1,000,000 and I will just move on to the next project while you pick up the pieces and try to start over again. To save you some time, your technical idiots will be able to find that this email was sent from 85.118.133.36 but that will be all.

Page 1 of 1



# **EXHIBIT 6**

ELECTRONICALLY FILED - 2018 Aug 28 10:30 AM - GREENVILLE - COMMON PLEAS - CASE#2014CP2304432

**From:** Rick Rollinski [mailto:expectedusa@aol.com]
**Sent:** Thursday, December 12, 2013 6:48 PM
**To:** Brand.com; impact@directresponse.net
**Subject:** Yo richie

505k today buddy

You know, **you just haven't given me anything to make me think you're taking this seriously.** I want you to think about that.

Make a small payment in good faith. Just so I know you're paying attention and what im about to do will be the last of it while I work thorough that list of clients you boys have. Hm. I think 25k will do while you guys come up with the rest. Haha. **I know you boys are going to be stubborn on this.** After all you probably think you're better at this reputation shit than anybody. You're about to have a rude awakening since **I know something you don't know** ;)

**Send bitcoins to 1CiBJtVdCJtLzqY1q4k2nZAMCLpuUo8DmT**

http://www.youtube.com/watch?v=hzExWz7KP5M

PLAINTIFF'S EXHIBIT
B

# EXHIBIT 7

**Subject:** RE: Man women can talk

**Date:** Thursday, December 12, 2013 at 7:19:17 PM Eastern Standard Time

**From:** Mike Zammuto

**To:** Ryan Andrews, 'Eric Trajtenberg' (eric@chescolawfirm.com), Rich Gorman

REDACTED

**From:** Rick Rollinski [mailto:expectedusa@aol.com]
**Sent:** Thursday, December 12, 2013 7:15 PM
**To:** Brand.com; impact@directresponse.net
**Subject:** Man women can talk

This might be the only thing you guys talk about this holiday season over the yams and cold ham. Better make with some coin Gor my man, im sure shits gonna start looking bad in short order.



**PLAINTIFF'S EXHIBIT**
C

ELECTRONICALLY FILED - 2018 Aug 28 10:30 AM - GREENVILLE - COMMON PLEAS - CASE#2014CP2304432

# EXHIBIT 8

**BLANK ROME LLP**
By: Matthew D. Lee, Pa. I.D. No. 85914,
lee-m@blankrome.com
By: John P. Wixted, Pa. I.D. No. 309044,
jwixted@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
(215) 569-5500

**Attorneys for Plaintiff**

| | | |
|---|---|---|
| Richard A. Gorman | : | COURT OF COMMON PLEAS OF |
| 1101 Locust Street | : | PHILADELPHIA COUNTY – CIVIL ACTION – |
| Apt. 5H | : | |
| Philadelphia, PA 19107, | : | _____ TERM, 2014 |
| | : | |
| | : | No. _____ |
| Plaintiff, | : | |
| | : | NON-JURY TRIAL |
| v. | : | |
| | : | |
| www.performoutsider.com | : | |
| c/o 43 Billington Cres. | : | |
| Toronto Ontario | : | |
| M3A2G8 Canada, | : | |
| | : | |
| and | : | |
| | : | |
| John C. Monarch | : | |
| 122 Central Ave. | : | |
| Greenville, SC 29601, | : | |
| | : | |
| and | : | |
| | : | |
| Karl F. Steinborn | : | |
| 1704 Quail Valley East | : | |
| Columbia, SC 29212-1531, | : | |
| | : | |
| and | : | |
| | : | |
| John Doe 1, John Doe 2, and John Doe 3, | : | |
| | : | |
| Defendants. | : | |

## NOTICE TO DEFEND

**NOTICE**

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.

You may lose money or property or other rights important to you.
YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
    Lawyer Referral and Information
    Service
    1101 Market Street, 11th Floor
    Philadelphia, PA 19107
    (215) 238-1701

**AVISO**

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perer dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCIONE SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASOCIACION DE LICENCIADOS DE FILADELFIA
    Servicio De Referencia E Informacion
    Legal
    1101 Market Street, 11th Floor
    Filadelfia, PA 19107
    (215) 238-1701

2

**BLANK ROME LLP**
By: Matthew D. Lee, Pa. I.D. No. 85914,
lee-m@blankrome.com
By: John P. Wixted, Pa. I.D. No. 309044,
jwixted@blankrome.com
One Logan Square
130 North 18th Street
Philadelphia, Pennsylvania 19103
(215) 569-5500

**Attorneys for Plaintiff**

*You are hereby notified to plead to the*
*enclosed Complaint within 20 days from*
*service hereof, or a default judgment may*
*be entered against you.*

Matthew D. Lee, Esquire
Attorney for Plaintiff, Richard A. Gorman

|  |  |
|---|---|
| Richard A. Gorman<br>1101 Locust Street<br>Apt. 5H<br>Philadelphia, PA 19107,<br><br>           Plaintiff,<br><br>        v.<br><br>www.performoutsider.com<br>c/o 43 Billington Cres.<br>Toronto Ontario<br>M3A2G8 Canada,<br><br>        and<br><br>John C. Monarch<br>122 Central Ave.<br>Greenville, SC 29601,<br><br>        and<br><br>Karl F. Steinborn<br>1704 Quail Valley East<br>Columbia, SC 29212-1531,<br><br>        and<br><br>John Doe 1, John Doe 2, and John Doe 3,<br><br>        Defendants. | COURT OF COMMON PLEAS OF<br>PHILADELPHIA COUNTY – CIVIL ACTION –<br><br>_____ TERM, 2014<br><br>No. _____<br><br>NON-JURY TRIAL |

141497.00101/22281719v.2

## VERIFIED COMPLAINT

Plaintiff Richard A. Gorman ("Plaintiff Gorman"), by and through his undersigned attorneys, files this Verified Complaint against Defendants www.performoutsider.com ("Defendant Perform Outsider"), John C. Monarch ("Defendant Monarch"), Karl F. Steinborn ("Defendant Steinborn"), John Doe 1, John Doe 2, and John Doe 3 (collectively "Defendants"), and in support thereof avers as follows:

## I.   PARTIES, JURISDICTION, AND VENUE

1.    Plaintiff Gorman is a citizen of the Commonwealth of Pennsylvania, residing at 1101 Locust Street Apt. 5H, Philadelphia, PA 19107.

2.    Upon information and belief, Defendant Perform Outsider is a website with its registered address at 43 Billington Cres. Toronto Ontario, M3A2G8 Canada.

3.    Upon information and belief, Defendant Monarch is a citizen of the State of South Carolina, residing at 122 Central Ave., Greenville, SC 29601.

4.    Upon information and belief, Defendant Steinborn is a citizen of the State of South Carolina, residing at 1704 Quail Valley East, Columbia, SC 29212-1531.

5.    At present, the identities and places of residence of Defendants John Doe 1, John Doe 2, and John Doe 3 are unknown.

6.    This Court has jurisdiction over this action pursuant to 42 Pa. C.S. § 931 and 42 Pa. C.S. § 5322.

7.    Venue is proper in this County pursuant to Rule 1006(a)(1) of the Pennsylvania Rules of Civil Procedure, as upon information and belief the cause of action arose in Philadelphia County and the defamatory statements in question have been directed to Plaintiff Gorman in Philadelphia

2

County.

## II.    **FACTUAL BACKGROUND**

8.      Plaintiff Gorman and Defendants are business competitors.

9.      Specifically, Plaintiff Gorman is affiliated with various companies which, among other things, are in the business of distributing consumer goods.

10.     Upon information and belief, Defendant Monarch is the owner and operator of Direct Outbound Services, LLC, which is also in the business of distributing consumer goods, and does business throughout the United States.

11.     Upon information and belief, Defendant Steinborn is an individual who was previously employed by the Affiliati Network, a Florida corporation in the business of affiliate marketing.

12.     Defendant Perform Outsider is a website that markets and promotes companies such as Direct Outbound Services, LLC and others.   The email address of the owner of www.performoutsider.com is identified as jasonstateham@gmail.com.

13.     Upon information and belief, Defendants John Doe 1, John Doe 2, and John Doe 3, and others, are affiliated with Defendant Perform Outsider and are responsible for content posted on www.performoutsider.com and on other sources of internet media which use variations of the name "perform outsider."

14.     In December 2013, Plaintiff Gorman received email communications demanding that he pay money and threatening to harm him, his family, his reputation, and his prior and current business interests if he failed to do so.

15.     As described more fully below, Defendants have engaged in a concerted effort to

3

harm Plaintiff Gorman, his reputation, and his business interests by publishing a series of false and defamatory statements about Plaintiff Gorman in a variety of online media.

    **A.**    **Defendants Have Defamed and Continue to Defame Plaintiff Gorman on Defendant Perform Outsider's Website**

16.    On or about July 29, 2013, Defendant Perform Outsider published an article which contained numerous erroneous statements concerning criminal activity and Plaintiff Gorman. *See* http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/. A true and correct copy of the July 29, 2013 performoutsider.com article is attached hereto as **Exhibit A**.

17.    The article at issue was posted to the www.performoutsider.com website by "Admin," indicating that the information was uploaded by Defendant Perform Outsider's administrator(s) and/or agent(s), rather than a third party visitor to the website. *See* **Exhibit A** at 1.

18.    The article falsely asserted that Plaintiff Gorman sexually assaulted a minor. *See* **Exhibit A** at 4 (accusing Plaintiff Gorman of rape and referring to an "underage victim").

19.    The article also linked to and incorporated by reference the website http://anonnews.org/forum/post/8233 (the "AnonNews Site"). *See id.*

20.    The AnonNews Site contained posts which falsely asserted that Plaintiff Gorman was a pedophile. *See, e.g.*, AnonNews Site at 1, a true and correct copy of which is attached hereto as **Exhibit B**. The post containing the defamatory statements was removed from the AnonNews Site at some time subsequent to October 6, 2013.

21.    These assertions are false and defamatory, and were made with the malicious intent of harming Plaintiff Gorman, his reputation, and his business relationships.

22.    The false and defamatory statements made on Defendant Perform Outsider's website

4

have been and continue to be viewed by visitors to the website, who understand that such statements concern Plaintiff Gorman.

23.     Upon information and belief, Defendant Monarch is affiliated with and/or has acted as agent for Defendant Perform Outsider and has participated in the dissemination of the false and defamatory statements on www.performoutsider.com.

24.     Upon information and belief, Defendant Steinborn is affiliated with and/or has acted as agent for Defendant Perform Outsider and has participated in the dissemination of the false and defamatory statements on www.performoutsider.com.

25.     Upon information and belief, Defendants John Doe 1, John Doe 2, John Doe 3, and possibly others, are affiliated with and/or have acted as agents for Defendant Perform Outsider and have participated in the dissemination of the false and defamatory statements on www.performoutsider.com.

## B.     Defendants Have Defamed and Continue to Defame Plaintiff Gorman Via Defendant Perform Outsider's Twitter Account

26.     On information and belief, Defendant Perform Outsider maintains a Twitter account under the name "@performoutsider."

27.     When the "@performoutsider" Twitter account was recently created, its first, third, and fourth followers were individuals with Twitter accounts identified as "John Monarch @papajohn56", "Karl @steinborn", and "Karl Steinborn @RepGuruKarl", respectively.

28.     On information and belief, the @papajohn56 Twitter account is associated with Defendant Monarch.

29.     On information and belief, the @steinborn and @RepGuruKarl Twitter accounts are associated with Defendant Steinborn.

5

30. Defendants have used Defendant Perform Outsider's Twitter account to defame and harass Plaintiff Gorman. A true and correct copy of the relevant posts from Defendant Perform Outsider's Twitter account are attached collectively hereto as **Exhibit C**.

31. On December 19, 2013, Defendant Perform Outsider tweeted the following false and defamatory message to an employee at a company affiliated with Plaintiff Gorman: "How does it feel working for a person who was convicted of a sexual assault on a minor?" *See* **Exhibit C** at 1.

32. That same day, Defendant Perform Outsider also linked to and incorporated by reference the website http://postimg.org/image/alfc9uy1j/ (the "Post IMG Site"). *Id.* at 3.

33. The Post IMG Site falsely refers to Plaintiff Gorman as a "child molester" and falsely states that his daughter was conceived during a rape. *See* Post IMG Site at 1, 3, a true and correct copy of which is attached hereto as **Exhibit D**. The Post IMG Site also falsely states that Plaintiff Gorman maintains a Facebook account.

34. That same day, Defendant Perform Outsider re-tweeted the false and defamatory article described in section II.A above. *See* **Exhibit C** at 3.

35. These assertions are false and defamatory, and were made with the malicious intent of harming Plaintiff Gorman, his reputation, and his business relationships.

36. The false and defamatory statements made on Defendant Perform Outsider's Twitter feed have been and continue to be viewed by multiple third parties (including the "followers" of "@performoutsider" and others), who understand that such statements concern Plaintiff Gorman.

37. Upon information and belief, Defendant Monarch is affiliated with and/or has acted as agent for and/or on behalf of Defendant Perform Outsider and has participated in the dissemination of the false and defamatory statements via the "@performoutsider" Twitter account.

6

38.     Upon information and belief, Defendant Steinborn is affiliated with and/or has acted as agent for and/or on behalf of Defendant Perform Outsider and has participated in the dissemination of the false and defamatory statements via the "@performoutsider" Twitter account.

39.     Upon information and belief, Defendants John Doe 1, John Doe 2, John Doe 3, and others, are affiliated with and/or have acted as agents for and/or on behalf of Defendant Perform Outsider and have participated in the dissemination of the false and defamatory statements via the "@performoutsider" Twitter account.

## COUNT I – DEFAMATION

40.     Plaintiff Gorman repeats the averments in the above paragraphs as if fully set forth herein.

41.     As set forth above, intending to injure Plaintiff Gorman and to defame Plaintiff Gorman's reputation, Defendants maliciously, deliberately, and recklessly published false and defamatory written statements concerning Plaintiff Gorman.

42.     The false and defamatory statements made by Defendants were and are untrue, and were known by Defendants to be untrue and to have no basis in fact.

43.     The false and defamatory statements made by Defendants were not privileged.

44.     The recipients of the statements made by Defendants understood the defamatory meaning of such statements.

45.     The recipients of the defamatory statements made by Defendants understood that such statements applied to Plaintiff Gorman.

46.     The false and defamatory statements made by Defendants constitute defamation per se.

7

47.     Defendants' actions were willful, wanton, and outrageous.

48.     Defendants' false and defamatory statements were directed to Plaintiff Gorman in Pennsylvania.

49.     Plaintiff Gorman has suffered, and will continue to suffer, substantial and irreparable harm to his reputation as a result of Defendants' defamation.

50.     Defendants' defamation is a direct and proximate cause of Plaintiff Gorman's damages.

WHEREFORE, Plaintiff Gorman demands judgment in his favor and against Defendants Perform Outsider, Monarch, Steinborn, John Doe 1, John Doe 2, and John Doe 3:

a.     For actual damages in excess of $50,000, which Plaintiff Gorman is entitled to recover as a result of Defendants' publication of defamatory statements;

b.     For incidental, consequential, and punitive damages in excess of $50,000 as permitted by law;

c.     For a preliminary and permanent injunction compelling Defendants to refrain from making defamatory statements about Plaintiff Gorman; and

8

d.    For all such other relief as this Court deems appropriate.

Respectfully submitted,

**BLANK ROME LLP**

Dated:  January 24, 2014        By:  _____

MATTHEW D. LEE
JOHN P. WIXTED
Pa. ID. Nos. 85914 and 309044
One Logan Square
130 North 18th Street
Philadelphia, PA  19103-6998
Telephone No. (215) 569-5500
Fax No. (215) 569-5555

*Attorneys for Plaintiff Richard A. Gorman*

9

## VERIFICATION

I, Richard A. Gorman, hereby state that I am authorized to make this Verification on behalf of Plaintiff. I verify that the statements set forth in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief. I understand that these statements are made subject to the penalties of 18 Pa. C.S. § 4904, relating to unsworn falsification to authorities.

Dated: January 24, 2014

# EXHIBIT 9

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. GORMAN
:
:
    Plaintiff,                  :    CIVIL ACTION NO. 14-0890
        v.                      :
                                :
JOHN C. MONARCH,                :
KARL F. STEINBORN,              :
WWW.PERFORMOUTSIDER.COM         :
JOHN DOE 1, JOHN DOE 2 and      :
JOHN DOE 3                      :
                                :
        Defendants.

## DEFENDANT JOHN MONARCH'S RESPONSE TO PLAINTIFF'S MOTION FOR THE COURT TO ALLOW ALTERNATIVE SERVICE BY PUBLICATION

Defendant John Monarch ("John"), by and through undersigned counsel, submits this Response (the "Reply") to Plaintiff's Motion for the Court to Allow Alternative Service by Publication (the "Motion"), and, for the reasons set forth below,[1] respectfully requests that the Motion be denied.

It appears that Plaintiff is attempting to serve the website performoutsider.com (the "Website") by publication. This is equivalent to attempting to serve a person's car that injured a plaintiff in a personal injury case. Clearly naming and attempting to serve the property that the defendant allegedly used to commit the underlying tort at issue would be improper. Additionally, this is exceptionally true when the plaintiff is aware that there is a person who

---

[1] It should be noted that Plaintiff makes a number of untrue, irrelevant, and inappropriate comments about John in the Motion. Accordingly, John will not dignify these comments with any response because they are clearly unworthy of any substantive response.

1

1    owns the property at issue and the person used that property to allegedly commit the tortious

2    conduct at issue.

3        In his Motion, Plaintiff admits that he is aware that John is not the owner of the Website,

4    and that the Owner of the Website goes by the name Ilya Putin ("Ilya"). *See* Motion, ¶ 3 (stating

5
     that, "[b]y registering the website . . . to an incorrect address and through his Facebook
6
7    communications with Defendant Monarch, it is evident that the owner of [the Website] has

8    attempted to conceal who owns the website and make it appear as though another individual

9    controls the website . . . .").[2]  However, Plaintiff insists on trying to serve by publication the

10
     property owned by Ilya, which is the Website, rather than Ilya.
11

12       Even more significant, Plaintiff has issued subpoenas to Twitter, Google, and Facebook

13   in an attempt to ascertain Ilya's real name and contact information.[3]  Accordingly, because the

14   subpoenas are likely to provide Ilya's real name and contact information, it appears that any

15   attempt to serve Ilya by publication would be premature at this point.
16
17       WHEREFORE, based upon the foregoing, John respectfully requests that the Court

18   enter an order denying the Motion and awarding such other and further relief as the Court finds

19   appropriate.

20       RESPECTFULLY submitted this 15th day of May, 2014.
21
22                           /s/ Daniel R. Warner
                             Daniel R. Warner, Esq.
23                           Arizona Bar # 026503
                             (Admitted Pro Hac Vice)
24                           **KELLY / WARNER, PLLC**
                             8283 N. Hayden Road, Suite 229
25                           Scottsdale, Arizona 85258
                             Tel: 480-331-9397
26

27   _____

28   [2] Notably, even though Plaintiff is now aware that John is not the owner of the Website, he still refuses to
     voluntarily dismiss John from this case.  It appears that Plaintiff has an obsession with John (not the other way
     around as Plaintiff apparently wishes).
     [3] Unfortunately, contrary to Plaintiff's continued belief, John does not know Ilya's true name, and John does not
     have any other contact information for Ilya that has not been already provided to Plaintiff.

                                    2

1      Fax: 1-866-961-4984
       Email: dan@kellywarnerlaw.com

2

3      /s/ Matthew Glazer
       Matthew Glazer, Esq.

4      **COZEN O'CONNOR**
       1900 Market St

5      Philadelphia, PA 19103

6      (215) 665-2000
       MGlazer@cozen.com

7      *Attorneys for Defendant Monarch*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  **CERTIFICATE OF SERVICE**

2

3        I hereby certify that, on the same date set forth above, I electronically transmitted the foregoing document to the Clerk's Office using CM/ECF System for filing and distribution to the following registered participants of the CM/ECF System:

4

5

6        Matthew D. Lee, Esq.

7        Lee-m@blankrome.com
         John P. Wixted, Esq.

8        jwixted@blankrome.com
         BLANK ROME L.L.P.

9        One Logan Square
         130 N. 18th Street

10       Philadelphia, PA 19103

11       *Attorney for Plaintiff*

12       Eric Trajtenberg, Esq.

13       eric@chescolawfirm.com
         32 S. Church St.

14       West Chester, PA 19382
         *Attorney for Plaintiff*

15

16                                    /s/ Jill Loy

17                                    Employee of Kelly / Warner, PLLC

18

19

20

21

22

23

24

25

26

27

28

4

# **<u>EXHIBIT 10</u>**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|                                      |   |                   |
|--------------------------------------|---|-------------------|
| **RICHARD GORMAN,**                  | : | **CIVIL ACTION**  |
|                                      | : |                   |
| **v.**                               | : |                   |
|                                      | : |                   |
| **JOHN C. MONARCH,**                 | : | **No.14-0890**    |
| **WWW.PERFORMOUTSIDER.COM,**         | : |                   |
| **KARL F. STEINBORN, JOHN DOE 1,**   | : |                   |
| **JOHN DOE 2, and JOHN DOE 3.**      | : |                   |
|                                      | : |                   |

## O R D E R

AND NOW, this 21st day of May, 2014, upon consideration of Plaintiff Richard A. Gorman's Motion for the Court to Allow Alternative Service by Publication (paper no. 18) and Defendant John Monarch's Response to Plaintiff's Motion (paper no. 19), it appearing that:

    a.    Plaintiff brings a single count of defamation against three named (John C. Monarch, www.performoutsider.com, and Karl F. Steinborn) and three unnamed (John Doe Nos. 1-3) defendants. Plaintiff alleges defendants published false statements about him on the website www.performoutsider.com and other online locations.

    b.    Plaintiff alleges www.performoutsider.com is a website with a registered address at Toronto, Ontario. Compl. ¶ 12. A website is not a legal entity capable of being sued. *See, e.g., Wine & Canvas Dev., LLC v. Weisser*, 886 F. Supp. 2d 930, 942 (S.D. Ind. 2012); *Righthaven LLC v. Wolf*, 813 F. Supp. 2d 1265, 1266 n.1 (D. Col. 2011). Plaintiff may maintain a suit against an owner or operator of a website.

    c.    Counsel are reminded they are to refrain from unprofessional conduct, including the use of impertinent or discourteous remarks about opposing parties or counsel. Counsel are expected to refer to the parties and each other by their surnames and to otherwise abide by the Code of Civility adopted by the Pennsylvania Supreme Court and the Working Rules of Professionalism adopted by the Philadelphia Bar Association. The court may consider sanctions, including reconsideration of motions for admission *pro hac vice*, for pejorative or disrespectful behavior in connection with this action.

It is **ORDERED** that:

    1.    Plaintiff's Motion to Allow Alternative Service is **DENIED without prejudice**.

    2.    Defendant www.performoutsider.com is **DISMISSED without prejudice**.

3.  Plaintiff is **GRANTED LEAVE** to amend his complaint to name the owner and/or operator of www.performoutsider.com. Plaintiff may file an amended complaint against the owner and/or operator of www.performoutsider.com on or before **July 21, 2014**.

/s/ Norma L. Shapiro
_____
                                                                                    J.

2

# EXHIBIT 11

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RICHARD A. GORMAN,** | : | |
| **Plaintiff,** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **No. 14-890** |
| | : | |
| **KARL F. STEINBORN at al.,** | : | |
| **Defendants.** | : | |

**MCHUGH, J.**                                                             **MAY 20, 2015**

### MEMORANDUM

This is an action for defamation brought by Plaintiff Richard Gorman against Karl Steinborn, among others. Gorman is affiliated with the various enterprises that are in the business of distributing consumer goods. Included among these businesses were "brand.com" and "Reputation Changer," which sought to monitor and improve the image of individuals and businesses as they were described on the Internet. The business captured public attention when the name "brand.com" was purchased by Gorman and others for a substantial sum of money.

In the summer of 2013, Gorman's business became the focus of Internet postings and communications on Twitter that falsely accused him of being a convicted child molester and pedophile. Another posting stated that his daughter was conceived as a result of a rape. Later that same year, Gorman received an email communication seeking to extort a substantial sum of money from him, with a threat to harm him, his family, and his current or former businesses if he refused the demand.

Gorman retained counsel and also undertook an investigation through a consulting firm, Kroll Advisory Solutions. That investigation led to the conclusion that the defendant Karl Steinborn, among others, was behind the defamation and the personal attacks.

Suit was filed in Pennsylvania state court, and removed to the Eastern District of Pennsylvania in February of 2014. A default was entered by the Clerk of Court, and on November 24, 2014, after concluding that personal jurisdiction existed over the defendant pursuant to Pennsylvania's Long-Arm statute, I entered a default judgment. A hearing on damages was conducted on April 17, 2015, at which time I admitted into evidence various documents, and heard testimony from Plaintiff and a business associate. Appropriate notice was given to Defendant Steinborn, but he did not appear.

First, separate and apart from the allegations in the complaint, I conclude that Plaintiff Richard Gorman was defamed. The allegations against him, that he was convicted of child molestation and is a proven pedophile are patently false, as is the scandalous allegation that his daughter was conceived as a result of a rape.

I am further persuaded by the evidence the Mr. Gorman has suffered damages. First, with respect to special damages, he incurred investigatory expenses of $3,700.72, and legal fees in the total amount of $43,907.33. Mr. Gorman further claims loss of revenue to his business, but from the evidence presented, because none of his businesses are parties to this action, I am not persuaded that I can award such damages as a matter of law.

Nonetheless, the evidence is clear that he was the target of a reprehensible campaign aimed at impugning his character with the specific purpose of harming his ability to conduct business and destroying his personal reputation. Mr. Gorman recounted in clear detail the emotional distress that he has suffered, and the lengths to which he has had to go to convince third parties that he has not committed the vile acts of which he has been accused. Of particular note, Mr. Gorman recounted how, as the scandal spread, the parents of his children's friends

began to limit social contact and undermine his family life. It is difficult for me to conceive a worse accusation against a father than that of being a pedophile.

Furthermore, although I declined to award damages for direct loss of business income, I conclude from a preponderance of the evidence that the emotional distress encountered by Mr. Gorman and the degree to which he was forced to commit his concentration and energy to salvaging his reputation, dramatically impacted his ability to pursue his normal activities—both business and personal—and completely undermined his quality of life.

I conclude from a preponderance of the evidence that, separate and apart from the special damages itemized above, Mr. Gorman is entitled to compensatory damages for his non-economic losses, including his mental anguish and emotional suffering, in the amount of $3 million.

I further conclude that because of the widespread dissemination and pernicious nature of the defamation that occurred, Plaintiff is entitled to permanent injunctive relief designed to prevent further damage to his reputation and further threats to his safety.

An appropriate order will be entered.


_____ /s/ Gerald Austin McHugh
United States District Court Judge

# EXHIBIT 12

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COURT OF COMMON PLEAS |
| COUNTY OF GREENVILLE | ) | |
| | ) | |
| | ) | |
| RICHARD A. GORMAN, | ) | Civil Action No. 2014-CP-23-04432 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **DEFENDANT JOHN C. MONARCH'S** |
| | ) | **SUPPLEMENTAL ANSWERS TO** |
| JOHN C. MONARCH, DIRECT | ) | **PLAINTIFF'S INTERROGATORIES** |
| OUTBOUND SERVICES, LLC, AND | ) | |
| SHIPCHAIN, INC. | ) | |
| | ) | |
| Defendants. | ) | |

TO:   ANDREW S. RADEKER, ESQUIRE AND DAVID L. MOORE, JR., ESQUIRE
ATTORNEYS FOR PLAINTIFF:

Pursuant to South Carolina Rule of Civil Procedure 33, Defendant John C. Monarch hereby supplements his responses to Plaintiff Richard A. Gorman's ("Plaintiff") Interrogatories as follows:

## GENERAL OBJECTIONS

1.      Defendant objects to Plaintiff's Interrogatories to the extent that they:  (a) seek to require Defendant to provide any information or identify documents within, subject to or protected by the attorney-client privilege, work product doctrine or the protection afforded mental impressions, conclusions, opinions or legal theories of Defendant's attorneys or its representatives as defined in South Carolina Rule of Civil Procedure 26(b)(3), or other privileges; or (b) seek to impose upon Defendant any other obligation not imposed by the South Carolina Rules of Civil Procedure, specifically Rules 26 and 33.

2.      Defendant objects to Plaintiff's Interrogatories to the extent they seek documents or information containing legal or factual opinions or conclusions.

1

3.    Defendant objects to Plaintiff's Interrogatories to the extent they seek for Defendant to assume or speculate on matters not within Defendant's knowledge or observation.

4.    Defendant objects to Plaintiff's Interrogatories to the extent they seek or may be deemed to seek or require the production or disclosure of information or documents created or generated after and/or as a result of this lawsuit being filed.  No such documents or information will be produced or identified in a Privilege Log.

5.    Defendant objects to Plaintiff's Interrogatories to the extent they seek or might be argued to have Defendant admit that the law is as described by Defendant.  By answering these Interrogatories, Defendant is not admitting that the law is as described in Plaintiff's discovery requests, any discovery responses from Plaintiff, or Plaintiff's pleadings.

6.    Defendant objects to Plaintiff's Interrogatories to the extent they seek to impose upon Defendant a duty to ascertain, create, or secure information that is not in Defendant's possession, custody or control.

7.    To the extent Defendant responds as set forth herein, nothing in these responses should be construed as waiving rights or objections which otherwise might be available to Defendant.  Furthermore, Defendant reserves and does not waive his right to object to the relevancy, authenticity, competency or admissibility of any of the information contained in these Responses to Plaintiff's Interrogatories.

8.    By answering Plaintiff's Interrogatories, Defendants are not waiving any immunity or defense he or any of his employees or agents might have to the claims by Plaintiff.

9.    Defendants objects to Plaintiff's Interrogatories to the extent they seek or may be deemed to seek production of materials or information not within the time period complained about in Plaintiff's pleadings.

2

10.     Defendants reserves the right to supplement or amend his Responses to Plaintiff's Interrogatories.

11.     Defendant objects to the Plaintiff's Interrogatories to the extent they seek or may be deemed to seek production of materials or discovery of information, the location, retrieval or production of which would be unduly burdensome to Defendants.

12.     By responding to these Interrogatories, Defendant is not waiving any other objections to discovery, any other defense to the Complaint, or any objection to admissibility of evidence.

13.     These general objections apply to all of Defendant's responses.  To the extent that specific general objections are cited in a specific response, those specific citations are provided because they are believed to be particularly applicable to the specific Interrogatories and are not to be construed as a waiver of any other general objection applicable to information falling within the scope of the Interrogatories.

14.     The following responses reflect Defendant's present knowledge, information and belief, and may be subject to change or modification based on Defendant's further discovery, or on facts or circumstances which may come to Defendant's knowledge during the course of discovery and/or preparation for litigation.

**PRIOR COUNSEL'S SPECIFIC OBJECTIONS TO RULE 33(b) INTERROGATORIES**

Prior Counsel for Defendant invoked a number of specific objections to Plaintiff's Rule 33(b) Interrogatories, and while Defendant does reserve the right to supplement Interrogatory responses as discovery continues, Defendant's current Counsel withdraws the specific objections previously raised by Defendant's Prior Counsel in response to Plaintiff's Rule 33(b) Interrogatories Nos. 1 through 5.

3

## SUPPLEMENTAL RESPONSES TO PLAINTIFF'S RULE 33(b) INTERROGATORIES

**Interrogatory No. 1:** Give the names and addresses of persons known to the parties or counsel to be witnesses concerning the facts of the case and indicate whether or not written or recorded statements have been taken from the witnesses and indicate who has possession of such statements.

**Response:** Defendant Monarch, supplements his Response to Plaintiff's Rule 33(b) Interrogatory

No. 1 as follows: Upon information and belief, at the present time the following individuals are

believed to be witnesses concerning the facts of the case:

  a. Ilya Shpetrik aka "Ilya Syanov," "Ilya Putin," "Ilya Putin (BLT)," "Ilya BLT," "Ilya S," and "Illya S."
  33 Mogul Drive
  Toronto, Ontario M2H 2M8
  Canada
  No known written or recorded statement exists at this time.

  b. Brian McLevis

  c. Brandon Rosen

  d. Steve Howe

Defendant Monarch reserves the right to supplement this answer as discovery in this case

continues.

**Interrogatory No. 2:** For each person known to the parties or counsel to be a witness concerning the facts of the case, set forth either a summary sufficient to inform the other party of the important facts known to or observed by such witness, or provide a copy of any written or recorded statements taken from such witnesses.

**Response:** At this time Defendant Monarch believes that the following summaries are an

accurate statement of the facts believed to be known or observed by fact witnesses regarding

the allegations made and defenses raised in this case:

  a. John Monarch: John Monarch is a Defendant in this suit. Mr. Monarch will dispute

    the Plaintiff's allegations as stated in Plaintiff's pleadings. Mr. Monarch can also

    provide information regarding his lack of knowledge and/or involvement in any

alleged effort to defame or conspire against Plaintiff; Moreover, Mr. Monarch can provide information regarding him being a separate legal individual/entity from Direct Outbound Services, LLC;

b. Ilya Shpetrik aka "Ilya Syanov," "Ilya Putin," "Ilya Putin (BLT)," "Ilya BLT," "Ilya S," and "Illya S.":  Upon information and belief, Ilya Shpetrik ("Ilya") is Ilya Putin, Ilya Syanov, Ilya Putin (BLT), Ilya BLT, Ilya S, and Illya S.  Accordingly, Defendant Monarch believes that Ilya will have information as to the fact that Defendant Monarch is not Ilya Putin or any of Ilya's other aliases, as alleged by Plaintiff.  Moreover, upon information and belief, Ilya would be able to provide information and/or testimony as to the fact that Defendant Monarch had no knowledge and/or involvement in any alleged effort to defame or conspire against Plaintiff, that Defendant Monarch did not own, operate, have control over, or publish any information through performoutsider.com, its website, or its Twitter account;

c. Brian McLevis: Mr. McLevis works in the e-commerce and internet marketing industry and may have information concerning false allegations that 1) Mr. Monarch is Ilya, 2) Mr. Monarch owns or operates the PerformOutsider Website, and 3) that Mr. Monarch was engaged in efforts to commit online defamation and blackmail.  Mr. McLevis may also have information concerning false information posted to a website previously operated by Plaintiff, www.johncmonarch.com, which claimed that Mr. Monarch was Ilya, that he had attempted to blackmail Mr. McLevis for bitcoin, and when Mr. McLevis did not pay the blackmail Mr. Monarch published the blackmail material causing Mr. McLevis millions of dollars in damages;

5

     d.  Brandon Rosen: Mr. Rosen works in the e-commerce and internet marketing industry and may have information concerning false allegations that 1) Mr. Monarch is Ilya, 2) Mr. Monarch owns or operates the PerformOutsider Website, and 3) that Mr. Monarch was engaged in efforts to commit online defamation and blackmail.  Mr. Rosen may also have information concerning false information posted to a website previously operated by Plaintiff, www.johncmonarch.com, which claimed that Mr. Monarch was Ilya and that Mr. Monarch had successfully blackmailed Mr. Rosen in exchange for bitcoin;

     e.  Steve Howe:  Mr. Howe works in the e-commerce and internet marketing industry and may have information concerning false allegations that 1) Mr. Monarch is Ilya, 2) Mr. Monarch owns or operates the PerformOutsider Website, and 3) that Mr. Monarch was engaged in efforts to commit online defamation and blackmail.

Defendant Monarch reserves the right to supplement this answer as discovery in this case continues.

## SUPPLEMENTAL RESPONSES TO PLAINTIFF'S GENERAL INTERROGATORIES

**Interrogatory No. 2:**  Identify all persons with whom you have directly communicated regarding Richard A. Gorman, Brand.com, or Reputation Changer Inc., from January 1, 2012 to the present date, including those with whom you have communicated via email, text message, or using any website application, forum, blog, imageboard, social media service, or other medium on the World Wide Web.

**Response:**  Subject to and without waiving any objections previously asserted, Defendant Monarch, supplements his Response to General Interrogatory No. 2 as follows:  Brian McLevis, Brandon Rosen, Steve Howe, and Mike Arias.

**Interrogatory No. 5:**  Identify all persons who own, manage, or control the content displayed on the website known as "Perform Outsider" located at www.performoutsider.com ("PerformOutsider Website") and/or the Twitter account @performoutsider.

**Response:** Subject to and without waiving any objections previously asserted, Defendant Monarch, upon information and belief, supplements his Response to General Interrogatory No. 5 consistent with the above supplementation of Rule 33(b) Interrogatory No. 1 that provides contact information for the person believed to be Ilya Putin, Ilya Syanov, Ilya Putin (BLT), Ilya BLT, Ilya S, and/or Illya S.

**Interrogatory No. 8:** Identify all persons who own, operate or control the Facebook account bearing the name "Ilya Putin" as shown in Exhibit __ attached hereto.

**Response:** Subject to and without waiving any objections previously asserted, Defendant Monarch, upon information and belief, supplements his Response to General Interrogatory No. 8 consistent with the above supplementation of Rule 33(b) Interrogatory No. 1 that provides contact information for the person believed to be Ilya Shpetrik aka Ilya Putin, Ilya Syanov, Ilya Putin (BLT), Ilya BLT, Ilya S, and/or Illya S.

**Interrogatory No. 9:** For every person identified in your answer to Interrogatories # and #8, identify all known contact information, addresses, phone numbers, nicknames, aliases, email addresses, Twitter Accounts, Facebook accounts, social media accounts, forum accounts, blog accounts, and image board accounts which belong to the person identified.

**Response:** Subject to and without waiving any objections previously asserted, Defendant Monarch, upon information and belief, supplements his Response to General Interrogatory No. 9 consistent with the above supplementation of Rule 33(b) Interrogatory No. 1 that provides contact information for the person believed to be Ilya Shpetrik aka Ilya Putin, Ilya Syanov, Ilya Putin (BLT), Ilya BLT, Ilya S, and/or Illya S.

*[SIGNATURE ON FOLLOWING PAGE]*

7

Respectfully submitted,

BRUMBACK & LANGLEY, LLC

s/Christopher T. Brumback
Christopher T. Brumback / S.C. Bar No. 75410
Spencer D. Langley / S.C. Bar No. 77898
1 Augusta Street, Suite 301
Greenville, SC  29601
(864) 414-9097
(866) 728-1205 (Fax)
chris@brumbacklangley.com
spencer@brumbacklangley.com


MCANGUS GOUDELOCK & COURIE, L.L.C.

DOC MORGAN, JR. (SC Bar No. 4084)
dmorgan@mgclaw.com
ROBERT L. MEBANE, JR. (SC Bar No. 78043)
robert.mebane@mgclaw.com
Post Office Box 2980
55 East Camperdown Way, Suite 300 (29601)
Greenville, South Carolina 29602
Telephone: (864) 239-4000
Facsimile: (864) 242-3199
ATTORNEYS FOR JOHN MONARCH AND
DIRECT OUTBOUND SERVICES, INC.

July 30, 2020
Greenville, South Carolina

STATE OF SOUTH CAROLINA )

COUNTY OF GREENVILLE )
)
RICHARD A. GORMAN, )
)
       Plaintiff, )
)
   vs. )
)
JOHN C. MONARCH, DIRECT )
OUTBOUND SERVICES, LLC, AND )
SHIPCHAIN, INC., )
)
       Defendants. )

IN THE COURT OF COMMON PLEAS

Civil Action No. 2014-CP-23-04432

**CERTIFICATE OF SERVICE**

     I certify that on this date, I have served a copy of Defendant's Supplemental Answers to

Plaintiff's Interrogatories in this action on counsel of record by

     ☒ Email addressed to:

Email: drew@harrisonfirm.com
Andrew S. Radeker, Esquire
David L. Moore, Jr. Esquire
Harrison & Radeker, PA
Post Office Box 50143
Columbia, South Carolina 29250

and

Email: dmoore@turnerpadget.com
David L. Moore, Jr., Esquire
Turner Padget Graham & Laney P.A.
Post Office Box 1509
Greenville, South Carolina 29602

Attorneys for Richard A. Gorman

Email: smatthews@hsblawfirm.com
drawl@hsblawfirm.com
Steve A. Matthews, Esquire
Andrew M. Rawl, Esquire
Haynsworth Sinkler Boyd, PA - Columbia
Post Office Box 11889
Columbia, South Carolina 29211
Attorney for ShipChain, Inc.

| July 30, 2020 | *Gail V. Inzero* |
|---|---|
| Date | Gail V. Inzero |
| | Legal Assistant to Doc Morgan, Jr. and |
| | Robert L. Mebane, Jr. |

9