```
 1         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
 2

       JOHN C. MONARCH, an   : CASE NO.
 3     individual; DIRECT    : 2:14-cv-05980-GAM
       OUTBOUND SERVICES     :
 4     LLC, a South          :
       Carolina limited      :
 5     liability company,    :
             Plaintiffs      :
 6                           :
          vs.                :
 7                           :
       RICHARD A. GORMAN;    :
 8     GORMAN ECONOMICS,     :
       LLC, a Delaware       :
 9     limited liability     :
       company, dba AT       :
10     COST FULFILLMENT;     :
       LLC, VANGUARD         :
11     ECONOMICS, LLC, a     :
       Georgia limited       :
12     liability company,    :
       dba AT COST           :
13     FULFILLMENT, LLC,     :
       dba                   :
14     FULFILLMENT.COM; AT   :
       COST                  :
15     NUTRACEUTICALS,       :
       LLC, a Georgia        :
16     limited liability     :
       company; BRAND.COM,   :
17     INC., a               :
       Pennsylvania          :
18     Corporation; JOHN     :
       DOE 1; JOHN DOE 2;    :
19     and JOHN DOE 3,       :
             Defendants      :
20
                        - - -
21             Thursday, May 5, 2016
                        - - -
22
23         GOLKOW TECHNOLOGIES, INC.
       877.370.3377 ph  |  917.591.5672 fax
24              deps@golkow.com
```

Richard A. Gorman

1        Q.    So you believe, I think you
2  testified earlier, correct me if I am
3  wrong, that you believe Mr. Monarch is
4  this person that goes by Ilya or Ilya
5  BLT; is that correct?
6        A.    I believe that through the
7  discovery in the lawsuit that I filed as
8  did Mr. Monarch in his countersuit that
9  Mr. Monarch is deeply involved and
10 actively or was actively involved in
11 using that fake name or alias if you
12 will.
13       Q.    So you think, I'll just call
14 him Ilya because I'm really not sure of
15 his name, so you believe Ilya and Mr.
16 Monarch is the same person?
17       A.    Well, I do.
18       Q.    And as you sit here today,
19 you currently believe that?
20       A.    Mr. Warner, I think that all
21 of the evidence, the circumstantial
22 evidence points that Mr. Monarch who, you
23 know, who utilizes lots of different
24 aliases and, you know, pseudonyms and

1   screen names on the Internet, I believe
2   that this Ilya, you know, alias or
3   pseudonym if you will is certainly
4   someone that -- or an alter ego of Mr.
5   Monarch's and he was invited to a private
6   dinner by this Ilya who goes by Ilya
7   Putin, Ilya Syanov, Ilya BLT and but yet
8   doesn't really know who this person is
9   and goes to a private dinner with him and
10  has his company logo, has the most
11  prominent logo listed on this Ilya
12  website and it just so happens that I
13  think every person, just about every
14  person that this Ilya person had attacked
15  on PerformOutsider through our discovery
16  it looks like Mr. Monarch has also
17  attacked or contributed or opined when
18  that person was being attacked in a
19  sarcastic manner.
20              You know, it's odd that all
21  of these other banners we found in
22  discovery, you know, Greenville, South
23  Carolina, a placed that I mean is for the
24  Internet marketing world is really is

Richard A. Gorman

| | |
|---|---|
| 1 | objection. |
| 2 | MR. WARNER:  Please keep it |
| 3 | to form. |
| 4 | THE WITNESS:  Well, Mr. |
| 5 | Monarch patently denies being |
| 6 | involved in this PerformOutsider |
| 7 | in any, way, shape or form other |
| 8 | than the fact that this, you know, |
| 9 | this I guess Ilya person is |
| 10 | someone different and that he |
| 11 | believes that he's proven this is |
| 12 | someone different than himself. |
| 13 | So I really do believe that anyone |
| 14 | that objectively looks at this |
| 15 | evidence here that we've found |
| 16 | through the discovery process, you |
| 17 | know, in this litigation would |
| 18 | find that Mr. Monarch is indeed |
| 19 | deeply involved. |
| 20 | Mr. Monarch is somebody that |
| 21 | goes to great lengths to hide his |
| 22 | identity online.  For instance, |
| 23 | his advertising network Stealth |
| 24 | Media.  Right?  Stealth.  He likes |

Richard A. Gorman

```
 1            Q.    Are you familiar with this
 2     document?
 3            A.    I vaguely recall it.
 4            Q.    This is the First Amended
 5     Verified Complaint you filed against Ilya
 6     Syanov -- am I saying that right?  Do you
 7     know how to pronounce that?
 8            A.    I don't.
 9            Q.    Okay.  So Ilya Syanov and
10     Karl F. Steinborn.
11            A.    John Doe 1, John Doe 2 and
12     John Doe 3.
13            Q.    Right.  Let's look at
14     Paragraph 16.  Can you read that please
15     aloud?
16            A.    On or about July 29, 2013,
17     an article appeared on the website
18     PerformOutsider.com which contained
19     numerous erroneous statements concerning
20     criminal activity and Plaintiff Gorman,
21     see PerformOutsider.com/2013/07/29/
22     richard-gorman-aka-directresponse-net-
23     criminal-past, period.  A true an
24     accurate copy of the July 29th, 2013
```

```
 1    know what Mr. Montgomery would testify
 2    to, I don't know whether, you know, the
 3    veracity or mendacity of Mr. Montgomery,
 4    what he would say, however -- yeah, I
 5    just don't know what his testimony would
 6    be.
 7         Q.   I'm going to ask you a
 8    hypothetical question.  They're probably
 9    going to object but I'm going to ask you
10    anyway.  If I were to get all these
11    people together and parade them into the
12    courtroom and get them up there one after
13    the other and talk about how they had
14    dinner with this guy and his name is Ilya
15    and they went out with him for drinks,
16    showed I.D., blah, blah, blah, would you
17    still believe that Mr. Monarch and Ilya
18    is the same person?
19              MR. CROSS:  Objection.
20              THE WITNESS:  Absolutely.
21    BY MR. WARNER:
22         Q.   You would?
23         A.   Uh-huh.
24         Q.   Wow!  Okay.
```

```
 1          A.    It does.
 2          Q.    Okay.  Did you help your --
 3   did you verify the answers to these
 4   Request for Admissions?
 5          A.    I believe so.
 6          Q.    Let's look at Request Number
 7   2.  It's on Page 2.  It says that admit
 8   that Ilya and Monarch is not the same
 9   person.  And can you read where it starts
10   "as indicated above"?  Do you see where
11   that is?  You can read the whole response
12   if you'd like.
13          A.    Which one are you pointing
14   to?
15          Q.    Sure.  This is the response.
16          A.    Okay.  You want me to start
17   reading here?
18          Q.    Yeah.
19          A.    Sure.  2:  Admit that Ilya
20   and Monarch is not the same person.
21                Response:  Plaintiff is
22   without sufficient information or
23   personal knowledge to admit or deny this
24   request.  Plaintiff has made a reasonable
```

```
 1    inquiry, and information known or readily
 2    obtainable by Plaintiff is insufficient
 3    to enable him to admit or deny this
 4    Request.  As indicated above, Plaintiff
 5    believes and is informed that Monarch and
 6    Ilya are separate persons; this person
 7    (sic) is based in part on Monarch's own
 8    discovery responses and his action;
 9    however, this belief is not based on
10    Plaintiff's personal knowledge.
11              Q.    Is this correct?
12                    MR. RILEY:  Objection to the
13              form of the question.  I'll allow
14              the witness to respond.
15                    MR. CROSS:  Join.
16                    THE WITNESS:  Plaintiff is
17              without sufficient information or
18              personal knowledge to admit or
19              deny this request; plaintiff has
20              made a reasonable inquiry and
21              information known or readily
22              obtained by Plaintiff is
23              insufficient to enable him to
24              admit or deny this request.
```

Richard A. Gorman

```
 1                    I believe that at the time,
 2          as indicated above, Plaintiff
 3          believes and is informed that
 4          Monarch and Ilya are separate
 5          persons, this belief -- this
 6          belief is based in part on
 7          Monarch's own discovery responses
 8          in this action; however, this
 9          belief is not based on Plaintiff's
10          personal knowledge.
11                    That's correct.
12     BY MR. WARNER:
13          Q.    That's correct?
14          A.    Yes, as of that time.
15          Q.    As of that time?
16          A.    Yes.
17          Q.    Okay.  What have you learned
18     since then that would change your belief?
19          A.    Sure.  Well, you know, I've
20     spent significant time with counsel in
21     this case.
22                MR. CROSS:  I just want to
23          make sure you're not revealing
24          things that counsel and you have
```