UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN,<br><br>                 Plaintiff,<br><br>  -against-<br><br>ILLYA SHPETRIK,<br><br>                 Defendant. | Civil Action No. 2:20-cv-04759-JCJ<br><br>**MOTION TO DISMISS** |

Defendant Illya Shpetrik, ("Defendant") by and through his undersigned counsel, respectfully moves the Court to dismiss this lawsuit and all counts against him under Rules 8 and 12(b)(2), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure; and grant all such further relief as the Court may deem just and proper. Defendant concurrently files herewith a Memorandum of Law and a Declaration in support of this Motion, and incorporates both herein.

Dated:    April 26, 2021

                                                    By: /s/ Matthew Faranda-Diedrich
                                                    Matthew Faranda-Diedrich, Esquire
                                                    ROYER COOPER COHEN BRAUNFELD LLC
                                                      PA Id. No. 203541
                                                      Two Logan Square
                                                      100 N. 18th St., Suite 710
                                                      Philadelphia, PA 19103
                                                      Telephone 267-546-0275; Fax 484-362-2630
                                                      mfd@rccblaw.com

                                                      By: /s/ Matthew J. Press
                                                      Matthew J. Press, Esquire*
                                                      PRESS KORAL LLP
                                                      641 Lexington Avenue, 13th Floor
                                                      New York, New York 10022
                                                      Telephone (212) 922-1111; Fax (347) 342-3882
                                                      mpress@presskoral.com
                                                      *Admitted Pro Hac Vice*
                                                      **Counsel to Defendant Illya Shpetrik**

IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN,<br><br>   *Plaintiff*,<br><br>v.<br><br>ILYA SHPETRIK,<br><br>   *Defendant*. | :<br>:<br>:<br>:<br>:<br>:<br>: Case No.: 2:20-cv-04759-JCJ<br>:<br>:<br>:<br>:<br>: |

  I hereby certify that a true and correct copy of the foregoing Motion to Dismiss Complaint and accompany documents has been filed electronically and is available for viewing and downloading from the ECF system to all counsel of record.


Dated: April 26, 2021             /s/ Matthew Faranda-Diedrich
                   Matthew Faranda-Diedrich, Esquire

{00988991.v1 }