**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RICHARD A. GORMAN,<br><br>              Plaintiff,<br><br>  -against-<br><br>ILLYA SHPETRIK,<br><br>              Defendant. | Civil Action No. 2:20-cv-04759-JCJ |

**ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Defendant Illya Shpetrik's Motion to Dismiss Plaintiff's Complaint and any response thereto, it is hereby ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Complaint and all claims against Defendant are dismissed, with prejudice, for lack of personal jurisdiction and failure to state a claim pursuant to Rules 8 and 12(b)(2), 12(b)(5) and 12(b)(6) of the Federal Rules of Civil Procedure.

                                                  BY THE COURT:

                                                  _____

                                                  J. Curtis Joyner