UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN,<br><br>      Plaintiff,<br><br> -against-<br><br>ILYA SHPETRIK,<br><br>      Defendant. | Civil Action No. 2:20-cv-04759-JCJ<br><br>**DECLARATION OF MATTHEW J. PRESS** |

   I, MATTHEW J. PRESS, declare under penalty of perjury that the following is true and correct, to my personal knowledge:

   1.  I am counsel to Defendant Illya Shpetrik and am familiar with the facts set forth herein. I submit this declaration in support of Defendant's motion to dismiss the Complaint.

   2.  A true and correct copy of Plaintiffs' Complaint in this matter, along with Exhibits 1-12 to the Complaint, is attached hereto as **Exhibit 1**.

   3.  A true and correct copy of the Responses to Interrogatories Nos. 1 & 4 by John C. Monarch in *Richard A. Gorman v. John C. Monarch, et al.*, Eastern District of Pennsylvania, Civ. Action No. 14-0890, is attached hereto as **Exhibit 2**.

   4.  A true and correct copy of a Facebook chat produced in discovery in *Richard A. Gorman v. John C. Monarch, et al.*, Eastern District of Pennsylvania, Civ. Action No. 14-0890, is attached hereto as **Exhibit 3**.

2

5. A true and correct copy of excerpts of the deposition of Richard A. Gorman in *Richard A. Gorman v. John C. Monarch, et al.*, Eastern District of Pennsylvania, Civ. Action No. 14-0890, is attached hereto as **Exhibit 4**.

_____
Matthew J. Press