# EXHIBIT 3

# John Monarch



Ilya Putin, John Monarch

| | |
|---|---|
| Ilya Blt | Tuesday, February 19, 2013 at 3:46am EST |

http://www.facebook.com/gamlin/posts/426553947423355

| | |
|---|---|
| John Monarch | Tuesday, February 19, 2013 at 3:46am EST |

Mobile, not loading for some reason

**Profile**
**Contact Info**

| | |
|---|---|
| John Monarch | Monday, May 27, 2013 at 11:47am EDT |

**Wall**
**Photos**

LOL

**Synced Photos**

| | |
|---|---|
| John Monarch | Monday, May 27, 2013 at 11:47am EDT |

**Videos**

yeees

**Friends**
**Messages**

| | |
|---|---|
| John Monarch | Monday, May 27, 2013 at 11:48am EDT |

**Pokes**

I'll join hers if Karl falls through which it appears he has

**Events**

| | |
|---|---|
| Ilya Blt | Tuesday, June 11, 2013 at 12:47am EDT |

**Settings**
**Security**

http://imgur.com/a/ll8ug

**Ads**

| | |
|---|---|
| Ilya Blt | Tuesday, June 11, 2013 at 12:47am EDT |

lol

| | |
|---|---|
| John Monarch | Tuesday, June 11, 2013 at 12:48am EDT |

lol goddamn

| | |
|---|---|
| John Monarch | Saturday, October 26, 2013 at 12:26pm EDT |

https://twitter.com/RichGorman101/status/390508848357724161 I guess he knows from experience

| | |
|---|---|
| John Monarch | Saturday, October 26, 2013 at 12:30pm EDT |

Sadly written by Zac Johnson actually, but still applicable

| | |
|---|---|
| Ilya Putin | Saturday, October 26, 2013 at 1:40pm EDT |

haha

| | |
|---|---|
| John Monarch | Friday, December 20, 2013 at 2:10am EST |

Looks like he got your twitter banned already

| | |
|---|---|
| **Ilya Putin** | Friday, December 20, 2013 at 7:32am EST |
| na refresh | |
| **John Monarch** | Saturday, December 21, 2013 at 3:45pm EST |
| Guess who else just got a legal threat from Gorman | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:01pm EST |
| karl | |
| **John Monarch** | Saturday, December 21, 2013 at 4:06pm EST |
| me | |
| **John Monarch** | Saturday, December 21, 2013 at 4:06pm EST |
| lol | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:06pm EST |
| oh lawd lol | |
| **John Monarch** | Saturday, December 21, 2013 at 4:07pm EST |
| he's doing hail mary legal threats hoping this goes away lol | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:08pm EST |
| wonder who else got one | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:08pm EST |
| prolly arikka lolol | |
| **John Monarch** | Saturday, December 21, 2013 at 4:08pm EST |
| will laugh if richter did too | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:08pm EST |
| did you get one from both rich and pace? | |
| **John Monarch** | Saturday, December 21, 2013 at 4:09pm EST |
| just rich | |
| **John Monarch** | Saturday, December 21, 2013 at 4:09pm EST |
| So far | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:09pm EST |
| so you're john doe 1 and karl is john doe 2? | |

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:12pm EST |
| did you see the letter he sent pace as well? lol | |
| John Monarch | Saturday, December 21, 2013 at 4:14pm EST |
| lol yes - and I don't think I'm any of the John Does | |
| John Monarch | Saturday, December 21, 2013 at 4:15pm EST |
| since that suit happened before my name came up | |
| Ilya Putin | Saturday, December 21, 2013 at 4:15pm EST |
| hes just grasping at straws | |
| Ilya Putin | Saturday, December 21, 2013 at 4:15pm EST |
| cause he has no case against PO n such | |
| John Monarch | Saturday, December 21, 2013 at 4:15pm EST |
| yep | |
| John Monarch | Saturday, December 21, 2013 at 4:15pm EST |
| trying to shut everyone up | |
| John Monarch | Saturday, December 21, 2013 at 4:16pm EST |
| the funnier part to me is he can't find me - the threat went to my mom | |
| John Monarch | Saturday, December 21, 2013 at 4:16pm EST |
| she was like ??? | |
| Ilya Putin | Saturday, December 21, 2013 at 4:16pm EST |
| lol | |
| Ilya Putin | Saturday, December 21, 2013 at 4:16pm EST |
| guess i have to do seo on my site now..... | |
| John Monarch | Saturday, December 21, 2013 at 4:16pm EST |
| lol | |
| John Monarch | Saturday, December 21, 2013 at 4:17pm EST |
| this is the third time someone has tried suing or threatening me and couldn't find where I live | |
| John Monarch | Saturday, December 21, 2013 at 4:17pm EST |
| they tried serving someone else for me for a lawsuit over a car accident and it got dropped due to improper service | |

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:17pm EST |
| i should somehow make it look like someone else owns po | |
| Ilya Putin | Saturday, December 21, 2013 at 4:17pm EST |
| so he keeps sending stuff there | |
| Ilya Putin | Saturday, December 21, 2013 at 4:17pm EST |
| lol | |
| John Monarch | Saturday, December 21, 2013 at 4:18pm EST |
| pace lol | |
| Ilya Putin | Saturday, December 21, 2013 at 4:18pm EST |
| ill redirect phili to performinsider or meatspin | |
| Ilya Putin | Saturday, December 21, 2013 at 4:18pm EST |
| lol | |
| John Monarch | Saturday, December 21, 2013 at 4:18pm EST |
| lol | |
| John Monarch | Saturday, December 21, 2013 at 4:19pm EST |
| this just all keeps getting better | |
| John Monarch | Saturday, December 21, 2013 at 4:20pm EST |
| he knows his industry rep is in jeopardy | |
| Ilya Putin | Saturday, December 21, 2013 at 4:20pm EST |
| the funny thing is | |
| Ilya Putin | Saturday, December 21, 2013 at 4:20pm EST |
| the whole main claim on that letter - is that someone sent him emails | |
| John Monarch | Saturday, December 21, 2013 at 4:20pm EST |
| yes lol | |
| John Monarch | Saturday, December 21, 2013 at 4:21pm EST |
| ahaha | |
| John Monarch | Saturday, December 21, 2013 at 4:21pm EST |
| it's probably the whole thing with anonymous getting involved | |

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:21pm EST |
| yup | |
| John Monarch | Saturday, December 21, 2013 at 4:21pm EST |
| how did you even find that | |
| Ilya Putin | Saturday, December 21, 2013 at 4:22pm EST |
| find what? | |
| John Monarch | Saturday, December 21, 2013 at 4:22pm EST |
| pastebin, anon etc | |
| John Monarch | Saturday, December 21, 2013 at 4:22pm EST |
| cray | |
| Ilya Putin | Saturday, December 21, 2013 at 4:23pm EST |
| oh - it ranked for his name | |
| Ilya Putin | Saturday, December 21, 2013 at 4:23pm EST |
| before he got it removed | |
| John Monarch | Monday, January 6, 2014 at 2:03pm EST |
| Apparently Gorman is asking around about me, he thinks I own PO and that you're fake | |
| Ilya Putin | Monday, January 6, 2014 at 2:04pm EST |
| lol | |
| John Monarch | Monday, January 6, 2014 at 2:15pm EST |
| Finding out more he's been asking just about everyone he knows | |
| John Monarch | Monday, January 6, 2014 at 2:16pm EST |
| Like Peter Nguyen | |
| Ilya Putin | Monday, January 6, 2014 at 2:16pm EST |
| lol | |
| Ilya Putin | Monday, January 6, 2014 at 2:16pm EST |
| hes retarded | |
| John Monarch | Monday, January 6, 2014 at 2:17pm EST |
| yep - I'm going to find out if he's been spreading untrue BS about me | |

| | |
|---|---|
| John Monarch | Thursday, January 16, 2014 at 11:19am EST |

in the mean time it may be a good idea for the DO logo to be off of PO

| | |
|---|---|
| Ilya Putin | Thursday, January 16, 2014 at 11:19am EST |

Na. I think it's time to do seo for his name/company names

| | |
|---|---|
| Ilya Putin | Thursday, January 16, 2014 at 11:19am EST |

and rank it #1-3

| | |
|---|---|
| Ilya Putin | Thursday, January 16, 2014 at 11:20am EST |

I can remove it if you'd like, let me know

| | |
|---|---|
| John Monarch | Thursday, January 16, 2014 at 11:23am EST |

yeah for now I think take the logo down until this is all over if you don't mind, it's easy to prove you aren't me

| | |
|---|---|
| Ilya Putin | Thursday, January 16, 2014 at 11:23am EST |

kk

| | |
|---|---|
| Ilya Putin | Thursday, January 16, 2014 at 11:23am EST |

ill do it later today

| | |
|---|---|
| Ilya Putin | Saturday, January 25, 2014 at 9:50pm EST |

Gorman got his domain buy friend to make an offer on his behalf for one of the domains I own on the same host as PO. It's a random $7 domains and he's offering $22,000 for it lmao. I'm going to go through with it and then give him pace's payment details

| | |
|---|---|
| John Monarch | Saturday, January 25, 2014 at 10:18pm EST |

Lmao

Downloaded by John Monarch on Tuesday, April 29, 2014 at 3:33pm EDT