# EXHIBIT 1

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/   Go   SEP **OCT** DEC
45 captures                                                                                    ◀ **26** ▶
1 Aug 2013 - 18 Sep 2019                                                                       2012 **2013** 2018   ▼ About this capture



- Home
- Acquinity
- Adknowledge
- Adleverage
- Affiliate Venture Group
- Clickbooth
- Cpa Tank
- David Benson
- Directresponse.net
- EWA
- EWA Network
- Fireclick Media
- FTC
- Get Offers Direct
- Guardian Ads
- Jordan Sparks
- Leadcola
- Ndemand
- Pace Lattin
- Quickie Marketing
- Randoms
- Scrubkit
- Superior Affiliate Management
- Thomas Wotring
- Uncategorized
- Yousif Yalda

Home » Directresponse.net » Richard Gorman aka directresponse.net Criminal Past

**Tags**

**Related Posts**

**Share This**

   

# Richard Gorman aka directresponse.net Criminal Past

Posted by admin on Jul 29, 2013 in Directresponse.net | 1 comment

Richard Gorman owns a bunch of companies – directresponse.net, at cost fulfillment, brand.com etc and is pretty well known in the IM community.

However when you look at his criminal past you get this:

Richard Andrew Gorman - Florida Sexual Offender_20130729-161450http://www.pameganslaw.state.pa.us/OffenderDetail.aspx?OffenderId=14784
http://offender.fdle.state.fl.us/offender/flyer.do?personId=50706
http://www.homefacts.com/offender-detail/PA14784/Richard-Gorman.html

794.011(5) Commits Sexual Battery; Victim 12 Or Older And In Process Uses Physical Force Not Likely To Cause Serious Personal Injury
(5) A person who commits sexual battery upon a person 12 years of age or older, without that person's consent, and in the process thereof does not use physical force and

> AffiliateSummit.com
> http://zacjohnson.com/online-reputation-management-top-firms/
> http://jumbleberry.com/contact/
> http://www.total-apps.com
> http://www.venable.com/todd-a-harrison/
> http://www.itera.ru/isp/eng/
> http://www.beckerortho.com/
> http://www.adsdirect.com/
> http://www.limelightcrm.com/blog/
> http://sspr.com/
> http://www.glacierpayments.com/
> www.hershsandhoo.com
> http://engagebdr.com/about-us/
> Rich Gorman also brags about helping Kevan Barlow of the NFL 49ers, with a testimonial posted along with the NFL LOGO.

Here's some of the alleged stories of what allegedly happened:

> Richard Gorman Jr. was no ordinary Florida State University undergraduate in 2003, the year he was arrested. He was flashy. He had money. He had co-founded an online nutritional-supplements company in Altamonte Springs.
>
> On Jan. 15, 2003, a female student woke up in his Tallahassee apartment, not knowing how she got there.
>
> The night before, she had been playing pool at a bar with Gorman and some of his fraternity brothers and blacked out, she would later tell authorities.
>
> "I felt like I had been . . . raped," she would testify later. There was blood, she said, and she was sore.
>
> She could not, however, swear that she had been assaulted.
>
> Five months later, on June 21, 2003, another female student was found sobbing and screaming not far from Gorman's apartment.
>
> Gorman had taken her home after a night of dancing and raped her, she told authorities. He was arrested a few hours later.
>
> He went to trial in February 2005, charged with raping the woman who was found crying. Smith was the prosecutor. Jurors could not reach a verdict, however, and a judge declared a mistrial.
>
> A few weeks later, Smith charged Gorman with rape in the earlier incident involving the woman who had blacked out.
>
> On June 6, 2005, Smith put Gorman back on trial in the case that had ended without a verdict. Again, Gorman said he was innocent. This time, however, the jury found him guilty.
>
> Before Gorman was sentenced, both sides negotiated a deal: Gorman would get five years in prison for the rape of which he had been found guilty. He also pleaded no contest to a lesser charge -- misdemeanor battery -- and got 30 days in the case of the woman who had passed out.
>
> Gorman went to trial twice in Tallahassee. The first, in February 2005, ended with a hung jury. The second, in June 2005, went so badly for the prosecution that Chastity's lawyers offered Gorman a plea bargain the night before the verdict: 12 months probation, no prison.
>
> But Gorman, his parents and attorneys were so convinced of a not-guilty verdict that they passed on the plea bargain. When the jury issued a guilty verdict, the judge ordered lawyers for both sides to come up with a new plea agreement less than the mandatory 8.9 years.
>
> To his great regret, Gorman signed off on the agreement, which also included waivers prohibiting his seeking any post-conviction relief, including raising claims of ineffective counsel.
>
> Thus, until Gorman is 37 years old, he will be on probation, possibly under curfew, and will have to live under sex offender restrictions until he's at least 47.

http://anonnews.org/forum/post/8233

> her homework, she would have found that Gorman invited the underage victim to go out in a limousine with four other girls and provided plenty of booze.
> He also stopped to pick up a *** and proceeded to a local bar. It was there that the victim became ill and asked to be taken home. Gorman volunteered to take her home but bypassed her dorm and took her to his house. Charged with rape - his second charge in a matter of months - Gorman's "first" story was that nothing happened.
> When positive DNA results were returned, his firm denials changed to "it was consensual." Gorman has been successful in convincing a jury of one - Kathleen Parker - of his innocence. He was less successful with a six-person jury, which delivered a unanimous guilty verdict. Thankfully, the jurors considered all the evidence, not just one side.

Some other fun stuff:

 http://realitychatter.forumotions.net/t2093-bio-dad-is-a-convicted-so

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/ | Go | SEP **OCT** DEC ◀ **26** ▶ 2012 **2013** 2018

45 captures
1 Aug 2013 - 18 Sep 2019



About this capture



**Julie**
Moderator

Posts: 25977
Join date: 2009-10-14
Location: at a yard sale in mount dora fl
Mood: 🎧♪

by Julie on Thu Mar 04, 2010 3:32 pm

Marinade Dave's has an interesting thread today, here is just part of it.

**The Irony**

Before Sparkle was in her grave, her old boyfriend, Richard Andrew Gorman, Jr., swept into [town and] plucked little Alexis from the grasp of her grandparents and took her back to Pennsylvania. [He is her] natural father. Yes, he had every right to do that. She was gone before the funeral service. [Cruel, one] might say, but perfectly legal because Gorman is closer to her than any living relative. As m[uch as her] maternal grandparents wanted to keep her, they have no rights. However, that doesn't mea[n they're] going to accept the situation. They plan on battling Gorman for custody rights.
*"I'm going to fight him every day, and he's going to know that the law is on Lexi's side,"* her [attorney,] Kenneth Bacchus, said.

Why? You see, Richard Gorman is a convicted felon, but believe it or not, his conviction has [no bearing on] his fitness as a father and the only way Lexi's grandparents would be able to get custody of [her is if] authorities could prove he is abusing or neglecting her. That will be tough to do since she no[w lives far] away. Unfortunately, there's one more thing I need to tell you about **Gorman**. He is a **conv[icted sex] offender**. I think it's very important that all of you know this. Perhaps, it will give you a bet[ter view of the] law in Florida, because, like I've been saying all along, the law is very clear: grandparents ha[ve no rights in] this state.

http://marinadedave.wordpress.com/2010/03/04/the-irony/

http://my.opera.com/lounge/forums/findpost.pl?id=1561975

*One of the most important functions of the Office of the State Attorney is to stand up for the victims of crime. It is in that vein that I must respond to a recent commentary by Kathleen Parker regarding the rape conviction of Rich Gorman ("Brief encounter ruined a young man's life," May 4).*

*Parker is the latest victim of Gorman's public-relations campaign, which employs the age-old defense tactic of blaming the victim. She talks about a 30-pound box of court documents that she apparently failed to review, and not once has she called this office for information. Had Parker done so, she would have found that the "regular college Joe" she describes actually ran an escort service and had a thriving computer business.*

*Had Parker done her homework, she would have found that Gorman invited the underage victim to go out in a limousine with four other girls and provided plenty of booze. He also stopped to pick up a stripper and proceeded to a local bar. It was there that the victim became ill and asked to be taken home. Gorman volunteered to take her home but bypassed her dorm and took her to his house. Charged with rape - his second charge in a matter of months - Gorman's "first" story was that nothing happened. When positive DNA results were returned, his firm denials changed to "it was consensual."*

*Gorman has been successful in convincing a jury of one - Kathleen Parker - of his innocence. He was less successful with a six-person jury, which delivered a unanimous guilty verdict. Thankfully, the jurors considered all the evidence, not just one side.*

*WILLIAM N. MEGGS
State Attorney*

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/
45 captures
1 Aug 2013 - 18 Sep 2019
SEP OCT DEC
26
2012 2013 2018
About this capture

Gorman apparently was/is cofounder/president of some company he created with a buddy.

"Some women say Gorman is a rapist, and police charged company computers were used to intimidate one of his alleged victims.

"While he was president, the company's computers were connected to an anonymous e-mail exposing the name of a rape victim, his rape victim, allegedly -- one of two women Gorman is charged with raping in Tallahassee," Pipitone said in the report.

One posting called the woman an HIV-infected drug user who had sex with more than 100 men, and another said she had been raped by her father.

Gorman was charged with witness tampering in Leon County, but the charges were dropped because the computers connected to the e-mail accounts were located in Orange County, at Oevau and at Seminole County at Gorman's parents' home, Local 6 News reported.

Gorman is supposed to be living at his parents' home while free on $20,000 bond as he awaits trials on both rape charges, according to the report.

……

Gorman, who has not been convicted of a crime, faces the first of two rape trials next month in Tallahassee. His first trial ended in a hung jury."

Type of Search: CRIMINAL
Scope: FELONY AND MISDEMEANOR
Jurisdiction: STATEWIDE

Arrest Date: 06/21/2003
Arresting Agency: TALLAHASSEE POLICE DEPARTMENT
SID Number: FL-05039972
Charge: SEX ASSAULT, VICTIM OVER 12 YEARS OF AGE, PHYSICAL FORCE – FELONY
Disposition: DISPOSITION NOT AVAILABLE THROUGH STATEWIDE REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE, HT 6'0, WT 194, BLACK HAIR, BROWN EYES, TATTOO

Arrest Date: 08/04/2004
Arresting Agency: ORLANDO REGIONAL OPERATIONS CENTER
SID Number: FL-05039972
Charge: COUNT 1 INVADE PRIVACY, MISUSE OF CONFIDENTIAL INFORMATION – MISDEMEANOR
COUNT 2 OBSTRUCTING JUSTICE, HARASS WITNESS/VICTIM/INFORMANT – MISDEMEANOR
Disposition: COUNTS 1 AND 2 DISPOSITION NOT AVAILABLE THROUGH STATEWIDE REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL
DL#: NA
Physical Desc.: WHITE MALE, HT 6'0, WT 194, BLACK HAIR, BROWN EYES, TATTOO

Arrest Date: 12/09/2004
Arresting Agency: LEON COUNTY SHERIFF'S OFFICE
SID Number: FL-05039972
Charge: SEX ASSAULT, VICTIM OVER 12 YEARS OF AGE, PHYSICAL FORCE FELONY
Disposition: DISPOSITION NOT AVAILABLE THROUGH STATEWIDE REPORTING
The following information was found -
Name: RICHARD A. GORMAN
AKA: RICHARD GORMAN, RICHARD ANDREW GORMAN
DOB: MATCHES
SSN: MATCHES
Addr on File: 1551 EAGLES NEST CIR., WINTER PARK, FL

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/   Go   SEP **OCT** DEC
45 captures                                                                                  ◀ **26** ▶
1 Aug 2013 - 18 Sep 2019                                                                    2012 **2013** 2018   About this capture

ps. nice photoshopped headquarters:











### 1 Comment

1. Jeff — Aug 05

   Another great post bro. I was sick of Rich Gorman's non-stop chest pounding about how great he is and how everything he touches turns to gold. It doesn't take much research to see his "businesses" are shit, and now this on top of it is icing on the cake.

   It's also no wonder he pushes his reputation management company so hard. He'll need it to clean up this mess.

   Reply

### Leave a Reply

Your email address will not be published. Required fields are marked *

Name *

Email *

http://www.performoutsider.com/2013/07/29/richard-gorman-aka-directresponse-net-criminal-past/

45 captures
1 Aug 2013 - 18 Sep 2019

Go

SEP OCT DEC
◀ 26 ▶
2012 2013 2018

About this capture

Comment

You may use these HTML tags and attributes: `<a href="" title=""> <abbr title=""> <acronym title=""> <b> <blockquote cite=""> <cite> <code> <del datetime=""> <em> <i> <q cite=""> <strike> <strong>`

Submit Comment

Designed by Elegant Themes | Powered by Wickedfire