# EXHIBIT 3



11.19.2013
Illya S
43 Billington Cres.
Toronto, ON M3A2G8

Re: PERFORMOUTSIDER.COM

Dear Illya S,

Please consider this message as official notification that the contact information provided for your domain name registration for PERFORMOUTSIDER.COM appears to be invalid, or incomplete. Please update the information within 5 days as per Section 3 of the Registration Agreement, which you agreed to at the time you registered your domain name. For your convenience, we have attached a copy of the current contact information listed for your domain name.  If the update has not been accomplished within 5 days, this can be grounds for cancellation of your domain registration and possible reassignment of the domain to another party as per Section 6 of the Registration Agreement.  Please respond to this mail to confirm the changes have been made. Thank you for your cooperation.

Kind Regards,

Domain Services
GoDaddy.com, LLC



14455 N. Hayden Road, Suite 219
Scottsdale, AZ 85260

Attn: Domain Services

                                       Illya S
                                       43 Billington Cres.
                                       Toronto, ON M3A2G8