# EXHIBIT 4

Case 2:20-cv-04759-CMR   Document 14-5   Filed 05/11/21   Page 1 of 3



Whois Lookup | Domain Availability – Registration Information    5/14/14, 10:51 AM

United States - English    Currency USD    24/7 Support (480) 505-8877    Sign In    Register    Cart is empty

**GoDaddy** It's go time    All Products    Domains    Websites    Hosting & SSL    NEW Get Found    Email & Tools    Support

WHOIS search results for:
**PERFORMOUTSIDER.COM**
(Registered)

Is this your domain? Add hosting, email and more.    GO

Want to buy this domain? Get it with our Domain Buy service.    GO

```
Domain Name: PERFORMOUTSIDER.COM
Registry Domain ID: 1742788686_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: http://www.godaddy.com
Update Date: 2013-09-06 07:28:41
Creation Date: 2012-09-05 03:40:09
Registrar Registration Expiration Date: 2014-09-05 03:40:09
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email: abuse@godaddy.com
Registrar Abuse Contact Phone: +1.4806242505
Domain Status: clientTransferProhibited
Domain Status: clientUpdateProhibited
Domain Status: clientRenewProhibited
Domain Status: clientDeleteProhibited
Registry Registrant ID:
Registrant Name: Ilya Syanov
Registrant Organization:
Registrant Street: 43 Billington Cres.
Registrant City: Toronto
Registrant State/Province: Ontario
Registrant Postal Code: M3A2G8
Registrant Country: Canada
Registrant Phone: +1.4162737596
Registrant Phone Ext:
Registrant Fax:
Registrant Fax Ext:
Registrant Email: jasonstateham@gmail.com
Registry Admin ID:
Admin Name: Ilya Syanov
Admin Organization:
Admin Street: 43 Billington Cres.
Admin City: Toronto
Admin State/Province: Ontario
Admin Postal Code: M3A2G8
Admin Country: Canada
Admin Phone: +1.4162737596
Admin Phone Ext:
Admin Fax:
Admin Fax Ext:
Admin Email: jasonstateham@gmail.com
Registry Tech ID:
Tech Name: Ilya Syanov
Tech Organization:
Tech Street: 43 Billington Cres.
Tech City: Toronto
Tech State/Province: Ontario
Tech Postal Code: M3A2G8
Tech Country: Canada
Tech Phone: +1.4162737596
Tech Phone Ext:
Tech Fax:
Tech Fax Ext:
Tech Email: jasonstateham@gmail.com
Name Server: NS1.PERFORMOUTSIDER.COM
Name Server: NS2.PERFORMOUTSIDER.COM
DNSSEC:
URL of the ICANN WHOIS Data Problem Reporting System: http://wdprs.internic.net/
Last update of WHOIS database: 2014-5-14T14:00:00Z
```

The data contained in GoDaddy.com, LLC's WHOIS database, while believed by the company to be reliable, is provided "as is" with no guarantee or warranties regarding its accuracy. This

## Domain already taken?

Enter Domain Name    .com ▼    Search

### NameMatch Recommendations

GoDaddy.com NameMatch has found similar domain names related to your search. Registering multiple domain names may help protect your online brand and enable you to capture more Web traffic, which you can then direct to your primary domain.

**Domains available for new registration:**

| Alternate TLDs | | |
|---|---|---|
| performoutsider.**info** | SAVE! | $2.99*/yr |
| performoutsider.**net** | SAVE! | $9.99*/yr |
| performoutsider.**org** | SAVE! | $12.99*/yr |
| performoutsider.**us** | SAVE! | $3.99/yr |
| performoutsider.**biz** | SAVE! | $7.99*/yr |
| performoutsider.**mobi** | SAVE! | $9.99*/yr |
| performoutsider.**ca** | | $12.99/yr |
| performoutsider.**me** | SAVE! | $9.99/yr |
| **Similar Premium Domains** ? | | |
| DcPerformingArts.com | | $401.00* |
| OhioPerformingArts.com | | $575.00* |
| BostonPerformingArts.com | | $488.00* |
| OutsiderNetwork.com | | $1,288.00* |
| IsOutsider.com | | $1,888.00* |
| PerpetualOutsider.com | | $1,588.00* |

ADD TO CART

**Domains available at Go Daddy Auctions®:**

| | |
|---|---|
| outsiderbrand.com<br>Ends on: 8/5/2014 9:33:00 AM PDT | $15,000.00* |
| marketperform.net<br>Ends on: 8/4/2014 5:58:00 PM PDT | $788.00* |
| performancequipment.com<br>Ends on: 8/3/2014 4:18:00 PM PDT | $688.00* |
| performpower.com<br>Ends on: 8/1/2014 10:01:00 PM PDT | $688.00* |
| outsideronline.com<br>Ends on: 8/1/2014 8:46:00 AM PDT | $1,688.00* |
| performarts.com<br>Ends on: 7/31/2014 9:04:00 PM PDT | $1,188.00* |

VIEW LISTING

Whois Lookup | Domain Availability – Registration Information

5/14/14, 10:51 AM

information is provided for the sole purpose of assisting you in obtaining information about domain name registration records. Any use of this data for any other purpose is expressly forbidden without the prior written permission of GoDaddy.com, LLC. By submitting an inquiry, you agree to these terms of usage and limitations of warranty. In particular, you agree not to use this data to allow, enable, or otherwise make possible, dissemination or collection of this data, in part or in its entirety, for any purpose, such as the transmission of unsolicited advertising and solicitations of any kind, including spam. You further agree not to use this data to enable high volume, automated or robotic electronic processes designed to collect or compile this data for any purpose, including mining this data for your own personal or commercial purposes.

Please note: the registrant of the domain name is specified in the "registrant" section. In most cases, GoDaddy.com, LLC is not the registrant of domain names listed in this database.

See Underlying Registry Data
Report Invalid Whois

### Learn more about

- Private Registration
- Business Registration
- Deluxe Registration
- Protected Registration

*Plus ICANN fee of $0.18 per domain name year.
**.CA domain names will be registered through Go Daddy Domains Canada, Inc., a CIRA certified registrar.

Search for another domain name in the WHOIS database

Enter a domain name to search   .com   Search

**NEED HELP?** Call our award-winning support team 24/7 at **(480) 505-8877**

### About GoDaddy
- About Us
- Contact Us
- News Releases
- Careers
- Corporate Responsibility
- GoDaddy Store
- Legal
- Blake's Blog

### Support
- Product Support
- Site Suggestions
- Report Abuse

### Resources
- Webmail
- WHOIS Search
- ICANN Confirmation
- Affiliates
- Small Business Center
- Site Map

### My Account
- My Account
- My Renewals
- Create Account

### Shopping
- Product Catalog
- Find a Domain
- Deals of the Day

Sign up for special offers:
Email Address   Submit

United States - English   Currency USD   Follow Us

Use of this Site is subject to express terms of use. By using this site, you signify that you agree to be bound by these Universal Terms of Service. Legal   Privacy Policy

Copyright © 1999 - 2014 GoDaddy Operating Company, LLC. All Rights Reserved.