# EXHIBIT 5

# John Monarch



Profile
Contact Info
Wall
Photos
Synced Photos
Videos
Friends
**Messages**
Pokes
Events
Settings
Security
Ads

Ilya Putin, John Monarch

| | |
|---|---|
| **Ilya Blt** | Tuesday, February 19, 2013 at 3:46am EST |

http://www.facebook.com/gamlin/posts/426553947423355

| | |
|---|---|
| **John Monarch** | Tuesday, February 19, 2013 at 3:46am EST |

Mobile, not loading for some reason

| | |
|---|---|
| **John Monarch** | Monday, May 27, 2013 at 11:47am EDT |

LOL

| | |
|---|---|
| **John Monarch** | Monday, May 27, 2013 at 11:47am EDT |

yeees

| | |
|---|---|
| **John Monarch** | Monday, May 27, 2013 at 11:48am EDT |

I'll join hers if Karl falls through which it appears he has

| | |
|---|---|
| **Ilya Blt** | Tuesday, June 11, 2013 at 12:47am EDT |

http://imgur.com/a/Il8ug

| | |
|---|---|
| **Ilya Blt** | Tuesday, June 11, 2013 at 12:47am EDT |

lol

| | |
|---|---|
| **John Monarch** | Tuesday, June 11, 2013 at 12:48am EDT |

lol goddamn

| | |
|---|---|
| **John Monarch** | Saturday, October 26, 2013 at 12:26pm EDT |

https://twitter.com/RichGorman101/status/390508848357724161 I guess he knows from experience

| | |
|---|---|
| **John Monarch** | Saturday, October 26, 2013 at 12:30pm EDT |

Sadly written by Zac Johnson actually, but still applicable

| | |
|---|---|
| **Ilya Putin** | Saturday, October 26, 2013 at 1:40pm EDT |

haha

| | |
|---|---|
| **John Monarch** | Friday, December 20, 2013 at 2:10am EST |

Looks like he got your twitter banned already

| | |
|---|---|
| **Ilya Putin** | Friday, December 20, 2013 at 7:32am EST |
| na refresh | |
| **John Monarch** | Saturday, December 21, 2013 at 3:45pm EST |
| Guess who else just got a legal threat from Gorman | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:01pm EST |
| karl | |
| **John Monarch** | Saturday, December 21, 2013 at 4:06pm EST |
| me | |
| **John Monarch** | Saturday, December 21, 2013 at 4:06pm EST |
| lol | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:06pm EST |
| oh lawd lol | |
| **John Monarch** | Saturday, December 21, 2013 at 4:07pm EST |
| he's doing hail mary legal threats hoping this goes away lol | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:08pm EST |
| wonder who else got one | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:08pm EST |
| prolly arikka lolol | |
| **John Monarch** | Saturday, December 21, 2013 at 4:08pm EST |
| will laugh if richter did too | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:08pm EST |
| did you get one from both rich and pace? | |
| **John Monarch** | Saturday, December 21, 2013 at 4:09pm EST |
| just rich | |
| **John Monarch** | Saturday, December 21, 2013 at 4:09pm EST |
| So far | |
| **Ilya Putin** | Saturday, December 21, 2013 at 4:09pm EST |
| so you're john doe 1 and karl is john doe 2? | |

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:12pm EST |

did you see the letter he sent pace as well? lol

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:14pm EST |

lol yes - and I don't think I'm any of the John Does

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:15pm EST |

since that suit happened before my name came up

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:15pm EST |

hes just grasping at straws

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:15pm EST |

cause he has no case against PO n such

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:15pm EST |

yep

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:15pm EST |

trying to shut everyone up

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:16pm EST |

the funnier part to me is he can't find me - the threat went to my mom

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:16pm EST |

she was like ???

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:16pm EST |

lol

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:16pm EST |

guess i have to do seo on my site now.....

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:16pm EST |

lol

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:17pm EST |

this is the third time someone has tried suing or threatening me and couldn't find where I live

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:17pm EST |

they tried serving someone else for me for a lawsuit over a car accident and it got dropped due to improper service

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:17pm EST |
| i should somehow make it look like someone else owns po | |
| Ilya Putin | Saturday, December 21, 2013 at 4:17pm EST |
| so he keeps sending stuff there | |
| Ilya Putin | Saturday, December 21, 2013 at 4:17pm EST |
| lol | |
| John Monarch | Saturday, December 21, 2013 at 4:18pm EST |
| pace lol | |
| Ilya Putin | Saturday, December 21, 2013 at 4:18pm EST |
| ill redirect phili to performinsider or meatspin | |
| Ilya Putin | Saturday, December 21, 2013 at 4:18pm EST |
| lol | |
| John Monarch | Saturday, December 21, 2013 at 4:18pm EST |
| lol | |
| John Monarch | Saturday, December 21, 2013 at 4:19pm EST |
| this just all keeps getting better | |
| John Monarch | Saturday, December 21, 2013 at 4:20pm EST |
| he knows his industry rep is in jeopardy | |
| Ilya Putin | Saturday, December 21, 2013 at 4:20pm EST |
| the funny thing is | |
| Ilya Putin | Saturday, December 21, 2013 at 4:20pm EST |
| the whole main claim on that letter - is that someone sent him emails | |
| John Monarch | Saturday, December 21, 2013 at 4:20pm EST |
| yes lol | |
| John Monarch | Saturday, December 21, 2013 at 4:21pm EST |
| ahaha | |
| John Monarch | Saturday, December 21, 2013 at 4:21pm EST |
| it's probably the whole thing with anonymous getting involved | |

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:21pm EST |

yup

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:21pm EST |

how did you even find that

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:22pm EST |

find what?

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:22pm EST |

pastebin, anon etc

| | |
|---|---|
| John Monarch | Saturday, December 21, 2013 at 4:22pm EST |

cray

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:23pm EST |

oh - it ranked for his name

| | |
|---|---|
| Ilya Putin | Saturday, December 21, 2013 at 4:23pm EST |

before he got it removed

| | |
|---|---|
| John Monarch | Monday, January 6, 2014 at 2:03pm EST |

Apparently Gorman is asking around about me, he thinks I own PO and that you're fake

| | |
|---|---|
| Ilya Putin | Monday, January 6, 2014 at 2:04pm EST |

lol

| | |
|---|---|
| John Monarch | Monday, January 6, 2014 at 2:15pm EST |

Finding out more he's been asking just about everyone he knows

| | |
|---|---|
| John Monarch | Monday, January 6, 2014 at 2:16pm EST |

Like Peter Nguyen

| | |
|---|---|
| Ilya Putin | Monday, January 6, 2014 at 2:16pm EST |

lol

| | |
|---|---|
| Ilya Putin | Monday, January 6, 2014 at 2:16pm EST |

hes retarded

| | |
|---|---|
| John Monarch | Monday, January 6, 2014 at 2:17pm EST |

yep - I'm going to find out if he's been spreading untrue BS about me

**John Monarch** — Thursday, January 16, 2014 at 11:19am EST

in the mean time it may be a good idea for the DO logo to be off of PO

**Ilya Putin** — Thursday, January 16, 2014 at 11:19am EST

Na. I think it's time to do seo for his name/company names

**Ilya Putin** — Thursday, January 16, 2014 at 11:19am EST

and rank it #1-3

**Ilya Putin** — Thursday, January 16, 2014 at 11:20am EST

I can remove it if you'd like, let me know

**John Monarch** — Thursday, January 16, 2014 at 11:23am EST

yeah for now I think take the logo down until this is all over if you don't mind, it's easy to prove you aren't me

**Ilya Putin** — Thursday, January 16, 2014 at 11:23am EST

kk

**Ilya Putin** — Thursday, January 16, 2014 at 11:23am EST

ill do it later today

**Ilya Putin** — Saturday, January 25, 2014 at 9:50pm EST

Gorman got his domain buy friend to make an offer on his behalf for one of the domains I own on the same host as PO. It's a random $7 domains and he's offering $22,000 for it lmao. I'm going to go through with it and then give him pace's payment details

**John Monarch** — Saturday, January 25, 2014 at 10:18pm EST

Lmao

Downloaded by John Monarch on Tuesday, April 29, 2014 at 3:33pm EDT