# EXHIBIT 6









**Kira Basciano**
January 11, 2018

I'm a thnaaaake 🐍 #beforeigottoo
#vegas #waybackwednesday #gol
— with **Illya Putin** at **Gold Spike**.

👍❤️ 74

👍 Like

**Rick Lea** Wow yall look great!
Like · Reply · 2y

Write a comment...



**Illya Putin**
July 3, 2017

Canada day part 2. #happy15 Canada Day at Cabana Water

👍❤️ 128

👍 Like

View 2 more comments

**Chris Patrick** You shoul celebrating **Kira** day 😀
Like · Reply · 3y

**Gerard Della Porta** Fina thought she only had yo during the holidays
Like · Reply · 3y · Edited

**Alex Lecomte** temperat
Like · Reply · 3y

**Laura Siempre** Loving s
Like · Reply · 3y

**Michael Christopher O**
Like · Reply · 3y

↳ Illya Putin replie

**Paul Dalton** What does
Like · Reply · 3y

↳ Illya Putin replie

Write a comment...



**Kira Basciano**
May 12, 2017

Fam dinner ❤️ — with Naom... and Illya Putin at South of Ni... + Bar.

👍❤️ 50

👍 Like

**Michael Christopher C...** called it puppy lovvvvvv

Miss you guys!!! Come...
Like · Reply · 3y

↪ Illya Putin repli...

**Sup Wd** tfti 👍 3
Like · Reply · 3y

↪ Naomi Aguero...

**Jake Austwick** dayum... eyelashes tho Naomi A...
Like · Reply · 3y

Write a comment...



Gerard

January

With **Illya Putin**

  Gaz Yeung,

  Like

  Write a