# EXHIBIT 7

**performoutsider** @performoutsider                              Dec 30

@RichGorman101 You so s-m-r-t imgur.com/WBacv3s.png

View conversation                    Reply      Retweet      Favorite      More

---

**performoutsider** @performoutsider                              Dec 19

@OliverKenyon df8sdf8sf8sf8

Expand                               Reply      Retweet      Favorite      More

---

**performoutsider** @performoutsider                              Dec 19

@ShaniquaLerease Hit up my boy Justeen. He has a 5k/mo monthly budget for hookers.

Expand                               Reply      Retweet      Favorite      More

---

**performoutsider** @performoutsider                              Dec 19

@zacjohnson How does it feel working for a person who was convicted of a sexual assault of a minor?

Expand                               Reply      Retweet      Favorite      More