# EXHIBIT 8

○  ☁ upload images ▾                                                    Search          sign in    sign up

### Imgur for iPhone is here!
Download the official Imgur iPhone app, available now on the App Store.





#### Today's best images


Damn it feels good to be a gangsta
4,896,671 views


USB-C
677,706 views


This cat is destroying a house... a doll house
1,543,711 views


I told my friends I had a date with a really attractive
287,972 views


Do you believe in magic?, I love their fathers reaction.
973,754 views


Her. I like her.









- Any person who uses the information contained herein to threaten, intimidate, or harass the registrant or their family, or who otherwise misuses this information, may be subject to criminal prosecution or civil liability.
- If you have a reasonable belief that any of the information on this website is outdated or incorrect, please contact the Megan's Law Section of the Pennsylvania State Police toll free at

http://www.pameganslaw.state.pa.us/OffenderDetail.aspx?OffenderId=14784

**BRAND.COM** A MULTI-MILLION DOLLAR REPUTATION MANAGEMENT COMPANY BUILT ON ONE MANS DEDICATION TO HIDING THE TRUTH. NOW IT HIDES THE CORRUPTION OF GOVERNMENT, CHILD MOLESTERS & SEXUAL PREDATORS

Google

rich gorman sex offender, richard gorman sparkle pomeroy, rich gorman megans law

Google Search    I'm Feeling Lucky

# BUT THATS NOT ALL
## WAIT UNTIL YOU SEE HOW Brand.com OPERATES

HERES A SNEAK PREVIEW / ITS RICH GORMAN POSTING A FAKE REVIEW ABOUT HIS RAPE VICTIM, HIS DAUGHTERS MOTHER

SHE JUST DIED A FEW DAYS AFTER HER WEDDING. ALEXIS DIDN'T MAKE IT TO HER MOTHERS FUNERAL.

## THE CONVICTED CHILD MOLESTING RAPIST RICH GORMAN
### TOOK HER TO STRAIGHT TO PHILLADELPHIA AND STARTED WRITING PROPAGANDA

[ lets all hope Alexis Gorman is ok and unharmed and not being abused ]


Review: Sparkle Pomeroy and Ken

- Submitted: Fri, April 30, 2010  Updated: Fri, April 30, 2010
- Reported By: Norma — orlando Florida United States of America

- Sparkle Pomeroy and Ken Bacchus
  1103 Sugar Berry Trail, Oviedo, Fl 32765 Oviedo, Florida United States of America
- Phone: 4073663836
- Web: http://www.orlandosentinel.com/news/local/breakingnews/os-car-in-pond-autopsy-20100420,0,6854880.sto
- Category: Abusive Parents

**Sparkle Pomeroy and Ken Bacchus Sparkle Bacchus, Krystle Toth, Krystle Bacchus, Kenny Bacchus, Barbara Bacchus Sparkle Pomeroy was a JUNKY who almost killed her daughter. Ken Bacchus attributed to**



Ken Bacchus, the father of Sparkle Bacchus Pomeroy, is an out of control maniac who is suspected of terrorism. Ken Bacchus ostensibly lives a life of an air conditioner repairman, yet behind the scenes he lives a different life.

His wife, Barbara Bachhus, has multiple aliases that have been used to lock in credit cards that have gone unpaid. Recently their daughter, Sparkle Pomeroy, was killed in a car accident. Sparkle Pomeroy had overdosed on drugs while driving, thus running her car into a retention pond. We should all say a prayer that this junky didn't have her daughter in the car that day. Ken and Babara Bacchus were fully aware of Sparkle Pomeroy's drug addiction, yet they turned a blind eye to it for years.


SEO Reputation Management at its best!

Is ignorance bliss? Certainly until it's NOT! And Sparkle Pomeroy's ignorace finally caught up to her. After years of drug abuse, poor dieting, smoking incessantly, and utter lack of exercise, her body shut down while she was driving to see her psychiatrist. [continued below]....

..... After an entire lifetime of chaos and corruption, what did this young mother leave her daughter? How about a BIG NOTHING. She left her daughter pennyless, without a single piece of memory, nothing. In fact, the one thing she left was



 1 year ago · 12 views ·   stats

Download full resolution · Get embed codes

Love Imgur? Join our team! · about · store · help · blog *new post!* · request deletion · terms · privacy · apps · api · advertise
© 2015 Imgur, Inc.