# EXHIBIT 9

**Ministry of the Attorney General**          Ministère du Procureur général          

Court Services Division
District of Temiskaming

Division des services aux tribunaux
District de Temiskaming

Haileybury Courthouse
393 Main Street, P.O. Box 1208
Haileybury ON  P0J 1K0
**Tel.:**   705 672-3321
**Fax.:**   705 672-3360
hagueconvention@ontario.ca

Palais de justice de Haileybury
393, rue Main, C.P. 1208
Haileybury ON  P0J 1K0
**Tél. :**   705 672-3321
**Téléc. :** 705 672-3360

December 31, 2020

George Schooff, Esq
1247 Woodward Ave #312
Detroit, Mi
48226

Dear Sir/Madam:

**Re:   Request for Service under the Hague Convention on Ilya Shpetrik**

Further to your request, I have now received the Enforcement Officer's report advising that service could not be effected upon the above noted.

I enclose the completed Certificate which sets out the details of attempted service, together with both sets of documents provided annexed thereto.

Since payment has been received, we are now closing this file.

Yours very truly,

*Cheryl Gilmour*

Cheryl Gilmour
Client Services Representative
Central Authority for Service of Documents
in Ontario under the Hague Convention

Encls.

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,

☐ **1. that the document has been served***
que la demande a été exécutée*

| — **the (date)** / le (date): | |
|---|---|
| — **at (place, street, number):** à (localité, rue, numéro) : | |

| — **in one of the following methods authorised by Article 5:** dans une des formes suivantes prévues à l'article 5 : | |
|---|---|
| ☐ a) **in accordance with the provisions of sub-paragraph a) of the first paragraph of Article 5 of the Convention*** selon les formes légales (article 5, alinéa premier, lettre a)* | |
| ☐ b) **in accordance with the following particular method*:** selon la forme particulière suivante* : | |
| ☐ c) **by delivery to the addressee, if he accepts it voluntarily*** par remise simple* | |

**The documents referred to in the request have been delivered to:**
Les documents mentionnés dans la demande ont été remis à :

| **Identity and description of person:** Identité et qualité de la personne : | |
|---|---|
| **Relationship to the addressee (family, business or other):** Liens de parenté, de subordination ou autres, avec le destinataire de l'acte : | |

☑ **2. that the document has not been served, by reason of the following facts*:**
que la demande n'a pas été exécutée, en raison des faits suivants*:

I attended 33 Mogul Drive, Toronto, Ont., on November 6th, 2020 and November 19th, 2020 and another Officer attended on November 9th, 2020. On all three visits, the documents were unable to be served. Nothing further to report.

☐ **In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.**
Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint*.

**Annexes** / Annexes

| **Documents returned:** Pièces renvoyées : | As per request for service -Attached- |
|---|---|
| **In appropriate cases, documents establishing the service:** Le cas échéant, les documents justificatifs de l'exécution : | |

* if appropriate / s'il y a lieu

| **Done at** / Fait à | Toronto, Ontario | **Signature and/or stamp** Signature et / ou cachet |
|---|---|---|
| **The** / le | 3rd of December, 2020 | Jeremy Anderson Sheriff's Officer #26 [signature] |