# EXHIBIT 12

**DC Word Processing**

**From:** Ryan Andrews <ryan.andrews@brand.com>
**Sent:** Tuesday, May 20, 2014 3:13 PM
**To:** Eric Trajtenberg
**Subject:** FW: PO.com

---

**From:** Direct Response <impact@directresponse.net>
**Date:** Tuesday, May 20, 2014 at 3:12 PM
**To:** Ryan Andrews <ryan.andrews@brand.com>
**Subject:** FW: PO.com

---

**From:** <areyouaware@hush.ai>
**Date:** Tuesday, May 20, 2014 12:42 PM
**To:** Direct Response <impact@directresponse.net>
**Subject:** PO.com

This is causing too much drama for people I like. Your article is currently down, up to you if it stays down. Leave it be & drop your bullshit.

ps you should stop dickrolling judges

Sent using Hushmail

1

GORMAN00000528