# EXHIBIT 13







tylerboffa Who needs Veld when you have Veld AP - Rebel.

View all 2 comments

August 7, 2018

tylerboffa Celebrating some October bdays. Thanks @dal_j14 @evabjarn for the amazing candy bday cake.

View all 12 comments

October 24, 2018