IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. GORMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**ILYA SHPETRIK,**<br><br>Defendant. | CIVIL ACTION NO. 20-479 |

## **ORDER**

AND NOW, this _____ day of _____, 2021, upon consideration of Defendant Illya Shpetrik's Motion to Dismiss Plaintiff's Complaint and Plaintiff's response thereto, it is hereby ORDERED that the Motion is DENIED.

BY THE COURT:

_____
Judge Curtis Joyner