IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD A. GORMAN                           :
                                                        CIVIL ACTION   20-4759
   vs.                                       :

ILYA SHPETRIK                               :

**NOTICE**

AND NOW, this 21ST day of JUNE, 2021, it is Ordered that this matter is **SCHEDULED** for a TELEPHONE CONFERENCE in chambers before the Honorable J. Curtis Joyner, on, **JUNE 25, 2021 at 10:30AM** in Room 17614 - 17TH FLOOR. (PARTIES ARE INSTRUCTED TO CALL 1-888-363-4735 **ACCESS CODE** 9387880#)

PS: If counsel is not available at this time and wish to reschedule that party shall contact the Deputy Clerk (267-299-7419) and coordinate a new date and time for all parties. Plaintiff is to notify all parties of this conference.

ATTEST:                                        or     BY THE COURT

BY: S/SHARON SCOTT                             _____
    Sharon Scott                              Judge
    Deputy Clerk
Civ 12 (9/83)