IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD A. GORMAN | : | CIVIL ACTION |
| v. | : | |
| ILYA SHPETRIK | : | NO.: 20-cv-04759 |

**O R D E R**

**AND NOW**, this **14TH** day of **SEPTEMBER 2021**, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above-captioned case is reassigned from the calendar of the Honorable J. Curtis Joyner, to the calendar of the Honorable Cynthia M. Rufe.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_____
**KATE BARKMAN**
Clerk of Court