# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. GORMAN,**<br>    Plaintiff,<br>v.<br>**ILYA SHPETRIK,**<br>    Defendant. | **CIVIL ACTION NO. 20-4759** |

## ORDER

**AND NOW,** this 10th day of March 2022, upon consideration of Defendant's Motion to Dismiss First Amended Complaint [Doc No. 12], Defendant's Amended Motion to Dismiss Complaint [Doc. No. 13], and the related briefing, it is hereby **ORDERED** that:

1. Defendant's Amended Motion to Dismiss Complaint [Doc. No. 13] is **GRANTED in part** and **DENIED in part**. Defendant's motion is **GRANTED** with respect to Plaintiff's intentional infliction of emotional distress and civil conspiracy claims, and these claims shall be **DISMISSED without prejudice**. Defendant's motion is **DENIED** with respect to Plaintiff's defamation and false light claims.

2. Defendant's Motion to Dismiss First Amended Complaint [Doc. No. 12] is **DISMISSED as moot**.

It is so **ORDERED.**

> **BY THE COURT:**
>
> /s/ Cynthia M. Rufe
> _____
> **CYNTHIA M. RUFE, J.**