## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. GORMAN,** | |
| **Plaintiff,** | |
| v. | **CIVIL ACTION NO. 20-4759** |
| **ILYA SHPETRIK,** | |
| **Defendant.** | |

## ORDER

**AND NOW,** this 5th day of April 2022, upon consideration of Defendant's unopposed request for an extension of time to respond to Plaintiff's Complaint (attached), it is hereby **ORDERED** that the request is **GRANTED**. Defendant may file a response to the Complaint on or before April 21, 2022.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**



                                                      Matthew Faranda-Diedrich
                                                      Partner
                                                      Tel. 267-546-0275
                                                      Email: mfd@rccblaw.com

                                                      April 5, 2022

<u>Via Email (</u>Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov)
Honorable Cynthia M. Rufe
12614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 12-A

      **RE:**    Richard A. Gorman v. Illya Shpetrik
                    U.S. District Court for the Easter District of Pennsylvania, No. 2:20-cv-04759

Dear Judge Rufe,

Our office represents Defendant, Illya Shpetrik ("Defendant") in the above-mentioned matter. We write jointly on behalf of all parties to respectfully request an additional extension of time for Defendant to Answer Plaintiff's Complaint (Docket Entry #1) until April 21, 2022.

We thank Your Honor for the consideration.

                                                     Respectfully,

                                                     Matthew Faranda-Diedrich

MFD:dme

      cc:    George Schooff, Esquire (via email schooff@legalservicesgrouppllc.com)
                    Matthew J. Press, Esquire (via email mpress@presskoral.com)