## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. GORMAN,**<br><br>            **Plaintiff,**<br><br>     **v.**<br><br>**ILYA SHPETRIK,**<br><br>            **Defendant.** | **CIVIL ACTION NO. 20-4759** |

## ORDER

**AND NOW,** this 19th day of April 2022, upon consideration of Defendant's unopposed request for an extension of time to respond to Plaintiff's Complaint (attached), it is hereby **ORDERED** that the request is **GRANTED**. Defendant may file a response to the Complaint on or before May 5, 2022.

It is so **ORDERED.**

                                                                    **BY THE COURT:**

                                                                    /s/ Cynthia M. Rufe
                                                                    _____
                                                                    **CYNTHIA M. RUFE, J.**



Matthew Faranda-Diedrich<br>
Partner<br>
Tel. 267-546-0275<br>
Email: mfd@rccblaw.com<br><br>
April 19, 2022

<u>**Via Email**</u> **(**Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov)
Honorable Cynthia M. Rufe
12614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 12-A

    **RE:**    Richard A. Gorman v. Illya Shpetrik
                U.S. District Court for the Easter District of Pennsylvania, No. 2:20-cv-04759

Dear Judge Rufe,

Our office represents Defendant, Illya Shpetrik ("Defendant") in the above-mentioned matter. We write jointly on behalf of all parties to respectfully request an additional extension of time for Defendant to Answer Plaintiff's Complaint (Docket Entry #1) until May 5, 2022.

We thank Your Honor for the consideration.

                                                                                     Respectfully,

                                                                                     Matthew Faranda-Diedrich

MFD:dme

    cc:    George Schooff, Esquire (via email schooff@legalservicesgrouppllc.com)
              Matthew J. Press, Esquire (via email mpress@presskoral.com)