### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. GORMAN,**<br><br>    **Plaintiff,**<br><br> v.<br><br>**ILYA SHPETRIK,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 20-4759** |

### ORDER

  **AND NOW,** this 5th day of May 2022, upon consideration of Defendant's unopposed request for an extension of time to respond to Plaintiff's Complaint (attached), it is hereby **ORDERED** that the request is **DENIED without prejudice**. Defendant may file a motion setting forth the basis for this fourth request for an extension of time, or shall answer Plaintiff's Complaint no later than **May 9, 2022**.

  It is so **ORDERED.**

                     **BY THE COURT:**

                     **/s/ Cynthia M. Rufe**
                     _____
                     **CYNTHIA M. RUFE, J.**



Matthew Faranda-Diedrich<br>
Partner<br>
Tel. 267-546-0275<br>
Email: mfd@rccblaw.com

May 3, 2022

<u>Via Email</u> (Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov)
Honorable Cynthia M. Rufe
12614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
Courtroom 12-A

**RE:**   Richard A. Gorman v. Illya Shpetrik
U.S. District Court for the Easter District of Pennsylvania, No. 2:20-cv-04759

Dear Judge Rufe,

Our office represents Defendant, Illya Shpetrik ("Defendant") in the above-mentioned matter. We write jointly on behalf of all parties to respectfully request another extension of time for Defendant to Answer Plaintiff's Complaint (Docket Entry #1) until May 19, 2022.

We thank Your Honor for the consideration.

Respectfully,

Matthew Faranda-Diedrich

MFD:dme

cc:   George Schooff, Esquire (via email schooff@legalservicesgrouppllc.com)
    Matthew J. Press, Esquire (via email mpress@presskoral.com)