# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD A. GORMAN,<br>　　　　　Plaintiff,<br>　　v.<br>ILYA SHPETRIK,<br>　　　　　Defendant. | CIVIL ACTION NO. 20-4759 |

## AMENDED ORDER

**AND NOW,** this 6th day of May 2022, upon consideration of additional information provided to the Court about Defendant's unopposed request for an extension of time to respond to Plaintiff's Complaint, it is hereby **ORDERED** that the request is **GRANTED**. Defendant may file a response to the Complaint on or before **May 19, 2022**.

It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　/s/ Cynthia M. Rufe
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**