**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RICHARD A. GORMAN,**<br>　　　　　**Plaintiff,**<br>　　v.<br>**ILYA SHPETRIK,**<br>　　　　　**Defendant.** | **CIVIL ACTION NO. 20-4759** |

**ORDER**

　　**AND NOW,** this 23rd day of May 2022, upon consideration of the parties' joint request for an extension of time for Defendant to answer the Complaint, it is hereby **ORDERED** that the request is **GRANTED**. Defendant may file a response to the Complaint on or before **June 2, 2022**.

　　It is so **ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　**/s/ Cynthia M. Rufe**
　　　　　　　　　　　　　　　　　　　　　　──────────────────
　　　　　　　　　　　　　　　　　　　　　　**CYNTHIA M. RUFE, J.**