**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **RICHARD A. GORMAN,**<br><br>        **Plaintiff,**<br><br>     **v.**<br><br>**ILYA SHPETRIK,**<br><br>        **Defendant.** | **CIVIL ACTION NO. 20-4759** |

## ORDER

   **AND NOW,** this 3rd day of June 2022, upon consideration of the parties' joint request

for an extension of time for Defendant to answer the Complaint, it is hereby **ORDERED** that the

request is **GRANTED**. Defendant may file a response to the Complaint on or before **June 16,**

**2022**.

   It is so **ORDERED.**

                              **BY THE COURT:**

                              **/s/ Cynthia M. Rufe**
                              _____
                              **CYNTHIA M. RUFE, J.**