IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD A. GORMAN,**<br><br>Plaintiff,<br><br>v.<br><br>**ILYA SHPETRIK,**<br><br>Defendants. | CIVIL ACTION NO. 20-4759 |

**NOTICE OF RULE 41(a)(1)(A) DISMISSAL OF DEFENDANTS
<u>OLEG SHPETRIK, ANNA SHPETRIK AND MARK SHPETRIK</u>**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Richard A. Gorman hereby provides notice of his DIMISSSAL of this action with prejudice.

          Respectfully submitted,

          **LEGAL SERVICES GROUP, PLLC**

          */s/ George Schooff*
          George Schooff (P45596)
          *Admitted Pro Hac Vice*
          1247 Woodward Avenue, #312
          Detroit, Michigan 48226
          schooff@legalservicesgroupllc.com
          Telephone: (313) 434-0502
Date:    June 15, 2022          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2022, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all parties and counsel of record.

                                             **LEGAL SERVICES GROUP, PLLC**

                                             */s/ George Schooff*
                                             George Schooff (P45596)
                                             *Admitted Pro Hac Vice*
                                             1247 Woodward Avenue, #312
                                             Detroit, Michigan 48226
                                             schooff@legalservicesgrouppllc.com
                                             Telephone: (313) 434-0502
                                             Attorney for Plaintiff

Date:    June 15, 2022